Andrew M. Weitz-SBN 129962
General Counsel
Dream Marriage Group, Inc.
9701 Wilshire Boulevard 10th Floor
Beverly Hills, CA 90212
310-651-3077
Fax-(310) 601-7110
andrew@dream-mariage.com

Attorney for Dream Marriage Group, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM MARRIAGE GROUP, INC.- a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANASTASIA INTERNATIONAL, Inc.- a Kentucky corporation,<br><br>Defendant | Case No: CV 10 5034 RSWL (FFMx)<br><br>**STIPULATION FOR FILING OF 2ND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto by their respective attorneys that Plaintiff may file its 2nd Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that the defendant waives service of a summons

**STIPULATION FOR FILING OF 2ND AMENDED COMPLAINT**         1 | Page

for this 2nd Amended Complaint and that defendant has until September 15, 2010 to respond to the 2nd Amended Complaint. Defendant retains all other defenses or objections to this action, the jurisdiction of the Court, and the venue of the action.

Date: August 19, 2010

_____
Andrew Weitz
Attorney for Plaintiff
DREAM MARRIAGE GROUP, INC

Date: August 19, 2010

_____
Craig B. Bailey
FULWIDER PATTON LLP
Attorney for Defendant
ANASTASIA INTERNATIONAL, INC.

**STIPULATION FOR FILING OF 2ND AMENDED COMPLAINT**       2 | Page