Andrew M. Weitz (Bar No. 12996)
General Counsel
Dream Marriage Group, Inc.
9701 Wilshire Boulevard, 10th Fl.
Beverly Hills, CA 90212
Telephone: (310) 651-3077
Facsimile: (310) 601-7110
andrew@dream-marriage.com

Attorney for Dream Marriage Group, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM MARRIAGE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANASTASIA INTERNATIONAL, INC., a Kentucky corporation, <br><br> Defendant. | CASE NO. CV 10 5034 RSWL (FFMx) <br><br> STIPULATION FOR EXTENSION OF TIME TO RESPOND TO 2nd AMENDED COMPLAINT |

IT IS HEREBY STIPULATED by and between the parties hereto by their respective attorneys that Defendant shall have until September 30, 2010 to respond to the 2nd Amended Complaint.  Defendant has waived service of a summons for the

1 | 2nd Amended Complaint but otherwise retains all other defenses or objections to this
2 | action, the jurisdiction of the Court, and the venue of the action.

Date: September 13, 2010

Andrew Weitz
Attorney for Plaintiff
DREAM MARRIAGE GROUP, INC.

Date: September 9, 2010

Craig B. Bailey
FULWIDER PATTON LLP
Attorney for Defendant
ANASTASIA INTERNATIONAL, INC.

417540.

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO 2ND AMENDED COMPLAINT
Civil Action No. CV 10 5034 RSWL (FFMx)

2