1   Craig B. Bailey (State Bar No. 114,410)
      cbailey@fulpat.com
2   FULWIDER PATTON LLP
    Howard Hughes Center
3   6060 Center Drive, Tenth Floor
    Los Angeles, California 90045
4   Telephone: (310) 824-5555
    Facsimile: (310) 824-9696
5
    Attorneys for Defendant Anastasia International, Inc.
6

7

8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11  DREAM MARRIAGE GROUP, INC.,          CASE NO. 10 CV 5034 RSWL (FFMx)

12              Plaintiff,
                                         DEFENDANT'S NOTICE OF
13          v.                           MOTION AND MOTION TO
                                         DISMISS UNDER 12(B)(6)
14  ANASTASIA INTERNATIONAL, INC.,
    a Kentucky corporation,              Date:      October 27, 2010
15                                       Time:      10:00 a.m.
                Defendant.
16                                       Hon. Ronald S.W. Lew

17

18

19          Please take notice that that Defendant Anastasia International, Inc.

20  ("Defendant" or "Anastasia"), by and through its attorneys, hereby moves to dismiss

21  the Fifth, Sixth, and Seventh Causes of Action asserted in the Second Amended

22  Complaint filed by Plaintiff Dream Marriage Group, Inc. ("Plaintiff" or "DMG")

23  under Federal Rule of Civil Procedure 12(b)(6).

24          DMG's Complaint fails to state a claim for (i) breach of contract because

25  DMG is not a party to the alleged agreement attached to the Complaint and has

26  failed to state any breach of that alleged agreement by Anastasia; (ii) state statutory

27  trademark infringement because DMG has no state trademark registration; and (iii)

28  unfair competition because DMG lacks standing and cannot allege any facts for

1  restitution.  Defendants seek the following relief: dismissal of DMG's Fifth, Sixth,

2  and Seventh Causes of Action under Rule 12(b)(6).

3       This motion is made following the conference of counsel pursuant to Local

4  Rule 7-3, which took place on September 9, 2010.

5       This motion is scheduled to be heard on Wednesday, October 27, 2010, at

6  10:00 a.m., before the Honorable Ronald S.W. Lew in Courtroom 21, 312 N. Spring

7  Street, Los Angeles, California 90012.

8

9

10  DATED:  September 29, 2010

Craig B. Bailey
FULWIDER PATTON LLP
Attorneys for Defendant
ANASTASIA INTERNATIONAL, INC.