Steven H. Haney, SBN 121980
Bruce A. Fields, SBN 102426
Haney, Buchanan & Patterson, LLP
707 Wilshire Blvd.
Fifty Third Floor
Los Angeles, CA 90017

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Dream Marriage Group, Inc., a Nevada corporation | Plaintiff(s) | CASE NUMBER |
| v. | | CV 10 5034 RSWL (FFMx) |
| Anastasia International, Inc., a Kentucky corporation | Defendant(s). | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Dream Marriage Group, Inc.    ☑ Plaintiff  ☐ Defendant  ☐ Other _____
_Name of Party_

hereby request the Court approve the substitution of **Steven H. Haney and Bruce A. Fields**
_New Attorney_

as attorney of record in place and stead of **Andrew M. Weitz**
_Present Attorney_

Dated October 7, 2010

_Signature of Party/Authorized Representative of Party_  General Manager

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated October 7, 2010

_Signature of Present Attorney_

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated October 7, 2010

_Signature of New Attorney_
SHH,121980 and BAF,102426
_State Bar Number_

---

If party requesting to appear Pro Se:

Dated _____

_Signature of Requesting Party_

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED _ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY_ (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)         REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY