Craig B. Bailey (State Bar No. 114,410)
  cbailey@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696

Attorneys for Defendant Anastasia International, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM MARRIAGE GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> ANASTASIA INTERNATIONAL, INC., a Kentucky corporation, <br><br> Defendant. | CASE NO. 10 CV 5034 RSWL (FFMx) <br><br> REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS UNDER 12(B)(6) |

## I. DISMISSAL UNDER RULE 12(B)(6)

Plaintiff Dream Marriage Group, Inc. (hereinafter, "Plaintiff" or "DMG") has not filed any paper in opposition to the motion by Defendant Anastasia International, Inc. ("Defendant" or "Anastasia") to dismiss three of the claims asserted in the Second Amended Complaint ("Complaint") under Federal Rule of Civil Procedure 12(b)(6). Under L.R. 7-9, DMG was required to file either (a) a brief in opposition to the motion, or (b) a written statement that DMG will not oppose the motion by October 6, 2010.

Because DMG has failed to file any papers in response to Anastasia's motion, Anastasia respectfully requests the Court to grant the motion pursuant to L.R. 7-12 and dismiss with prejudice the following three causes of action from DMG's Complaint:

- State trademark infringement under California Business and Professions Code § 14320 (as set forth in DMG's Fifth Cause of Action, Dkt. No. 12) because DMG has submitted no evidence that DMG has a California state trademark registration;
- Breach of contract (as set forth in DMG's Sixth Cause of Action, Dkt. No. 12) because DMG has submitted no evidence that it is a party to the agreement attached to the Complaint, and DMG has failed to state any breach of any alleged agreement with Anastasia; and
- Unfair competition under California Business and Professions Code § 17200 (as set forth in DMG's Seventh Cause of Action, Dkt. No. 12) because DMG has alleged no facts for restitution of money or property which is required for standing under § 17200.

Furthermore, after having amended its Complaint three times already, and failing to file any papers in response to Anastasia's motion to dismiss, DMG should not be given leave to further amend its defective Complaint.

## II. CONCLUSION

DMG has failed to provide any basis for its claims of (i) breach of contract; (ii) state statutory trademark infringement; and (iii) unfair competition. Indeed, DMG has failed to file any papers in opposition to Anastasia's Rule 12(b) motion to dismiss these three claims. Thus, DMG's Fifth, Sixth and Seventh Causes of Action in its Complaint should be dismissed with prejudice, and DMG should not be given leave to amend.

DATED: October 12, 2010

/s/ Craig B. Bailey
Craig B. Bailey
FULWIDER PATTON LLP
Attorneys for Defendant
ANASTASIA INTERNATIONAL, INC.