Steven H. Haney, SBN 12198
Bruce A. Fields, SBN 102426
Haney, Buchanan & Patterson, LLP
707 Wilshire Blvd.
Fifty Third Floor
Los Angeles, CA 90017
213-228-6500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dream Marriage Group, Inc., a Nevada corporation<br><br>Plaintiff(s)<br>v.<br><br>Anastasia International, Inc., a Kentucky corporation<br><br>Defendant(s). | CASE NUMBER<br><br>CV 10 5034 RSWL (FFMx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__Dream Marriage Group, Inc., a Nevada corporation__   ☒ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute   __Steven H. Haney and Bruce A. Fields of Haney, Buchanan & Patterson, LLP__ who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__707 Wilshire Blvd., Fifty Third Floor__
*Street Address*

__Los Angeles, CA 90017__           __shaney@hbplaw.com  and bfields@hbplaw.com__
*City, State, Zip*                              *E-Mail Address*

__213-228-6500__           __213-228-6501__           __SHH, 121980 and BAF, 102426__
*Telephone Number*        *Fax Number*                *State Bar Number*

as attorney of record in place and stead of   __Andrew M. Weitz, SBN 129962__
                                                                                      *Present Attorney*

is hereby   ☒ GRANTED   ☐ DENIED

Dated Oct 13, 2010

_Ronald S.W. Lew_
U. S. District Judge/~~U.S. Magistrate Judge~~

NOTICE TO COUNSEL : IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.

*COURTESY COPY*