UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dream Marriage Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Anastasia International, Inc., a Kentucky corporation, <br><br> Defendant. | CV 10-5034 RSWL (FFMx) <br><br> **ORDER** |

    On October 13, 2010, the Court issued an Order [20] granting a Request to Substitute Attorneys Bruce Aric Fields and Steven H. Haney for Plaintiff Dream Marriage Group, Inc., as attorneys of record in place of Attorney Andrew M. Weitz. On September 29, 2010, Defendant Anastasia International, Inc. filed a 12(b)(6) Motion to Dismiss [16] to be heard by the Court on October 27, 2010. Plaintiff has failed to oppose this Motion by the October 6, 2010 deadline as outlined in the Court's initial briefing schedule.

1

1  However, given Plaintiff's recent request to substitute
2  attorneys, the Court now issues a new briefing schedule
3  with regard to the Motion to Dismiss. The Opposition to
4  the Motion to Dismiss must be filed with the Court no
5  later October 19, 2010 and any Reply brief must be
6  filed with the Court no later than October 21, 2010.
7  The hearing for the Motion to Dismiss is advanced to
8  October 26, 2010 at 10:00 a.m.

10 DATED: October 14, 2010
11 **IT IS SO ORDERED.**

RONALD S.W. LEW
_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge