| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER | |
|---|---|
| Craig B. Bailey (State Bar No. 114,410)<br>FULWIDER PATTON LLP<br>Howard Hughes Center<br>6060 Center Drive, Tenth Floor<br>Los Angeles, California 90045<br>Telephone: (310) 824-5555 | |
| ATTORNEYS FOR: Defendant | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| DREAM MARRIAGE GROUP, INC. a Nevada corporation<br><br>Plaintiff(s),<br>v.<br><br>ANASTASIA INTERNATIONAL, INC., a Kentucky corporation<br><br>Defendant(s) | CASE NUMBER:<br><br>CV 10-5034 RSWL (FFMx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |
|---|---|

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Anastasia International, Inc.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                              **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Dream Marriage Group, Inc.                                   Plaintiff

Anastasia International, Inc.                                    Defendant


10/20/10                                                              _C.B. Bailey_ (signature)
Date                                                                      Sign

                                                                              Craig B. Bailey
                                                                              Attorney of record for or party appearing in pro per

---

CV-30 (04/10)                                          NOTICE OF INTERESTED PARTIES