***AMENDED*** (date only)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 10-5034-RSWL | Date | ***October 26, 2010 |
|---|---|---|---|
| Title | Dream Marriage Group, Inc. v. Anastasia International, Inc. | | |

| Present: The Honorable | Ronald S.W. Lew, Senior United States District Judge |
|---|---|

| Kelly Davis | Kathy Stride | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Bruce Fields | Craig Bailey<br>James Juo |

**Proceedings:**   MOTION (Held and Completed; Non-Evidentiary)

Court and counsel confer.  The Court **GRANTS IN PART/DENIES IN PART** Defendant's Motion to Dismiss Under 12(B)(6) (filed 09-29-10) **[16]**. The Court will prepare the order regarding this hearing,

|  | : | 13 |
|---|---|---|
| Initials of Preparer | KD | |