Craig B. Bailey (State Bar No. 114,410)
   cbailey@fulpat.com
James Juo (State Bar No. 193,852)
   jjuo@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696

Attorneys for Defendant Anastasia International, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM MARRIAGE GROUP, INC., | CASE NO. 10 CV 5034 RSWL (FFMx) |
| Plaintiff, | |
| v. | ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA INTERNATIONAL, INC. TO SECOND AMENDED COMPLAINT |
| ANASTASIA INTERNATIONAL, INC, | |
| Defendant. | DEMAND FOR JURY TRIAL |

## ANSWER

Defendant Anastasia International, Inc. ("Anastasia"), answers the Second Amended Complaint of Plaintiff Dream Marriage Group, Inc. ("DMG"), as follows.

## JURISDICTION AND VENUE

1.      Anastasia admits that this court has subject matter jurisdiction of claims arising under the cited statutes, but denies that the claims alleged in the Second Amended Complaint state a valid claim against Anastasia within this Court's jurisdiction, and denies any remaining allegations contained in paragraph 1 of the Second Amended Complaint to the extent they relate to Anastasia.  Anastasia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 1 of the Second Amended Complaint to the extent they relate to others and therefore denies them.

2.      Anastasia admits that this court can have supplemental jurisdiction over certain claims under the cited statute, but denies that the claims alleged in the Second Amended Complaint state a valid claim against Anastasia within the Court's supplemental jurisdiction, and denies any remaining allegations contained in paragraph 2 of the Second Amended Complaint to the extent they relate to Anastasia.  Anastasia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2 of the Second Amended Complaint to the extent they relate to others and therefore denies them.

3.      Anastasia admits that it is incorporated under the laws of the State of Kentucky with its principal place of business in Maine, and admits that this court has subject matter jurisdiction of claims arising under the cited statute, but is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 3 of the Second Amended Complaint and therefore denies them.

4.      Anastasia denies the allegations of paragraph 4 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

PARTIES

5.      Anastasia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 5 of the Second Amended Complaint and therefore denies them.

6.      Anastasia admits that it is incorporated under the laws of the State of Kentucky with its principal place of business in Maine, and is engaged in providing services to persons interested in establishing personal relationships through websites including anastasiadate.com, anastasiainternational.com, anastasiaweb.com, anastasiawebscam.com, anastasiainternationalscam.com and foreignpassion.com,

1  but denies the remaining allegations of paragraph 6 of the Second Amended

2  Complaint.

3      7.    Anastasia is without knowledge or information sufficient to form a

4  belief as to the truth of the allegations of paragraph 7 of the Second Amended

5  Complaint and therefore denies them.

6      8.    Anastasia denies the allegations of paragraph 8 of the Second Amended

7  Complaint to the extent they relate to Anastasia, and is without knowledge or

8  information sufficient to form a belief as to the truth of such allegations as they

9  relate to others and therefore denies them.

10                    PLAINTIFF'S ALLEGED MARKS

11     9.    Anastasia is without knowledge or information sufficient to form a

12  belief as to the truth of the allegations of paragraph 9 of the Second Amended

13  Complaint and therefore denies them.

14     10.   Anastasia denies that U.S. Trademark Registration No. 3,760,949 is

15  incontestable or is conclusive evidence of any right to use the cited mark, and is

16  without knowledge or information sufficient to form a belief as to the truth of the

17  remaining allegations of paragraph 10 of the Second Amended Complaint and

18  therefore denies them.

19     11.   Anastasia is without knowledge or information sufficient to form a

20  belief as to the truth of the allegations of paragraph 11 of the Second Amended

21  Complaint and therefore denies them.

22     12.   Anastasia denies the allegations of paragraph 12 of the Second

23  Amended Complaint to the extent they relate to Anastasia, and is without

24  knowledge or information sufficient to form a belief as to the truth of such

25  allegations as they relate to others and therefore denies them.

