1  STEVEN H. HANEY, SBN 121980
   HANEY, BUCHANAN & PATTERSON L.L.P.
2  707 Wilshire Boulevard
   Fifty-Third Floor
3  Los Angeles, California 90017
   Telephone (213) 228-6500
4
   Attorneys for Plaintiff,
5   DREAM MARRIAGE GROUP, INC.

6

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9                    FOR THE COUNTY OF LOS ANGELES

10

11 DREAM MARRIAGE GROUP, INC., a )   Case No. 10 5034 RSWL (FFMx)
   Nevada corporation,           )
12                               )
                Plaintiff,       )
13                               )
         v.                      )   NOTICE OF UNAVAILABILITY
14                               )
   ANASTASIA INTERNATIONAL, Inc.,)
15 a Kentucky corporation,       )
                                 )
16              Defendants.      )
                                 )
17 _____)
                                 )
18

- 1 -
*Notice of Unavailability*

1   **NOTICE IS HEREBY GIVEN** that Steven H. Haney and the offices of Haney, Buchanan &
2   Patterson, LLP will be unavailable from December 24, 2010 through and including January 2, 2011.
3       During said period of time, there will be no one available and/or responsible for attending
4   Court hearings; drafting pleadings; responding to motions, discovery, and correspondence; attending
5   depositions; or providing legal services in the above referenced matter.

7   Dated: December  8  2010        HANEY, BUCHANAN & PATTERSON, L.L.P.

9                                    By: _____
10                                       Steven H. Haney
                                         Attorneys for Plaintiff

- 2 -
*Notice of Unavailability*