```
 1  STEVEN H. HANEY, SBN 121980
    BRUCE A. FIELDS, SBN 102426
 2  HANEY, BUCHANAN & PATTERSON L.L.P.
    707 Wilshire Boulevard, Fifty-Third Floor
 3  Los Angeles, California 90017
    Telephone (213) 228-6500
 4  Facsimile (213) 228-6501
    Email: shaney@hbplaw.com
 5         bfields@hbplaw.com

 6  Attorneys for Plaintiff
    DREAM MARRIAGE GROUP, INC.
 7
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM MARRIAGE GROUP, INC., a Nevada corporation,<br><br>               Plaintiff,<br><br>    v.<br><br>ANASTASIA INTERNATIONAL, Inc., a Kentucky corporation,<br><br>               Defendants. | Case No. 10 5034 RSWL (FFMx)<br><br>**NOTICE OF LODGING**<br><br>Hon. Ronald S. W. Lew |

NOTICE OF LODGING

- 1 -

PRINTED ON RECYCLED PAPER

1  **TO THE COURT, ALL PARTIES AND ATTORNEYS:**

2     Plaintiff, DREAM MARRIAGE GROUP, INC hereby lodges the [Proposed]

3  Third Amended Complaint.

5  Dated: December 20, 2010          HANEY, BUCHANAN & PATTERSON, LLP

7                            By: _____
8                                 STEVEN H. HANEY
                                  BRUCE A. FIELDS
9                                 Attorneys for Plaintiff

NOTICE OF LODGING

- 2 -

PRINTED ON RECYCLED PAPER