1  Bruce A. Fields (SBN 102426)
   bfields@hbplaw.com
2  Haney, Buchanan & Patterson LLP
3  707 Wilshire Blvd., 53rd Floor
   Los Angeles, CA 90017
4  Telephone:  (213) 228-6500
   Facsimile:   (213) 228-6501
5

6  R. Christopher Harshman (SBN 248214)
   chris@dream-marriage.com
7  9701 Wilshire Boulevard 10th Floor
   Beverly Hills, CA 90212
8  Telephone:  (310) 651-3077
9  Facsimile:   (310) 601-3092

10 Attorneys for Plaintiff Dream Marriage
   Group, Inc.
11

12              UNITED STATES DISTRICT COURT

13     FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

14

15 | DREAM MARRIAGE GROUP, INC., a    ) Case no. CV 10-05034 RSWL (FFMx)
16 | Nevada corporation,              )
   |                                  ) NOTICE OF APPEARANCE OF
17 |               Plaintiff,         ) COUNSEL
   |                                  )
18 |       v.                         )
   |                                  )
19 | ANASTASIA INTERNATIONAL, Inc.,   )
20 | a Kentucky corporation, and DOES 1-10, )
   | inclusive,                       )
21 |                                  )
   |               Defendants.        )
22

23

24

25

26

27

28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that R. Christopher Harshman, admitted to practice in this Court, hereby files this Notice of Appearance in the above-referenced action as additional counsel for Plaintiff DREAM MARRIAGE GROUP, INC., and requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served at the following e-mail address:

chris@dream-marriage.com

Dated: December 27, 2010    DREAM WORLD PARTNERS, INC.

        By: /s/R. Christopher Harshman
        R. Christopher Harshman, Attorney for Plaintiff DREAM MARRIAGE GROUP, INC.