Bruce A. Fields (SBN 102426)
Haney, Buchanan & Patterson LLP
707 Wilshire Blvd., 53rd Floor
Los Angeles, CA 90017
Telephone: (213) 228-6500
Facsimile:  (213) 228-6501
bfields@hbplaw.com

Attorneys for Plaintiff Dream Marriage Group, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM MARRIAGE GROUP, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ANASTASIA INTERNATIONAL, Inc., a Kentucky corporation, and DOES 1-10,<br><br>Defendants. | Case No. 10-cv-5034 RSWL (FFMx)<br><br>ORDER RE STIPULATION TO FILE 3RD AMENDED COMPLAINT |

Plaintiff Dream Marriage Group, Inc. and Defendant Anastasia International, Inc. have stipulated and agreed that the time to respond to the 3rd Amended Complaint shall be extended through January 18, 2011. Defendant has waived service of the 3rd Amended Complaint but otherwise retains the right to challenge the new claim or amended claims and Defendant retains the right to assert or object to all other defenses to this action,

Pursuant to the stipulation of the parties,

///
///

1
2
3  IT IS ORDERED that Defendant Anastasia International, Inc. shall have up to and including January 18, 2011 to respond to the 3rd Amended Complaint.

4
5  Dated: December 27, 2010     By: RONALD S.W. LEW
6                                    RONALD S. W. LEW
                                     United States District Judge

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28