**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Dream Marriage Group, Inc.<br><br>PLAINTIFF(S)<br>v.<br><br>Anastasia International, Inc.<br><br>DEFENDANT(S). | CASE NUMBER<br>CV 10-05034 RSWL (FFMx)<br><br>**ADR PROGRAM QUESTIONNAIRE** |

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation? Please outline with specificity the type(s) of discovery and proposed completion date(s). Please outline any areas of disagreement in this regard. Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

Plaintiff believes that document production subpoenas to third parties: IT Online (Moscow); WebSitePulse (Florida); GoDaddy.com (Arizona); Maineinc.net (Maine), and written discovery and document requests between the parties to be completed before April 1, 2011, is essential in order to prepare adequately for a settlement conference. Defendant disagrees and believes that limited written discovery and document production from Plaintiff concerning the basis for Plaintiff's damages claims below will suffice, and that the case can benefit from an early settlement conference before the parties incur substantial time and expense on additional discovery.

(2) What are the damage amounts being claimed by each plaintiff? Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

Lost profits, $1,423,150.66. Damages to reputation, TBD. Losses related to investigation, countermeasures, etc., at least $5,520.73.

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Program?

    Yes ☐       No ☒

(4) If this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

☐ Title VII                                 ☐ Age Discrimination

☐ 42 U.S.C. §1983                   ☐ California Fair Employment and Housing Act

☐ Americans with Disabilities Act of 1990     ☐ Rehabilitation Act

☐ Other _____

_____

_____

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

January 4, 2011
Date

_____
Attorney for Plaintiff (Signature)

BRUCE A. FIELDS
Attorney for Plaintiff (Please print full name)

January 4, 2011
Date

_____
Attorney for Defendant (Signature)

CRAIG D. BAILEY
Attorney for Defendant (Please print full name)