Bruce A. Fields SBN 102426
Bruce A. Fields, A Professional Corporation
1801 Century Park East, 24th Floor
Los Angeles, CA 90067
310-552-7832
Fax-800-279-4830
bfields@bfieldslaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM MARRIAGE GROUP, INC.<br>a Nevada corporation<br>Plaintiff(s)<br>v.<br>ANASTASIA INTERNATIONAL, INC.<br>a Kentucky corporation<br>Defendant(s). | CASE NUMBER<br><br>10-cv-5034 RSWL (FFMx)<br><br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

DREAM MARRIAGE GROUP, Inc.   ☐ Plaintiff   ☐ Defendant   ☐ Other _____
Name of Party

hereby request the Court approve the substitution of  Bruce A. Fields, A Professional Corporation
                                                       New Attorney

as attorney of record in place and stead of  Haney, Buchanan, Patterson, LLP
                                             Present Attorney

Dated  December 20, 2010                    _____, General Manager
                                            Signature of Party/Authorized Representative of Party

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  December 24, 2010                    _____
                                            Signature of Present Attorney

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  December 24, 2010                    _____
                                            Signature of New Attorney
                                            102426
                                            State Bar Number

If party requesting to appear Pro Se:

Dated  _____                        _____
                                            Signature of Requesting Party

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)           REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY