Bruce A. Fields, SBN 102426
Bruce A. Fields, A Professional Corporation
1801 Century Park East
Twenty Fourth Floor
Los Angeles, CA 90067
310-552-7832

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Dream Marriage Group, Inc., a Nevada corporation | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 10 5034 RSWL (FFMx) |
| v. | |
| Anastasia International, Inc., a Kentucky corporation | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
| Defendant(s). | |

The Court hereby orders that the request of:

__Dream Marriage Group, Inc., a Nevada corporation__   √ Plaintiff   ☐ Defendant   ☐ Other
   *Name of Party*

to substitute   __Bruce A. Fields, A Professional Corporation__ who is

   √  Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

__1801 Century Park East 24th Floor__
   *Street Address*

__Los Angeles, CA 90067__         __bfields@bfieldslaw.com__
   *City, State, Zip*                *E-Mail Address*

__310-552-7832__         __800-279-4830__         __102426__
   *Telephone Number*         *Fax Number*         *State Bar Number*

as attorney of record in place and stead of   __Steven Haney & Haney, Buchanan & Patterson, LLP__
                                *Present Attorney*

**is hereby**      √ **GRANTED**       ☐ **DENIED**


Dated   __January 6, 2011__         RONALD S.W.LEW
                        Senior, U. S. District Judge

**NOTICE TO COUNSEL :** **IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.**