Craig B. Bailey (State Bar No. 114,410)
  cbailey@fulpat.com
James Juo (State Bar No. 193,852)
  jjuo@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696

Attorneys for Defendant Anastasia International, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM MARRIAGE GROUP, INC., <br><br>Plaintiff, <br><br>v. <br><br>ANASTASIA INTERNATIONAL, INC, <br><br>Defendant. | CASE NO. 10 CV 5034 RSWL (FFMx) <br><br>STIPULATION FOR EXTENSION OF TIME TO EXCHANGE INITIAL DISCLOSURES AND RESPOND TO THIRD AMENDED COMPLAINT |

IT IS HEREBY STIPULATED by and between the parties hereto by their respective attorneys that the parties shall have a one week extension of time to January 25, 2011 to exchange Initial Disclosures, and that Defendant Anastasia International, Inc. ("Anastasia") shall have a one week extension of time up to and including January 25, 2011 to respond to the Third Amended Complaint.

This stipulation is not being made for the purpose of delay but to provide the parties with adequate time to prepare their Initial Disclosures and for Anastasia to respond to the Complaint.

1  The Court has not previously granted any extensions of time for exchanging
2  Initial Disclosures or for responding to the Third Amended Complaint.

4  DATED: January 14, 2011         Respectfully submitted,

   FULWIDER PATTON LLP

   By: _____
   Craig B. Bailey
   James Juo
   Attorneys for Defendant
   Anastasia International, Inc.

12 DATED: January 14, 2011         Respectfully submitted,

   Bruce A. Fields, A Professional Corporation

   By: _____
   BRUCE A. FIELDS
   Attorneys for Plaintiff
   Dream Marriage Group, Inc.