Craig B. Bailey (State Bar No. 114,410)
cbailey@fulpat.com
James Juo (State Bar No. 193,852)
jjuo@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696

Attorneys for Defendant Anastasia International, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DREAM MARRIAGE GROUP, INC.,

Plaintiff,

v.

ANASTASIA INTERNATIONAL, INC,

Defendant.

CASE NO. 10 CV 5034 RSWL (FFMx)

ORDER GRANTING EXTENSION OF TIME TO EXCHANGE INITIAL DISCLOSURES AND RESPOND TO THIRD AMENDED COMPLAINT

The parties have stipulated that the parties shall have a one week extension of time to January 25, 2011 to exchange Initial Disclosures, and that Defendant Anastasia International, Inc. (“Anastasia”) shall have a one week extension of time up to and including January 25, 2011 to respond to the Third Amended Complaint.

IT IS SO ORDERED.

DATE: January 18, 2011

By: /s/ RONALD S.W. LEW
RONALD S. W. LEW
Senior, U.S. District Court Judge.