UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5034-RSWL | Date | January 20, 2011 |
|---|---|---|---|
| Title | Dream Marriage Group, Inc. v. Anastasia International, Inc. | | |

| Present: The Honorable | RONALD S.W. LEW, Senior, U.S. District Court Judge |
|---|---|

| Kelly Davis | Not Present | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)

On the Court's own motion, the Scheduling Conference set for January 25, 2011 is taken off calendar and is **UNDER SUBMISSION**. No appearances are necessary on this date. The Court's Order will issue.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | KD | |