1  Craig B. Bailey (State Bar No. 114,410)
     cbailey@fulpat.com
2  James Juo (State Bar No. 193,852)
     jjuo@fulpat.com
3  FULWIDER PATTON LLP
   Howard Hughes Center
4  6060 Center Drive, Tenth Floor
   Los Angeles, California 90045
5  Telephone: (310) 824-5555
   Facsimile: (310) 824-9696
6
   Attorneys for Defendant/Counterclaim-Plaintiff
7  Anastasia International, Inc.

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

12  DREAM MARRIAGE GROUP, INC.,          CASE NO. 10 CV 5034 RSWL (FFMx)
13  NEVADA CORPORATION,
                 Plaintiff,
                                         ANSWER AND COUNTERCLAIMS
14         v.                            BY DEFENDANT ANASTASIA
                                         INTERNATIONAL, INC. TO THIRD
15  ANASTASIA INTERNATIONAL, INC,        AMENDED COMPLAINT
16  A Kentucky Corporation, And Does
                 Defendant.    1-10,     DEMAND FOR JURY TRIAL
17

18  ANASTASIA INTERNATIONAL, INC,
19  A Kentucky Corporation, And Does
                 Counterclaim-Plaintiff. 1-10
20         v.

21  DREAM MARRIAGE GROUP, INC.,
22  NEVADA CORPORATION,
                 Counterclaim-Defendant,

23

24

25

26

27

28

COPY

ANSWER

Defendant Anastasia International, Inc. ("Anastasia"), answers the Third
Amended Complaint of Plaintiff Dream Marriage Group, Inc. ("DMG"), as follows.

JURISDICTION AND VENUE

1.      Anastasia admits that this court has subject matter jurisdiction over
claims properly arising under the cited federal statutes, but denies that the claims
alleged in the Third Amended Complaint state a valid claim against Anastasia
within this Court's jurisdiction, and denies any remaining allegations contained in
paragraph 1 of the Third Amended Complaint to the extent they relate to Anastasia.
Anastasia is without knowledge or information sufficient to form a belief as to the
truth of the allegations of paragraph 1 of the Third Amended Complaint to the extent
they relate to others and therefore denies them.

2.      Anastasia admits that this court can have supplemental jurisdiction over
certain claims under the statutory and common law of the State of California, but
denies that the claims alleged in the Third Amended Complaint state a valid claim
against Anastasia within the Court's supplemental jurisdiction, and denies any
remaining allegations contained in paragraph 2 of the Third Amended Complaint to
the extent they relate to Anastasia.  Anastasia is without knowledge or information
sufficient to form a belief as to the truth of the allegations of paragraph 2 of the
Third Amended Complaint to the extent they relate to others and therefore denies
them.

3.      Anastasia admits that it is incorporated under the laws of the State of
Kentucky with its principal place of business in Maine, but is without knowledge or
information sufficient to form a belief as to the truth of the remaining allegations of
paragraph 3 of the Third Amended Complaint and therefore denies them.

4.      Anastasia denies the allegations of paragraph 4 of the Third Amended
Complaint to the extent they relate to Anastasia, and is without knowledge or

427323:

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA
INTERNATIONAL, INC. TO THIRD AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)                    2

1  information sufficient to form a belief as to the truth of such allegations as they

2  relate to others and therefore denies them.

## PARTIES

4      5.    Anastasia is without knowledge or information sufficient to form a

5  belief as to the truth of the allegations of paragraph 5 of the Third Amended

6  Complaint and therefore denies them.

7      6.    Anastasia admits that it is incorporated under the laws of the State of

8  Kentucky, and is engaged in providing services to persons interested in establishing

9  personal relationships through various websites, but denies the remaining allegations

10  of paragraph 6 of the Third Amended Complaint.

11      7.    Anastasia is without knowledge or information sufficient to form a

12  belief as to the truth of the allegations of paragraph 7 of the Third Amended

13  Complaint and therefore denies them.

14      8.    Anastasia denies the allegations of paragraph 8 of the Third Amended

15  Complaint to the extent they relate to Anastasia, and is without knowledge or

16  information sufficient to form a belief as to the truth of such allegations as they

17  relate to others and therefore denies them.

## FACTUAL ALLEGATIONS

19      9.    Anastasia admits a federal registration exists for a DREAM-

20  MARRIAGE mark, but is without knowledge or information sufficient to form a

21  belief as to the truth of the remaining allegations of paragraph 9 of the Third

22  Amended Complaint and therefore denies them.

23      10.    Anastasia is without knowledge or information sufficient to form a

24  belief as to the truth of the allegations of paragraph 10 of the Third Amended

25  Complaint and therefore denies them.

26      11.    Anastasia is without knowledge or information sufficient to form a

27  belief as to the truth of the allegations of paragraph 11 of the Third Amended

28  Complaint and therefore denies them.

3

1    12.    Anastasia denies the allegations of paragraph 12 of the Third Amended

2  Complaint to the extent they relate to Anastasia, and is without knowledge or

3  information sufficient to form a belief as to the truth of such allegations as they

4  relate to others and therefore denies them.

5                          DEFENDANT'S ACTIVITIES

6    13.    Anastasia denies the allegations of paragraph 13 of the Third Amended

7  Complaint to the extent they relate to Anastasia, and is without knowledge or

8  information sufficient to form a belief as to the truth of such allegations as they

9  relate to others and therefore denies them.

