UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5034-RSWL | Date | February 28, 2011 |
|---|---|---|---|
| Title | Dream Marriage Group, Inc. v. Anastasia International, Inc. | | |

| Present: The Honorable | RONALD S.W. LEW, Senior, U.S. District Court Judge | |
|---|---|---|
| Kelly Davis | Not Present | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

Not Present                          Not Present

**Proceedings:**        (IN CHAMBERS)

The Scheduling Conference having previously been taken UNDER SUBMISSION, the Court sets the following dates:

| | |
|---|---|
| Discovery Cut-Off: | 11-18-11 |
| Expert Cut-Off: | 02-24-12 |
| Last day to file motions: | 03-28-12 |
| Final Pretrial Conference: | 07-10-12  10 am |
| Jury Trial: (6-7 day est) | 08-28-12  9 am |

**NOTICE TO COUNSEL RE PREPARATION FOR TRIAL**

**MOTIONS IN LIMINE**: All motions in limine shall be filed no later than the date of the Final Pretrial Conference. Oppositions shall be filed no later than 7 days after the Final Pretrial Conference; and a reply, if any, shall be filed no later than 14 days after the Final Pretrial Conference.

**EXHIBITS**: Counsel are to prepare their exhibits for presentation at trial by placing them in volumes which are tabbed down the front, right side with the exhibit numbers. These volumes are to be prepared in an original and one (1) copy for the Court. Each volume of exhibits shall be contained in a three-ring notebook. Exhibits must be numbered in accordance with Local Rules 11-5.2 and 11.5.3.

Initials of Deputy Clerk    KD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-5034-RSWL | Date | February 28, 2011 |
|---|---|---|---|
| Title | Dream Marriage Group, Inc. v. Anastasia International, Inc. | | |

**CONTINUED FROM PAGE ONE**

**THE COURT REQUIRES THAT THE FOLLOWING BE SUBMITTED TO THE COURT CLERK ON THE FIRST DAY OF TRIAL:**

The original exhibits with the Court's exhibit tags attached and filled out showing the case number, case name and exhibit number. (EXHIBIT TAGS MUST BE ON THE FRONT OF THE EXHIBIT AND MAY BE STAPLED TO AN EXHIBIT IF IT CANNOT BE GLUED ON).

1. Two bench books of the exhibits . The original bench book shall contain the original exhibits for use by the witness. The second bench book shall be for the Judge.

2. THREE COPIES OF THE JOINT EXHIBIT LIST

3. THREE COPIES OF THE WITNESS LIST.

In addition to hard copy submissions, parties must submit a copy of the proposed jury instructions in conformance with Local Rules 11-5.2 and 11.5.3 on disc in WordPerfect format.