# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
APR 28 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

To: ☐ U.S. District Judge / ☑ U.S. Magistrate Judge  Frederick F. Mumm

From: J. Muñoz, Deputy Clerk    Date Received: 04/27/11

Case No.: CV10-5034RSWL (FFMx)    Case Title: Dream Marriage v. Anastasia International

Document Entitled: Response to subpoena to produce

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1   Document not legible
☐ Local Rule 11-3.8   Lacking name, address, phone and facsimile numbers
☐ Local Rule 11-4.1   No copy provided for judge
☐ Local Rule 19-1     Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1     Proposed amended pleading not under separate cover
☐ Local Rule 11-6     Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8     Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1      Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1     Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2     Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1   Notice to other parties of ex parte application lacking
☐ Local Rule 16-7     Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)     No proof of service attached to document(s)
☐ General Order 08-02 Case is designated for electronic filing
☑ Other: L.R. 26 - No pending discovery motion — *Discovery responses are not to be filed*

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____     _____
Date                         U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

4/28/11                      /s/
Date                         U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE    COPY 2 -JUDGE    COPY 3 -SIGNED & RETURNED TO FILER    COPY 4 -FILER RECEIPT

FILED
2011 APR 13 PM 1:16
US DISTRICT COURT
MIDDLE DISTRICT OF FL

UNITED STATES DISTRICT COURT
for the
Middle District of Florida

DREAM MARRIAGE GROUP, INC.,   Civil Action No.: 10-cv-05034-RSWL-FFM

    Plaintiff,

v.

ANASTASIA INTERNATIONAL, INC.,

    Defendant.
_____/

## RESPONSE TO SUBPOENA TO PRODUCE, ETC. BY IMAGE PROJECT, INC.

IMAGE PROJECT, INC. (hereinafter "IMAGE") admits that the following IP addresses: 217.64.166.3, 204.93.137.42 and 66.216.126.30, are/were utilized by it as test points at the times set forth in the Subpoena, however, there are no records of any sort available to or maintained by IMAGE which would or does indicate test script use by its customers (or others) of the IP address block indicated in the Subpoena. IMAGE has no knowledge of or records which would indicate that test scripts performed for its customers have contacted any IP address from the IP block listed in the Subpoena. For this reason, IMAGE has no documents, electronically stored information, or objects which it can produce as demanded.

**I HEREBY CERTIFY** that a copy of the foregoing Response has this 12th day of April, 2011, been furnished by U.S. Mail to the parties indicated on the attached Service List.

IMAGE PROJECT, INC.

By: _____
IAVOR M. MARINOV, President
674 Saxon Blvd.
Deltona, FL 32725

## *SERVICE LIST:*

INTEGRITY LEGAL SERVICES, INC.
Attn: Robert W. Preston, Registered Agent
1419 E. Robinson Street, Second Floor
Orlando, FL   32801


Bruce A. Fields, Esquire
BRUCE A. FIELDS APC
1801 Century Park East 24th Floor
Los Angeles, CA   90067

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
George C. Young U.S. Courthouse
and Federal Building
Office of the Clerk
401 W. Central Boulevard, Suite 1200
Orlando, Florida  32801
407/835-4200

Sheryl L. Loesch											Tammy Tornus
Clerk												Orlando Division Manager

April 14, 2011

Dear Clerk,

We received the attached document in Orlando, Florida on April 13, 2011. It's incorrectly styled using the Middle District of Florida. After a little detective work, I was able to find your case (a copy of the docket is enclosed). Hopefully I am sending it to the right location as you have two. Please feel free to call me if you have any questions.

Sincerely,

*/s/ A. Justin*

A. Justin
Court Operations Supervisor
Middle District of Florida - Orlando Division
407-835-4211

Enclosures