26                    DEFENDANT'S ACTIVITIES

27     13.   Anastasia denies the allegations of paragraph 13 of the Second

28  Amended Complaint to the extent they relate to Anastasia, and is without

1  knowledge or information sufficient to form a belief as to the truth of such

2  allegations as they relate to others and therefore denies them.

3       14.    Anastasia denies the allegations of paragraph 14 of the Second

4  Amended Complaint.

5       15.    Anastasia denies that it has ever used any mark allegedly owned by

6  Plaintiff as an internet domain name or for any other purpose or that it was ever

7  required to seek any permission from Plaintiff, and denies the remaining allegations

8  of paragraph 15 of the Second Amended Complaint to the extent they relate to

9  Anastasia.  Anastasia is without knowledge or information sufficient to form a belief

10  as to the truth of the allegations of paragraph 15 of the Second Amended Complaint

11  to the extent they relate to others and therefore denies them.

12       16.    Anastasia denies that it has ever registered or used any mark allegedly

13  owned by Plaintiff or the domain names cited in paragraph 13 of the Second

14  Amended Complaint, and denies the remaining allegations of paragraph 16 of the

15  Second Amended Complaint to the extent they relate to Anastasia.  Anastasia is

16  without knowledge or information sufficient to form a belief as to the truth of the

17  allegations of paragraph 16 of the Second Amended Complaint to the extent they

18  relate to others and therefore denies them.

19       17.    Anastasia denies registering or using the domain names cited in

20  paragraph 13 of the Second Amended Complaint, and denies the remaining

21  allegations of paragraph 17 of the Second Amended Complaint to the extent they

22  relate to Anastasia.  Anastasia is without knowledge or information sufficient to

23  form a belief as to the truth of the allegations of paragraph 17 of the Second

24  Amended Complaint to the extent they relate to others and therefore denies them.

25       18.    Anastasia denies the allegations of paragraph 18 of the Second

26  Amended Complaint to the extent they relate to Anastasia, and is without

27  knowledge or information sufficient to form a belief as to the truth of such

28  allegations as they relate to others and therefore denies them.

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA
INTERNATIONAL, INC. TO SECOND AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

4

19.    Anastasia denies the allegations of paragraph 19 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

<u>FIRST CAUSE OF ACTION</u>

20.    Paragraph 20 of the Second Amended Complaint incorporates by reference paragraphs 1-18 of the Second Amended Complaint.  Anastasia incorporates by reference its Answers to paragraphs 1-18 of the Second Amended Complaint as its answer to paragraph 20 of the Second Amended Complaint.

21.    Anastasia denies the allegations of paragraph 21 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

22.    Anastasia denies the allegations of paragraph 22 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

23.    Anastasia is without knowledge or information sufficient to form a belief as to the truth of such allegations and therefore denies them.

24.    Anastasia denies the allegations of paragraph 24 of the Second Amended Complaint.

25.    Anastasia denies the allegations of paragraph 25 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

26.    Anastasia denies the allegations of paragraph 26 of the Second Amended Complaint to the extent they relate to Anastasia, and is without

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA INTERNATIONAL, INC. TO SECOND AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

5

1 | knowledge or information sufficient to form a belief as to the truth of such
2 | allegations as they relate to others and therefore denies them.

3 | 27.   Anastasia denies the allegations of paragraph 27 of the Second
4 | Amended Complaint to the extent they relate to Anastasia, and is without
5 | knowledge or information sufficient to form a belief as to the truth of such
6 | allegations as they relate to others and therefore denies them.

7 | 28.   Anastasia admits that none of the domain names cited in paragraph 13
8 | of the Second Amended Complaint consist of the name Anastasia International, Inc.
9 | or consist of a name that is commonly used to identify Anastasia, and denies any
10 | remaining allegations of paragraph 28 of the Second Amended Complaint to the
11 | extent they relate to Anastasia.  Anastasia is without knowledge or information
12 | sufficient to form a belief as to the truth of the allegations of paragraph 28 of the
13 | Second Amended Complaint to the extent they relate to others and therefore denies
14 | them.