10    14.    Anastasia denies that it has ever registered or used any mark allegedly

11  owned by Plaintiff as an internet domain name or for any other purpose, that it has

12  ever registered or used the domain names cited in paragraph 13 of the Third

13  Amended Complaint, or that it was ever required to seek any permission from

14  Plaintiff, and denies the remaining allegations of paragraph 14 of the Third

15  Amended Complaint to the extent they relate to Anastasia.  Anastasia is without

16  knowledge or information sufficient to form a belief as to the truth of the allegations

17  of paragraph 14 of the Third Amended Complaint to the extent they relate to others

18  and therefore denies them.

19    15.    Anastasia denies registering or using the domain names cited in

20  paragraph 13 of the Third Amended Complaint, and denies the remaining

21  allegations of paragraph 15 of the Third Amended Complaint to the extent they

22  relate to Anastasia.  Anastasia is without knowledge or information sufficient to

23  form a belief as to the truth of the allegations of paragraph 15 of the Third Amended

24  Complaint to the extent they relate to others and therefore denies them.

25    16.    Anastasia denies exercising joint ownership and/or control over the

26  domain names cited in paragraph 13 of the Third Amended Complaint, and denies

27  the remaining allegations of paragraph 16 of the Third Amended Complaint to the

28  extent they relate to Anastasia, and is without knowledge or information sufficient

1  to form a belief as to the truth of such allegations as they relate to others and
2  therefore denies them.

3       17.    Anastasia denies the allegations of paragraph 17 of the Third Amended
4  Complaint to the extent they relate to Anastasia, and is without knowledge or
5  information sufficient to form a belief as to the truth of such allegations as they
6  relate to others and therefore denies them.

7       18.    Anastasia denies the allegations of paragraph 18 of the Third Amended
8  Complaint to the extent they relate to Anastasia, and is without knowledge or
9  information sufficient to form a belief as to the truth of such allegations as they
10  relate to others and therefore denies them.

11       19.    Anastasia denies that it improperly scraped any data from Plaintiff's
12  service, and denies the remaining allegations of paragraph 19 of the Third Amended
13  Complaint to the extent they relate to Anastasia, and is without knowledge or
14  information sufficient to form a belief as to the truth of such allegations as they
15  relate to others and therefore denies them.

16       20.    Anastasia denies that it used various user accounts, without
17  authorization, used stolen login credentials, and/or exceeded the use authorized by
18  Plaintiff, and denies the remaining allegations of paragraph 20 of the Third
19  Amended Complaint to the extent they relate to Anastasia, and is without
20  knowledge or information sufficient to form a belief as to the truth of such
21  allegations as they relate to others and therefore denies them.

22       21.    Anastasia denies that it improperly scraped any data from Plaintiff's
23  service, and denies the remaining allegations of paragraph 21 of the Third Amended
24  Complaint to the extent they relate to Anastasia.  Anastasia is without knowledge or
25  information sufficient to form a belief as to the truth of the allegations of paragraph
26  21 of the Third Amended Complaint to the extent they relate to others and therefore
27  denies them.

28

1    22.    Anastasia denies that it modified its activities as alleged in paragraph
2    22 of the Third Amended Complaint, and is without knowledge or information
3    sufficient to form a belief as to the truth of the remaining allegations of paragraph
4    22 of the Third Amended Complaint to the extent they relate to Anastasia, and
5    therefore denies them.  Anastasia is without knowledge or information sufficient to
6    form a belief as to the truth of the allegations of paragraph 22 of the Third Amended
7    Complaint to the extent they relate to others and therefore denies them.

8    23.    Anastasia denies the allegations of paragraph 23 of the Third Amended
9    Complaint to the extent they relate to Anastasia, and is without knowledge or
10   information sufficient to form a belief as to the truth of such allegations as they
11   relate to others and therefore denies them.

12   24.    Anastasia denies the allegations of paragraph 24 of the Third Amended
13   Complaint to the extent they relate to Anastasia, and is without knowledge or
14   information sufficient to form a belief as to the truth of such allegations as they
15   relate to others and therefore denies them.

16                              FIRST CAUSE OF ACTION

17   25.    Paragraph 25 of the Third Amended Complaint incorporates by
18   reference paragraphs 1-24 of the Third Amended Complaint.  Anastasia incorporates
19   by reference its Answers to paragraphs 1-24 of the Third Amended Complaint as its
20   answer to paragraph 25 of the Third Amended Complaint.

21   26.    Anastasia denies the allegations of paragraph 26 of the Third Amended
22   Complaint to the extent they relate to Anastasia, and is without knowledge or
23   information sufficient to form a belief as to the truth of such allegations as they
24   relate to others and therefore denies them.

25   27.    Anastasia denies the allegations of paragraph 27 of the Third Amended
26   Complaint to the extent they relate to Anastasia, and is without knowledge or
27   information sufficient to form a belief as to the truth of such allegations as they
28   relate to others and therefore denies them.

28.    Anastasia denies that it ever registered or used the domain names cited in paragraph 13 of the Third Amended Complaint, and is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations of paragraph 28 of the Third Amended Complaint and therefore denies them.