15 | 29.   Anastasia denies making any use of any of the domain names cited in
16 | paragraph 13 of the Second Amended Complaint, and denies any remaining
17 | allegations of paragraph 29 of the Second Amended Complaint to the extent they
18 | relate to Anastasia.  Anastasia is without knowledge or information sufficient to
19 | form a belief as to the truth of the allegations of paragraph 29 of the Second
20 | Amended Complaint to the extent they relate to others and therefore denies them.

21 | 30.   Anastasia denies using any mark allegedly owned by DMG on any
22 | website, and denies the remaining allegations of paragraph 30 to the extent they
23 | relate to Anastasia.  Anastasia is without knowledge or information sufficient to
24 | form a belief as to the truth of the allegations of paragraph 30 of the Second
25 | Amended Complaint to the extent they relate to others and therefore denies them.

26 | 31.   Anastasia denies the allegations of paragraph 31 of the Second
27 | Amended Complaint to the extent they relate to Anastasia, and is without
28 |

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA
INTERNATIONAL, INC. TO SECOND AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

6

knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

32.     Anastasia denies the allegations of paragraph 32 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

33.     Anastasia denies the allegations of paragraph 33 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

34.     Anastasia denies the allegations of paragraph 34 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

35.     Anastasia denies the allegations of paragraph 35 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

36.     Anastasia denies the allegations of paragraph 36 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

## SECOND CAUSE OF ACTION

37.     Paragraph 37 of the Second Amended Complaint incorporates by reference paragraphs 1-35 of the Second Amended Complaint.  Anastasia incorporates by reference its Answers to paragraphs 1-35 of the Second Amended Complaint as its answer to paragraph 37 of the Second Amended Complaint.

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA
INTERNATIONAL, INC. TO SECOND AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

1    38.    Anastasia denies the allegations of paragraph 38 of the Second
2  Amended Complaint to the extent they relate to Anastasia, and is without
3  knowledge or information sufficient to form a belief as to the truth of such
4  allegations as they relate to others and therefore denies them.

5    39.    Anastasia denies the allegations of paragraph 39 of the Second
6  Amended Complaint to the extent they relate to Anastasia, and is without
7  knowledge or information sufficient to form a belief as to the truth of such
8  allegations as they relate to others and therefore denies them.

9    40.    Anastasia denies the allegations of paragraph 40 of the Second
10  Amended Complaint to the extent they relate to Anastasia, and is without
11  knowledge or information sufficient to form a belief as to the truth of such
12  allegations as they relate to others and therefore denies them.

13    41.    Anastasia denies the allegations of paragraph 41 of the Second
14  Amended Complaint to the extent they relate to Anastasia, and is without
15  knowledge or information sufficient to form a belief as to the truth of such
16  allegations as they relate to others and therefore denies them.

17    42.    Anastasia denies the allegations of paragraph 42 of the Second
18  Amended Complaint to the extent they relate to Anastasia, and is without
19  knowledge or information sufficient to form a belief as to the truth of such
20  allegations as they relate to others and therefore denies them.

21    43.    Anastasia denies the allegations of paragraph 43 of the Second
22  Amended Complaint to the extent they relate to Anastasia, and is without
23  knowledge or information sufficient to form a belief as to the truth of such
24  allegations as they relate to others and therefore denies them.

25    44.    Anastasia denies the allegations of paragraph 44 of the Second
26  Amended Complaint to the extent they relate to Anastasia, and is without
27  knowledge or information sufficient to form a belief as to the truth of such
28  allegations as they relate to others and therefore denies them.