29.    Anastasia denies the allegations of paragraph 29 of the Third Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

30.    Anastasia admits that none of the domain names cited in paragraph 13 of the Third Amended Complaint consist of the name Anastasia International, Inc. or consist of a name that is commonly used to identify Anastasia, and denies any remaining allegations of paragraph 28 of the Third Amended Complaint to the extent they relate to Anastasia.  Anastasia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 28 of the Third Amended Complaint to the extent they relate to others and therefore denies them.

31.    Anastasia denies making any use of any of the domain names cited in paragraph 13 of the Third Amended Complaint, and denies any remaining allegations of paragraph 31 of the Third Amended Complaint to the extent they relate to Anastasia.  Anastasia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 31 of the Third Amended Complaint to the extent they relate to others and therefore denies them.

32.    Anastasia denies using any mark allegedly owned by DMG on any website, and denies the remaining allegations of paragraph 32 to the extent they relate to Anastasia.  Anastasia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 32 of the Third Amended Complaint to the extent they relate to others and therefore denies them.

33.     Anastasia denies the allegations of paragraph 33 of the Third Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

34.     Anastasia denies that it has registered, used, or trafficked in the domain names cited in paragraph 13 of the Third Amended Complaint, and denies the remaining allegations of paragraph 34 of the Third Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

35.     Anastasia denies that it caused any damage to Plaintiff and denies the remaining allegations of paragraph 35 of the Third Amended Complaint to the extent they relate to Anastasia.  Anastasia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 35 of the Third Amended Complaint to the extent they relate to others and therefore denies them.

36.     Anastasia denies the allegations of paragraph 36 of the Third Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

37.     Anastasia denies the allegations of paragraph 37 of the Third Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

## SECOND CAUSE OF ACTION

38.     Paragraph 38 of the Third Amended Complaint incorporates by reference paragraphs 1-37 of the Third Amended Complaint.  Anastasia incorporates

1    by reference its Answers to paragraphs 1-37 of the Third Amended Complaint as its

2    answer to paragraph 38 of the Third Amended Complaint.

3         39.     Anastasia denies that it has ever used the domain names cited in

4    paragraph 13 of the Third Amended Complaint, and denies the remaining

5    allegations of paragraph 39 of the Third Amended Complaint to the extent they

6    relate to Anastasia. Anastasia is without knowledge or information sufficient to

7    form a belief as to the truth of the allegations of paragraph 39 of the Third Amended

8    Complaint to the extent they relate to others and therefore denies them.

9         40.     Anastasia denies that it has ever used the domain names cited in

10    paragraph 13 of the Third Amended Complaint, and denies the remaining

11    allegations of paragraph 40 of the Third Amended Complaint to the extent they

12    relate to Anastasia. Anastasia is without knowledge or information sufficient to

13    form a belief as to the truth of the allegations of paragraph 40 of the Third Amended

14    Complaint to the extent they relate to others and therefore denies them.

15         41.     Anastasia denies the allegations of paragraph 41 of the Third Amended

16    Complaint to the extent they relate to Anastasia, and is without knowledge or

17    information sufficient to form a belief as to the truth of such allegations as they

18    relate to others and therefore denies them.

19         42.     Anastasia denies that it has engaged in any infringing actions as

20    alleged, and denies the remaining allegations of paragraph 42 of the Third Amended

21    Complaint to the extent they relate to Anastasia. Anastasia is without knowledge or

22    information sufficient to form a belief as to the truth of the allegations of paragraph

23    42 of the Third Amended Complaint to the extent they relate to others and therefore

24    denies them.

25         43.     Anastasia denies the allegations of paragraph 43 of the Third Amended

26    Complaint to the extent they relate to Anastasia, and is without knowledge or

27    information sufficient to form a belief as to the truth of such allegations as they

28    relate to others and therefore denies them.

1       44.    Anastasia denies the allegations of paragraph 44 of the Third Amended

2    Complaint to the extent they relate to Anastasia, and is without knowledge or

3    information sufficient to form a belief as to the truth of such allegations as they

4    relate to others and therefore denies them.

5       45.    Anastasia denies the allegations of paragraph 45 of the Third Amended

6    Complaint to the extent they relate to Anastasia, and is without knowledge or

7    information sufficient to form a belief as to the truth of such allegations as they

8    relate to others and therefore denies them.

9       46.    Anastasia denies that is has caused any damage to Plaintiff, and denies

10    the remaining allegations of paragraph 46 of the Third Amended Complaint to the

11    extent they relate to Anastasia.  Anastasia is without knowledge or information

12    sufficient to form a belief as to the truth of the allegations of paragraph 46 of the

13    Third Amended Complaint to the extent they relate to others and therefore denies

14    them.

15       47.    Anastasia denies that it has engaged in any willful acts and denies the

16    remaining allegations of paragraph 47 of the Third Amended Complaint to the

17    extent they relate to Anastasia.  Anastasia is without knowledge or information

18    sufficient to form a belief as to the truth of the allegations of paragraph 47 of the

19    Third Amended Complaint to the extent they relate to others and therefore denies

20    them.

21       48.    Anastasia denies the allegations of paragraph 48 of the Third Amended

22    Complaint to the extent they relate to Anastasia, and is without knowledge or

23    information sufficient to form a belief as to the truth of such allegations as they

24    relate to others and therefore denies them.