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA
INTERNATIONAL, INC. TO SECOND AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

45.     Anastasia denies the allegations of paragraph 45 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

46.     Anastasia denies the allegations of paragraph 46 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

47.     Anastasia denies the allegations of paragraph 47 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

<u>THIRD CAUSE OF ACTION</u>

48.     Paragraph 48 of the Second Amended Complaint incorporates by reference paragraphs 1-46 of the Second Amended Complaint.  Anastasia incorporates by reference its Answers to paragraphs 1-46 of the Second Amended Complaint as its answer to paragraph 48 of the Second Amended Complaint.

49.     Anastasia denies the allegations of paragraph 49 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

50.     Anastasia denies the allegations of paragraph 50 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

51.     Anastasia denies the allegations of paragraph 51 of the Second Amended Complaint to the extent they relate to Anastasia, and is without

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA
INTERNATIONAL, INC. TO SECOND AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

9

1  knowledge or information sufficient to form a belief as to the truth of such
2  allegations as they relate to others and therefore denies them.

3       52.    Anastasia denies the allegations of paragraph 52 of the Second
4  Amended Complaint to the extent they relate to Anastasia, and is without
5  knowledge or information sufficient to form a belief as to the truth of such
6  allegations as they relate to others and therefore denies them.

7       53.    Anastasia denies the allegations of paragraph 53 of the Second
8  Amended Complaint to the extent they relate to Anastasia, and is without
9  knowledge or information sufficient to form a belief as to the truth of such
10  allegations as they relate to others and therefore denies them.

11       54.    Anastasia denies the allegations of paragraph 54 of the Second
12  Amended Complaint to the extent they relate to Anastasia, and is without
13  knowledge or information sufficient to form a belief as to the truth of such
14  allegations as they relate to others and therefore denies them.

15       55.    Anastasia denies the allegations of paragraph 55 of the Second
16  Amended Complaint to the extent they relate to Anastasia, and is without
17  knowledge or information sufficient to form a belief as to the truth of such
18  allegations as they relate to others and therefore denies them.

19       56.    Anastasia denies the allegations of paragraph 56 of the Second
20  Amended Complaint to the extent they relate to Anastasia, and is without
21  knowledge or information sufficient to form a belief as to the truth of such
22  allegations as they relate to others and therefore denies them.

23       57.    Anastasia denies the allegations of paragraph 57 of the Second
24  Amended Complaint to the extent they relate to Anastasia, and is without
25  knowledge or information sufficient to form a belief as to the truth of such
26  allegations as they relate to others and therefore denies them.

27       58.    Anastasia denies the allegations of paragraph 58 of the Second
28  Amended Complaint to the extent they relate to Anastasia, and is without

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA
INTERNATIONAL, INC. TO SECOND AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

10

1    knowledge or information sufficient to form a belief as to the truth of such

2    allegations as they relate to others and therefore denies them.

3                      FOURTH CAUSE OF ACTION

4          59.     Paragraph 59 of the Second Amended Complaint incorporates by

5    reference paragraphs 1-57 of the Second Amended Complaint. Anastasia

6    incorporates by reference its Answers to paragraphs 1-57 of the Second Amended

7    Complaint as its answer to paragraph 59 of the Second Amended Complaint.

8          60.     Anastasia denies the allegations of paragraph 60 of the Second

9    Amended Complaint to the extent they relate to Anastasia, and is without

10    knowledge or information sufficient to form a belief as to the truth of such

11    allegations as they relate to others and therefore denies them.

12          61.     Anastasia denies the allegations of paragraph 61 of the Second

13    Amended Complaint to the extent they relate to Anastasia, and is without

14    knowledge or information sufficient to form a belief as to the truth of such

15    allegations as they relate to others and therefore denies them.

16          62.     Anastasia denies the allegations of paragraph 62 of the Second

17    Amended Complaint to the extent they relate to Anastasia, and is without

18    knowledge or information sufficient to form a belief as to the truth of such

19    allegations as they relate to others and therefore denies them.