25    THIRD CAUSE OF ACTION

26       49.    Paragraph 49 of the Third Amended Complaint incorporates by

27    reference paragraphs 1-48 of the Third Amended Complaint.  Anastasia incorporates

28

1   by reference its Answers to paragraphs 1-48 of the Third Amended Complaint as its

2   answer to paragraph 49 of the Third Amended Complaint.

3        50.    Anastasia denies that it has ever used the domain names cited in

4   paragraph 13 of the Third Amended Complaint, and denies the remaining

5   allegations of paragraph 50 of the Third Amended Complaint to the extent they

6   relate to Anastasia.  Anastasia is without knowledge or information sufficient to

7   form a belief as to the truth of the allegations of paragraph 50 of the Third Amended

8   Complaint to the extent they relate to others and therefore denies them.

9        51.    Anastasia denies that it has ever used the domain names cited in

10   paragraph 13 of the Third Amended Complaint, and denies the remaining

11   allegations of paragraph 51 of the Third Amended Complaint to the extent they

12   relate to Anastasia.  Anastasia is without knowledge or information sufficient to

13   form a belief as to the truth of the allegations of paragraph 51 of the Third Amended

14   Complaint to the extent they relate to others and therefore denies them.

15        52.    Anastasia denies the allegations of paragraph 52 of the Third Amended

16   Complaint to the extent they relate to Anastasia, and is without knowledge or

17   information sufficient to form a belief as to the truth of such allegations as they

18   relate to others and therefore denies them.

19        53.    Anastasia denies the allegations of paragraph 53 of the Third Amended

20   Complaint to the extent they relate to Anastasia, and is without knowledge or

21   information sufficient to form a belief as to the truth of such allegations as they

22   relate to others and therefore denies them.

23        54.    Anastasia denies the allegations of paragraph 54 of the Third Amended

24   Complaint to the extent they relate to Anastasia, and is without knowledge or

25   information sufficient to form a belief as to the truth of such allegations as they

26   relate to others and therefore denies them.

27        55.    Anastasia denies the allegations of paragraph 55 of the Third Amended

28   Complaint to the extent they relate to Anastasia, and is without knowledge or

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA
INTERNATIONAL, INC. TO THIRD AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

11

1  information sufficient to form a belief as to the truth of such allegations as they

2  relate to others and therefore denies them.

3       56.    Anastasia denies the allegations of paragraph 56 of the Third Amended

4  Complaint to the extent they relate to Anastasia, and is without knowledge or

5  information sufficient to form a belief as to the truth of such allegations as they

6  relate to others and therefore denies them.

7       57.    Anastasia denies that is has caused any damage to Plaintiff, and denies

8  the remaining allegations of paragraph 57 of the Third Amended Complaint to the

9  extent they relate to Anastasia.  Anastasia is without knowledge or information

10  sufficient to form a belief as to the truth of the allegations of paragraph 57 of the

11  Third Amended Complaint to the extent they relate to others and therefore denies

12  them.

13       58.    Anastasia denies that it has engaged in any willful acts and denies the

14  remaining allegations of paragraph 58 of the Third Amended Complaint to the

15  extent they relate to Anastasia.  Anastasia is without knowledge or information

16  sufficient to form a belief as to the truth of the allegations of paragraph 58 of the

17  Third Amended Complaint to the extent they relate to others and therefore denies

18  them.

19       59.    Anastasia denies the allegations of paragraph 59 of the Third Amended

20  Complaint to the extent they relate to Anastasia, and is without knowledge or

21  information sufficient to form a belief as to the truth of such allegations as they

22  relate to others and therefore denies them.

23  FOURTH CAUSE OF ACTION

24       60.    Paragraph 60 of the Third Amended Complaint incorporates by

25  reference paragraphs 1-59 of the Third Amended Complaint.  Anastasia incorporates

26  by reference its Answers to paragraphs 1-59 of the Third Amended Complaint as its

27  answer to paragraph 60 of the Third Amended Complaint.

28

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA
INTERNATIONAL, INC. TO THIRD AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

427323:

12

61.    Anastasia denies that it has ever adopted or used the domain names cited in paragraph 13 of the Third Amended Complaint, and denies the remaining allegations of paragraph 61 of the Third Amended Complaint to the extent they relate to Anastasia.  Anastasia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 61 of the Third Amended Complaint to the extent they relate to others and therefore denies them.

62.    Anastasia denies that it has ever used the domain names cited in paragraph 13 of the Third Amended Complaint, and denies the remaining allegations of paragraph 62 of the Third Amended Complaint to the extent they relate to Anastasia.  Anastasia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 62 of the Third Amended Complaint they relate to others and therefore denies them.

63.    Anastasia denies the allegations of paragraph 63 of the Third Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

64.    Anastasia denies the allegations of paragraph 64 of the Third Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

65.    Anastasia denies that is has caused any damage to Plaintiff, and denies the remaining allegations of paragraph 65 of the Third Amended Complaint to the extent they relate to Anastasia.  Anastasia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 65 of the Third Amended Complaint to the extent they relate to others and therefore denies them.

66.    Anastasia denies that it has engaged in any willful acts and denies the remaining allegations of paragraph 66 of the Third Amended Complaint to the

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA INTERNATIONAL, INC. TO THIRD AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

13

1    extent they relate to Anastasia.  Anastasia is without knowledge or information
2    sufficient to form a belief as to the truth of the allegations of paragraph 66 of the
3    Third Amended Complaint to the extent they relate to others and therefore denies
4    them.