20          63.     Anastasia denies the allegations of paragraph 63 of the Second

21    Amended Complaint to the extent they relate to Anastasia, and is without

22    knowledge or information sufficient to form a belief as to the truth of such

23    allegations as they relate to others and therefore denies them.

24          64.     Anastasia denies the allegations of paragraph 64 of the Second

25    Amended Complaint to the extent they relate to Anastasia, and is without

26    knowledge or information sufficient to form a belief as to the truth of such

27    allegations as they relate to others and therefore denies them.

28

65.     Anastasia denies the allegations of paragraph 65 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

66.     Anastasia denies the allegations of paragraph 66 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

<u>FIFTH CAUSE OF ACTION</u>

67.     Paragraph 67 of the Second Amended Complaint incorporates by reference paragraphs 1-65 of the Second Amended Complaint.  Anastasia incorporates by reference its Answers to paragraphs 1-65 of the Second Amended Complaint as its answer to paragraph 67 of the Second Amended Complaint.

68.     Anastasia denies the allegations of paragraph 68 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

69.     DMG's alleged cause of action under California Business and Professions Code § 14320 has been dismissed with prejudice by the Court. Therefore, no response is required to the allegations of paragraph 69 of the Second Amended Complaint that relate to the alleged cause of action under California Business and Professions Code § 14320.  With respect to DMG's alleged cause of action under California common law, Anastasia denies the allegations of paragraph 69 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

70.     Anastasia denies the allegations of paragraph 70 of the Second Amended Complaint to the extent they relate to Anastasia, and is without

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA INTERNATIONAL, INC. TO SECOND AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

12

1  knowledge or information sufficient to form a belief as to the truth of such

2  allegations as they relate to others and therefore denies them.

3        71.    Anastasia denies the allegations of paragraph 71 of the Second

4  Amended Complaint to the extent they relate to Anastasia, and is without

5  knowledge or information sufficient to form a belief as to the truth of such

6  allegations as they relate to others and therefore denies them.

7        72.    DMG's alleged cause of action under California Business and

8  Professions Code § 14320 has been dismissed with prejudice by the Court.

9  Therefore, no response is required to the allegations of paragraph 72 of the Second

10 Amended Complaint that relate to the alleged cause of action under California

11 Business and Professions Code § 14320.  With respect to DMG's alleged cause of

12 action under California common law, Anastasia denies the allegations of paragraph

13 72 of the Second Amended Complaint to the extent they relate to Anastasia, and is

14 without knowledge or information sufficient to form a belief as to the truth of such

15 allegations as they relate to others and therefore denies them.

16                        <u>SIXTH CAUSE OF ACTION</u>

17       73.    DMG's alleged sixth cause of action for breach of contract has been

18 dismissed with prejudice by the Court.  Therefore, , no response is required to the

19 allegations of paragraph 73 of the Second Amended Complaint.

20       74.    DMG's alleged sixth cause of action for breach of contract has been

21 dismissed with prejudice by the Court.  Therefore, no response is required to the

22 allegations of paragraph 74 of the Second Amended Complaint.

23       75.    DMG's alleged sixth cause of action for breach of contract has been

24 dismissed with prejudice by the Court.  Therefore, no response is required to the

25 allegations of paragraph 75 of the Second Amended Complaint.

26       76.    DMG's alleged sixth cause of action for breach of contract has been

27 dismissed with prejudice by the Court.  Therefore, no response is required to the

28 allegations of paragraph 76 of the Second Amended Complaint.

77.     DMG's alleged sixth cause of action for breach of contract has been dismissed with prejudice by the Court.  Therefore, no response is required to the allegations of paragraph 77 of the Second Amended Complaint.

78.     DMG's alleged sixth cause of action for breach of contract has been dismissed with prejudice by the Court.  Therefore, no response is required to the allegations of paragraph 78 of the Second Amended Complaint.

79.     DMG's alleged sixth cause of action for breach of contract has been dismissed with prejudice by the Court.  Therefore, no response is required to the allegations of paragraph 79 of the Second Amended Complaint.