5          67.    Anastasia denies the allegations of paragraph 67 of the Third Amended
6    Complaint to the extent they relate to Anastasia, and is without knowledge or
7    information sufficient to form a belief as to the truth of such allegations as they
8    relate to others and therefore denies them.

9                          FIFTH CAUSE OF ACTION

10         68.    Paragraph 68 of the Third Amended Complaint incorporates by
11   reference paragraphs 1-67 of the Third Amended Complaint.  Anastasia incorporates
12   by reference its Answers to paragraphs 1-67 of the Third Amended Complaint as its
13   answer to paragraph 68 of the Third Amended Complaint.

14         69.    Anastasia denies the allegations of paragraph 69 of the Third Amended
15   Complaint to the extent they relate to Anastasia, and is without knowledge or
16   information sufficient to form a belief as to the truth of such allegations as they
17   relate to others and therefore denies them.

18         70.    Anastasia denies that it has ever used any mark allegedly belonging to
19   Plaintiff or any of the domain names cited in paragraph 13 of the Third Amended
20   Complaint, and denies the remaining allegations of paragraph 70 of the Third
21   Amended Complaint to the extent they relate to Anastasia.  Anastasia is without
22   knowledge or information sufficient to form a belief as to the truth of the allegations
23   of paragraph 70 of the Third Amended Complaint to the extent they relate to others
24   and therefore denies them.

25         71.    Anastasia denies the allegations of paragraph 71 of the Third Amended
26   Complaint to the extent they relate to Anastasia, and is without knowledge or
27   information sufficient to form a belief as to the truth of such allegations as they
28   relate to others and therefore denies them.

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA
INTERNATIONAL, INC. TO THIRD AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

72.     Anastasia denies the allegations of paragraph 72 of the Third Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

73.     Anastasia denies that is has caused any damage to Plaintiff, and denies the remaining allegations of paragraph 73 of the Third Amended Complaint to the extent they relate to Anastasia.  Anastasia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 73 of the Third Amended Complaint to the extent they relate to others and therefore denies them.

SIXTH CAUSE OF ACTION

74.     Paragraph 74 of the Third Amended Complaint incorporates by reference paragraphs 1-73 of the Third Amended Complaint.  Anastasia incorporates by reference its Answers to paragraphs 1-73 of the Third Amended Complaint as its answer to paragraph 74 of the Third Amended Complaint.

75.     Anastasia denies the allegations of paragraph 75 of the Third Amended Complaint to the extent they relate to Anastasia, and is without knowledge or information sufficient to form a belief as to the truth of such allegations as they relate to others and therefore denies them.

76.     Anastasia denies that it has engaged in any wrongful conduct and denies the remaining allegations of paragraph 76 of the Third Amended Complaint to the extent they relate to Anastasia.  Anastasia is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 76 of the Third Amended Complaint to the extent they relate to others and therefore denies them.

77.     Anastasia denies that it has engaged in any wrongful conduct and denies the remaining allegations of paragraph 77 of the Third Amended Complaint to the extent they relate to Anastasia.  Anastasia is without knowledge or

1   information sufficient to form a belief as to the truth of the allegations of paragraph

2   77 of the Third Amended Complaint to the extent they relate to others and therefore

3   denies them.

4         78.     Anastasia denies that it has engaged in any wrongful conduct or acts,

5   and denies the remaining allegations of paragraph 78 of the Third Amended

6   Complaint to the extent they relate to Anastasia.  Anastasia is without knowledge or

7   information sufficient to form a belief as to the truth of the allegations of paragraph

8   78 of the Third Amended Complaint to the extent they relate to others and therefore

9   denies them.

10         79.     Anastasia denies the allegations of paragraph 79 of the Third Amended

11   Complaint to the extent they relate to Anastasia, and is without knowledge or

12   information sufficient to form a belief as to the truth of such allegations as they

13   relate to others and therefore denies them.

14   SEVENTH CAUSE OF ACTION

15         80.     Paragraph 80 of the Third Amended Complaint incorporates by

16   reference paragraphs 1-79 of the Third Amended Complaint.  Anastasia incorporates

17   by reference its Answers to paragraphs 1-79 of the Third Amended Complaint as its

18   answer to paragraph 80 of the Third Amended Complaint.

19         81.     Anastasia is without knowledge or information sufficient to form a

20   belief as to the truth of the allegations of paragraph 81 of the Third Amended

21   Complaint and therefore denies them.

22         82.     Anastasia admits the language "may maintain a civil action against the

23   violator to obtain compensatory damages and injunctive relief or other equitable

24   relief" and "under section 1030(g) must prove: (1) damage or loss (2) by reason of

25   (3) a violation of some other provision of section 1030, and (4) conduct involving

26   one of the factors set forth in section 1030(a)(5)(B)(i)-(v)" quoted in paragraph 82 of

27   the Third Amended Complaint is set forth in the respective cited statute and case

28   law, but is without knowledge or information sufficient to form a belief as to the

1  truth of the remaining allegations of paragraph 82 of the Third Amended Complaint,
2  and therefore denies them.