80.     DMG's alleged sixth cause of action for breach of contract has been dismissed with prejudice by the Court.  Therefore, no response is required to the allegations of paragraph 80 of the Second Amended Complaint.

81.     DMG's alleged sixth cause of action for breach of contract has been dismissed with prejudice by the Court.  Therefore, no response is required to the allegations of paragraph 81 of the Second Amended Complaint.

82.     DMG's alleged sixth cause of action for breach of contract has been dismissed with prejudice by the Court.  Therefore, no response is required to the allegations of paragraph 82 of the Second Amended Complaint.

<u>SEVENTH CAUSE OF ACTION</u>

83.     Paragraph 83 of the Second Amended Complaint incorporates by reference paragraphs 1-71 of the Second Amended Complaint.  Anastasia incorporates by reference its Answers to paragraphs 1-71 of the Second Amended Complaint as its answer to paragraph 83 of the Second Amended Complaint.

84.     Anastasia denies the allegations of paragraph 84 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA INTERNATIONAL, INC. TO SECOND AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

14

85.    Anastasia denies the allegations of paragraph 85 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

86.    Anastasia denies the allegations of paragraph 86 of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

87.    Anastasia denies the allegations of paragraph 87 (misnumbered as "84") of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

88.    Anastasia denies the allegations of paragraph 88 (misnumbered as "87") of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

89.    Anastasia denies the allegations of paragraph 89 (misnumbered as "88") of the Second Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

AFFIRMATIVE DEFENSES

Anastasia hereby pleads and affirmatively sets forth the following defenses in response to Plaintiff's Second Amended Complaint.

FIRST DEFENSE

90.    Plaintiff's Second Amended Complaint fails to state a claim upon which relief may be granted.

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA INTERNATIONAL, INC. TO SECOND AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

15

SECOND DEFENSE

91.    Plaintiff's claims are barred by the doctrine of laches, acquiescence, or estoppel.

THIRD DEFENSE

92.    Plaintiff's claims are barred by reason of unclean hands.

FOURTH DEFENSE

93.    Anastasia has not infringed or otherwise violated any of Plaintiff's alleged trademark rights or any other asserted intellectual property right.

FIFTH DEFENSE

94.    Plaintiff's alleged "Dream-Marriage" mark is merely descriptive of Plaintiff's alleged services without secondary meaning, and is therefore invalid and unenforceable.

SIXTH DEFENSE

95.    Plaintiff's alleged "Dream-Marriage" mark is not famous among the general public, and is not entitled to protection as a famous mark.  Further, Anastasia has not diluted Plaintiff's asserted mark.

SEVENTH DEFENSE

96.    Plaintiff has not suffered any compensible injury or damages, and has failed to mitigate any alleged injury or damage, and any damages or injury alleged is attributable to causes other than any acts or omissions of Anastasia.

EIGHTH DEFENSE

97.    Plaintiff is barred from recovery of damages and profits by reason of Plaintiff's failure to comply with the notice requirements of 15 U.S.C. § 1111.

NINTH DEFENSE

98.    Plaintiff lacks standing to assert unfair competition and unfair trade practices or to seek any relief under California Business and Professions Code §§ 17200 et seq.

TENTH DEFENSE

99.     U.S. Trademark Registration No. 3,760,949 is invalid and unenforceable.  The mark is merely descriptive of the services identified therein.

ELEVENTH DEFENSE

100.   On information and belief, U.S. Trademark Registration No. 3,760,949 is void *ab initio* and Plaintiff's alleged "Dream-Marriage" mark is invalid and unenforceable, because Plaintiff is not the true owner of the mark.

TWELFTH DEFENSE

101.   U.S. Trademark Registration No. 3,760,949 is invalid and unenforceable for fraud on the Trademark Office.

102.   U.S. Trademark Registration No. 3,760,949 states that the owner of the DREAM-MARRIAGE mark is Dream Marriage Group, Inc. (a Nevada corporation), and that the date of first use in commerce of the DREAM-MARRIAGE mark was December 17, 2003.