3      83.   On information and belief, Anastasia denies the allegations of
4  paragraph 83 of the Third Amended Complaint to the extent they relate to Anastasia,
5  and is without knowledge or information sufficient to form a belief as to the truth of
6  such allegations as they relate to others and therefore denies them.

7      84.   Anastasia denies that it engaged in any of the conduct alleged in
8  paragraph 84 of the Third Amended Complaint and denies the remaining allegations
9  of paragraph 84 of the Third Amended Complaint to the extent they relate to
10  Anastasia.  Anastasia is without knowledge or information sufficient to form a belief
11  as to the truth of the allegations of paragraph 84 of the Third Amended Complaint to
12  the extent they relate to others and therefore denies them.

13      85.   Anastasia denies that it engaged in any of the conduct alleged in
14  paragraph 85 of the Third Amended Complaint, and, on information and belief,
15  Anastasia denies the remaining allegations of paragraph 85 of the Third Amended
16  Complaint to the extent they relate to Anastasia.  Anastasia is without knowledge or
17  information sufficient to form a belief as to the truth of the allegations of paragraph
18  85 of the Third Amended Complaint to the extent they relate to others and therefore
19  denies them.

20                          <u>AFFIRMATIVE DEFENSES</u>

21      Anastasia hereby pleads and affirmatively sets forth the following defenses in
22  response to Plaintiff's Third Amended Complaint.

23                             <u>FIRST DEFENSE</u>

24      86.   Plaintiff's Third Amended Complaint fails to state a claim upon which
25  relief may be granted.

26                            <u>SECOND DEFENSE</u>

27      87.   Plaintiff's claims are barred by the doctrines of waiver, acquiescence,
28  laches, or estoppel.

1

### THIRD DEFENSE

2 88. Plaintiff's claims are barred by reason of unclean hands.

3

### FOURTH DEFENSE

4 89. Anastasia has not infringed or otherwise violated any of Plaintiff's

5 alleged trademark rights or any other asserted intellectual property right.

6

### FIFTH DEFENSE

7 90. Plaintiff's alleged "Dream-Marriage" mark is merely descriptive of

8 Plaintiff's alleged services without secondary meaning, and is therefore invalid and

9 unenforceable.

10

### SIXTH DEFENSE

11 91. Plaintiff's alleged "Dream-Marriage" mark is not famous among the

12 general public, and is not entitled to protection as a famous mark.  Further,

13 Anastasia has not diluted Plaintiff's asserted mark.

14

### SEVENTH DEFENSE

15 92. Plaintiff has not suffered any compensible injury or damages, and has

16 failed to mitigate any alleged injury or damage, and any damages or injury alleged is

17 attributable to causes other than any acts or omissions of Anastasia.

18

### EIGHTH DEFENSE

19 93. On information and belief, Plaintiff is not the true owner of the alleged

20 DREAM-MARRIAGE mark, and therefore lacks standing to maintain this action for

21 alleged cyberpiracy, trademark infringement, false designation of origin, dilution,

22 and unfair competition.

23

### NINTH DEFENSE

24 94. On information and belief, the alleged DREAM-MARRIAGE mark has

25 been abandoned.

26

### TENTH DEFENSE

27 95. Plaintiff is barred from recovery of damages and profits by reason of

28 Plaintiff's failure to comply with the notice requirements of 15 U.S.C. § 1111.

427323:

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA
INTERNATIONAL, INC. TO THIRD AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

18

## ELEVENTH DEFENSE

96.     Plaintiff lacks standing to assert unfair competition and unfair trade practices or to seek any relief under California Business and Professions Code §§ 17200 et seq.

## TWELFTH DEFENSE

97.     U.S. Trademark Registration No. 3,760,949 is invalid and unenforceable.  The mark is merely descriptive of the services identified therein.

## THIRTEENTH DEFENSE

98.     On information and belief, U.S. Trademark Registration No. 3,760,949 is void *ab initio* and Plaintiff's alleged "Dream-Marriage" mark is invalid and unenforceable, because Plaintiff is not the true owner of the mark.

## FOURTEENTH DEFENSE

99.     U.S. Trademark Registration No. 3,760,949 is invalid and unenforceable for fraud on the Trademark Office.

100.   U.S. Trademark Registration No. 3,760,949 states that the owner of the DREAM-MARRIAGE mark is Dream Marriage Group, Inc. (a Nevada corporation), and that the date of first use in commerce of the DREAM-MARRIAGE mark was December 17, 2003.

101.   On information and belief, Dream Marriage Group, Inc. was not formed until 2006.

102.   On information and belief, Dream Marriage Group, Inc. was not using the DREAM-MARRIAGE mark in commerce in 2003.

103.   On information and belief, Dream Marriage Group, Inc. has never used the DREAM-MARRIAGE mark, and is not the not the true owner of the DREAM-MARRIAGE mark.

104.   On information and belief, Dream Marriage Group, Inc. was not the entity that first used the DREAM-MARRIAGE mark in commerce, nor a successor-in-interest to the entity that first used the DREAM-MARRIAGE mark in commerce,

1   when the application for U.S. Trademark Registration No. 3,760,949 was filed with

2   the U.S. Patent and Trademark Office.

3       105.   On information and belief, Dream Marriage Group, Inc. applied for and

4   obtained U.S. Trademark Registration No. 3,760,949 knowing that it was not the

5   true owner of the DREAM-MARRIAGE mark.