103.   On information and belief, Dream Marriage Group, Inc. did not exist until sometime in late 2006.

104.   On information and belief, Dream Marriage Group, Inc. was not the entity that first used the DREAM-MARRIAGE mark in commerce.

105.   On information and belief, Plaintiff applied for and obtained U.S. Trademark Registration No. 3,760,949 knowing that it was not the true owner of the DREAM-MARRIAGE mark.

106.   On information and belief, Plaintiff's false declaration that it was the owner of the DREAM-MARRIAGE mark was made with the intent of misleading the U.S. Patent and Trademark Office into issuing the registration to Plaintiff, and the registration would not have issued to Plaintiff but for the false declaration.

THIRTEENTH DEFENSE

107.   Plaintiff's alleged "Dream-Marriage" mark is not distinctive or famous and thus is not entitled to protection under 15 U.S.C. § 1125(d).  Nor has Anastasia

1   registered, trafficked, or used any of the domain names cited in paragraph 13 of the

2   Second Amended Complaint.

### FOURTEENTH DEFENSE

4   108.   On information and belief, Plaintiff has failed to join parties required to

5   be joined under FRCP 19.

### FIFTEENTH DEFENSE

7   109.   Anastasia is entitled to recover its attorney fees and costs incurred in

8   connection with the defense of this action.

### SIXTEENTH DEFENSE

10   110.   Anastasia reserves the right to assert additional defenses as they

11   become known through further investigation and/or discovery.

12

### COUNTERCLAIMS

14   Defendant/Counterclaimant Anastasia International, Inc. ("Anastasia") hereby

15   sets forth the following Counterclaims against Plaintiff/Counterclaim-Defendant

16   Dream Marriage Group, Inc. ("DMG") and demands a trial by jury for all issues so

17   triable.

### PARTIES

19   1.   Anastasia is a Kentucky corporation.

20   2.   On information and belief, DMG is a Nevada corporation.

### JURISDICTION AND VENUE

22   3.   Jurisdiction in this Court is proper pursuant to Rule 13 of the Federal

23   Rules of Civil Procedure, and under the Lanham Act pursuant to 15 U.S.C. § 1121

24   and 28 U.S.C. § 1338, and supplemental jurisdiction over the state and common-law

25   claims pursuant to 28 U.S.C. § 1367.  Venue is proper under 28 U.S.C. § 1391.

26   4.   By initiating suit in this Court, DMG has consented to personal

27   jurisdication.

28

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA
INTERNATIONAL, INC. TO SECOND AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

18

## FIRST COUNTERCLAIM

### (Declaratory Judgment of No Infringement, No Unfair Competition, No False Designation of Origin, No Dilution, And No Cyberpiracy)

5.     Anastasia repeats and hereby incorporates herein by reference, as though specifically pleaded herein, the allegations of paragraphs 1 through 4 above.

6.     This counterclaim is for declaratory relief under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and arises from an actual and justiciable controversy between Anastasia and DMG regarding alleged intellectual property rights including trademark rights.

7.     DMG filed its Second Amended Complaint against Anastasia for, among other things, alleged cyberpiracy, trademark infringement, false designation of origin, dilution and unfair competition, based on DMG's alleged "Dream-Marriage" mark as represented by U.S. Trademark Registration No. 3,760,949.

8.     Anastasia's activities do not constitute cyberpiracy, trademark infringement, false designation of origin, dilution or unfair competition, or any violation of intellectual property rights of DMG.  As part of this allegation, Anastasia repeats and realleges, and incorporates herein by reference, each of the allegations set forth in paragraphs 90-105 above in its Answer.