6       106.   On information and belief, the false declaration by Dream Marriage

7   Group, Inc. that it was the owner of the DREAM-MARRIAGE mark was made with

8   the intent of misleading the U.S. Patent and Trademark Office into issuing the

9   registration to Dream Marriage Group, Inc., and the registration would not have

10  issued to Dream Marriage Group, Inc. but for the false declaration.

FIFTEENTH DEFENSE

11

12      107.   Plaintiff's alleged "Dream-Marriage" mark is not distinctive or famous

13  and thus is not entitled to protection under 15 U.S.C. § 1125(d).  Nor has Anastasia

14  registered, trafficked, or used any of the domain names cited in paragraph 13 of the

15  Third Amended Complaint.

SIXTEENTH DEFENSE

16

17      108.   On information and belief, Plaintiff has failed to join parties required to

18  be joined under FRCP 19.

SEVENTEENTH DEFENSE

19

20      109.   Anastasia is entitled to recover its attorney fees and costs incurred in

21  connection with the defense of this action.

EIGHTEENTH DEFENSE

22

23      110.   Plaintiff lacks standing to maintain a civil action or to seek any relief

24  under 18 U.S.C. § 1030 ("Computer Fraud and Abuse Act").

NINETEENTH DEFENSE

25

26      111.   Anastasia has not engaged in unauthorized access or exceeded

27  authorized access or engaged in any unlawful activity with respect to any of

28  Plaintiff's computers or electronic data.  Furthermore, on information and belief,

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA INTERNATIONAL, INC. TO THIRD AMENDED COMPLAINT Civil Action No. 10 CV 5034 RSWL (FFMx)

20

1  Plaintiff is neither the owner of the computers allegedly accessed improperly, nor

2  the owner of the data that was allegedly accessed improperly.

3                              TWENTIETH DEFENSE

4        112.   On information and belief, there is no jurisdiction for Plaintiff to

5  maintain a civil action or to seek any relief under the Computer Fraud and Abuse

6  Act because Plaintiff did not have the required $5,000 jurisdictional "loss" under 18

7  U.S.C. § 1030(g).

8                            TWENTY-FIRST DEFENSE

9        113.   Anastasia has not engaged in any unlawful activity with respect to

10  Plaintiff.

11                          TWENTY-SECOND DEFENSE

12        114.   On information and belief, venue is improper in this action under

13  Federal Rule of Civil Procedure 12(b)(3) and this action should be dismissed under

14  the doctrine of forum non conveniens.

15                            TWENTY-THIRD DEFENSE

16        115.   Anastasia reserves the right to assert additional defenses as they

17  become known through further investigation and/or discovery.

18

19                                COUNTERCLAIMS

20        Defendant/Counterclaimant Anastasia International, Inc. ("Anastasia") hereby

21  sets forth the following Counterclaims against Plaintiff/Counterclaim-Defendant

22  Dream Marriage Group, Inc. ("DMG") and demands a trial by jury for all issues so

23  triable.

24                                    PARTIES

25        1.     Anastasia is a Kentucky corporation.

26        2.     On information and belief, DMG is a Nevada corporation.

27

28

## JURISDICTION AND VENUE

3.    Jurisdiction in this Court is proper pursuant to Rule 13 of the Federal Rules of Civil Procedure, and under the Lanham Act pursuant to 15 U.S.C. § 1121 and 28 U.S.C. § 1338, and supplemental jurisdiction over the state and common-law claims pursuant to 28 U.S.C. § 1367.  Venue is proper under 28 U.S.C. § 1391.

4.    By initiating suit in this Court, DMG has consented to personal jurisdication.

## FIRST COUNTERCLAIM

### (Declaratory Judgment of No Infringement, No Unfair Competition, No False Designation of Origin, No Dilution, No Cyberpiracy, And No Computer Abuse)

5.    Anastasia repeats and hereby incorporates herein by reference, as though specifically pleaded herein, the allegations of paragraphs 1 through 4 above.

6.    This counterclaim is for declaratory relief under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, and arises from an actual and justiciable controversy between Anastasia and DMG regarding alleged property rights including trademark rights.

7.    DMG filed its Third Amended Complaint against Anastasia for, among other things, alleged cyberpiracy, trademark infringement, false designation of origin, dilution and unfair competition, based on DMG's alleged "Dream-Marriage" mark as represented by U.S. Trademark Registration No. 3,760,949, as well as computer fraud or abuse.

8.    Anastasia's activities do not constitute cyberpiracy, trademark infringement, false designation of origin, dilution, unfair competition, or any violation of intellectual property rights of DMG, or any computer fraud or abuse with respect to DMG.  As part of this allegation, Anastasia repeats and realleges, and incorporates herein by reference, each of the allegations set forth in paragraphs 86-115 above in its Answer.

427323:

9.     A justiciable controversy exists between Anastasia and DMG concerning the alleged infringement, dilution, unfair competition, false designation of origin, cyberpiracy, computer abuse, and other alleged rights of DMG.

10.    Anastasia seeks a judicial determination of its rights and liabilities by a declaration that Anastasia's activities do not constitute trademark infringement, unfair competition, dilution, cyberpiracy, false designation of origin, or any violation of DMG's intellectual property rights, or any computer fraud or abuse.