9.     A justiciable controversy exists between Anastasia and DMG concerning the alleged infringement, dilution, unfair competition, false designation of origin, cyberpiracy, and other alleged intellectual property rights of DMG.

10.     Anastasia seeks a judicial determination of its rights and liabilities by a declaration that Anastasia's activities do not constitute trademark infringement, unfair competition, dilution, cyberpiracy, false designation of origin, or any violation of DMG's intellectual property rights.

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA INTERNATIONAL, INC. TO SECOND AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

19

## SECOND COUNTERCLAIM

### (Cancellation of U.S. Trademark Registration No. 3,760,949)

11.     Anastasia repeats and hereby incorporates herein by reference, as though specifically pleaded herein, the allegations of paragraphs 1 through 9 above.

12.     This counterclaim is for cancellation of U.S. Trademark Registration No. 3,760,949.  This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1119.

13.     DMG filed its Second Amended Complaint against Anastasia for, among other things, trademark infringement, and asserting ownership and validity of U.S. Trademark Registration No. 3,760,949.  Anastasia contends that U.S. Trademark Registration No. 3,760,949 is void and unenforceable.  Anastasia has standing to petition for cancellation of U.S. Registration No. 3,760,949.

14.     U.S. Trademark Registration No. 3,760,949 is invalid under 15 U.S.C. § 1052(e) because the mark is merely descriptive of the services identified.

15.     On information and belief, U.S. Trademark Registration No. 3,760,949 is void *ab initio* because DMG is not the true owner of the mark.

16.     U.S. Trademark Registration No. 3,760,949 is invalid and unenforceable for fraud on the Trademark Office.

17.     U.S. Trademark Registration No. 3,760,949 states that the owner of the DREAM-MARRIAGE mark is Dream Marriage Group, Inc. (a Nevada corporation), and that the date of first use in commerce of the DREAM-MARRIAGE mark was December 17, 2003.

18.     On information and belief, Dream Marriage Group, Inc. did not exist until sometime in late 2006.

19.     On information and belief, Dream Marriage Group, Inc. was not the entity that first used the DREAM-MARRIAGE mark in commerce.

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA INTERNATIONAL, INC. TO SECOND AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

20

20.     On information and belief, Plaintiff applied for and obtained U.S.
Trademark Registration No. 3,760,949 knowing that it was not the true owner of the
DREAM-MARRIAGE mark.

21.     On information and belief, Plaintiff's false declaration that it was the
owner of the DREAM-MARRIAGE mark was made with the intent of misleading
the U.S. Patent and Trademark Office into issuing the registration to Plaintiff, and
the registration would not have issued to Plaintiff but for the false declaration.

22.     Anastasia seeks a judicial determination and order pursuant to 15
U.S.C. § 1119 that U.S. Trademark Registration No. 3,760,949 be cancelled as
being invalid and unenforceable.

## PRAYER FOR RELIEF

WHEREFORE, Anastasia prays that the Court enter judgment that:

a.     Anastasia's activities do not constitute trademark infringement, unfair
competition, dilution, and cyberpiracy, or any violation of DMG's intellectual
property rights;

b.     All claims in the Second Amended Complaint be dismissed with
prejudice, and judgment be entered for Anastasia as to all of the claims in the
Second Amended Complaint.

c.     U.S. Trademark Registration No. 3,760,949 be cancelled;

d.     Anastasia be awarded all of its attorney's fees, expenses and costs
incurred in this action; and

e.     Anastasia be granted such other and further relief as the Court deems
just and proper.

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA
INTERNATIONAL, INC. TO SECOND AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

21

## DEMAND FOR JURY TRIAL

Anastasia hereby demands a jury trial for all issues so triable in this action.

DATED:  November 8, 2010

/s/ Craig B. Bailey
_____
Craig B. Bailey
FULWIDER PATTON LLP
Attorneys for Defendant
ANASTASIA INTERNATIONAL, INC.

425913.1

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA
INTERNATIONAL, INC. TO SECOND AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

22