SECOND COUNTERCLAIM

(Cancellation of U.S. Trademark Registration No. 3,760,949)

11.    Anastasia repeats and hereby incorporates herein by reference, as though specifically pleaded herein, the allegations of paragraphs 1 through 9 above.

12.    This counterclaim is for cancellation of U.S. Trademark Registration No. 3,760,949.  This Court has jurisdiction over this matter pursuant to 15 U.S.C. § 1119.

13.    DMG filed its Third Amended Complaint against Anastasia for, among other things, trademark infringement, and asserting ownership and validity of U.S. Trademark Registration No. 3,760,949.  Anastasia contends that U.S. Trademark Registration No. 3,760,949 is void and unenforceable.  Anastasia has standing to petition for cancellation of U.S. Registration No. 3,760,949.

14.    U.S. Trademark Registration No. 3,760,949 is invalid under 15 U.S.C. § 1052(e) because the mark is merely descriptive of the services identified.

15.    On information and belief, U.S. Trademark Registration No. 3,760,949 is void *ab initio* because DMG is not the true owner of the mark.

16.    U.S. Trademark Registration No. 3,760,949 is invalid and unenforceable for fraud on the Trademark Office.

17.    U.S. Trademark Registration No. 3,760,949 states that the owner of the DREAM-MARRIAGE mark is Dream Marriage Group, Inc. (a Nevada

1  corporation), and that the date of first use in commerce of the DREAM-

2  MARRIAGE mark was December 17, 2003.

3        18.    On information and belief, Plaintiff/Counterclaim-Defendant Dream

4  Marriage Group, Inc. was not formed until 2006.

5        19.    On information and belief, Plaintiff/Counterclaim-Defendant Dream

6  Marriage Group, Inc. was not using the DREAM-MARRIAGE mark in commerce

7  in 2003.

8        20.    On information and belief, Plaintiff/Counterclaim-Defendant Dream

9  Marriage Group, Inc. has never used the DREAM-MARRIAGE mark, and is not the

10  not the true owner of the DREAM-MARRIAGE mark.

11        21.    On information and belief, Plaintiff/Counterclaim-Defendant Dream

12  Marriage Group, Inc. was not the entity that first used the DREAM-MARRIAGE

13  mark in commerce, nor a successor-in-interest to the entity that first used the

14  DREAM-MARRIAGE mark in commerce, when the application for U.S. Trademark

15  Registration No. 3,760,949 was filed with the U.S. Patent and Trademark Office.

16        22.    On information and belief, Plaintiff/Counterclaim-Defendant Dream

17  Marriage Group, Inc. applied for and obtained U.S. Trademark Registration No.

18  3,760,949 knowing that it was not the true owner of the DREAM-MARRIAGE

19  mark.

20        23.    On information and belief, the false declaration by

21  Plaintiff/Counterclaim-Defendant Dream Marriage Group, Inc. that it was the owner

22  of the DREAM-MARRIAGE mark was made with the intent of misleading the U.S.

23  Patent and Trademark Office into issuing the registration to Dream Marriage Group,

24  Inc., and the registration would not have issued to Dream Marriage Group, Inc. but

25  for the false declaration.

26        24.    Anastasia seeks a judicial determination and order pursuant to 15

27  U.S.C. § 1119 that U.S. Trademark Registration No. 3,760,949 be cancelled as

28  being invalid and unenforceable.

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA
INTERNATIONAL, INC. TO THIRD AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)

24

## PRAYER FOR RELIEF

WHEREFORE, Anastasia prays that the Court enter judgment that:

a.      Anastasia's activities do not constitute trademark infringement, unfair competition, false designation of origin, dilution, cyberpiracy, or any violation of DMG's intellectual property rights, or any computer fraud or abuse;

b.      All claims in the Third Amended Complaint be dismissed with prejudice, and judgment be entered for Anastasia as to all of the claims in the Third Amended Complaint.

c.      U.S. Trademark Registration No. 3,760,949 be cancelled;

d.      This be declared an exceptional case, and Anastasia be awarded all of its attorney's fees, expenses and costs incurred in this action; and

e.      Anastasia be granted such other and further relief as the Court deems just and proper.

## **DEMAND FOR JURY TRIAL**

Anastasia hereby demands a jury trial for all issues so triable in this action.

DATED:  January 25, 2011

Craig B. Bailey
James Juo
FULWIDER PATTON LLP
Attorneys for Defendant
ANASTASIA INTERNATIONAL, INC.

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 6060 Center Drive, Tenth Floor, Los Angeles, California 90045. On January 25, 2011, I served true copies of the following document(s) described as **ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA INTERNATIONAL, INC. TO THIRD AMENDED COMPLAINT** on the interested parties in this action as follows:

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed below and placed the envelope for collection and mailing, following our ordinary business practices. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

Bruce A. Fields
Bruce A. Fields, A Professional Corporation
1801 Century Park East, 24th Floor
Los Angeles, CA 90067

R. Christopher Harshman
9701 Wilshire Boulevard 10th Floor
Beverly Hills, CA 90212

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 25, 2011, at Los Angeles, California.

*Kathleen Gaines*
Kathleen Gaines

427323.

ANSWER AND COUNTERCLAIMS BY DEFENDANT ANASTASIA
INTERNATIONAL, INC. TO THIRD AMENDED COMPLAINT
Civil Action No. 10 CV 5034 RSWL (FFMx)