**EXHIBIT "1"**

BRUCE A. FIELDS A PROFESSIONAL CORPORATION
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone (310) 552-7832
Facsimile (800) 279-4830
Email: bfields@bfieldslaw.com

Attorneys for Plaintiff
Dream Marriage Group, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM MARRIAGE GROUP, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANASTASIA INTERNATIONAL,INC., a Kentucky corporation, and Does 1-10<br><br>Defendants. | Case No. 10-5034 RSWL (FFMx)<br><br>**NOTICE OF TAKING VIDEO-TAPED DEPOSITION OF THE PERSON MOST KNOWLEDGE-ABLE FOR DEFENDANT ANASTASIA INTERNATIONAL, INC. AND REQUEST TO PRODUCE DOCUMENTS AT DEPOSITION**<br><br>Hon. Ronald S.W. Lew |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants intend to take the deposition of the Person Most Knowledgeable for Defendant Anastasia International, on August 30, 2011, at 10:00 a.m. at the law offices of Gross, Minsky & Mogul, P.A., located at 23 Water St. #400, Bangor, Maine 04401-6327, Phone (207) 942-4644.

Said deposition is to be taken upon oral examination pursuant to Rule 30 of the Federal Rules of Civil Procedure. Said deposition will be taken before a notary

Notice of Deposition PMK
1

12—

public or other officer authorized to administer oaths and a court reporter who will record said examination by sound and by stenographic means. The deposition will continue from day to day until completed, excluding Saturdays, Sundays, and holidays.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule Civil Procedure Rule 30(b)(6), Plaintiff shall designate one or more officers, directors, or managing agents, or other persons to testify on its behalf as to the subject matters described in Exhibit "A" hereto.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule Civil Procedure Rule 30, Defendant shall produce all documents for inspection and copying as to the documents described in Exhibit "B" hereto.

PLEASE TAKE FURTHER NOTICE that Defendants intend to record the testimony at the above-described deposition by videotape, in addition to recording this testimony by the stenographic method.

Dated: July 27, 2011                    BRUCE A. FIELDS A.P.C.

                                        By: /s/ Bruce A. Fields
                                        Bruce A. Fields
                                        Attorneys for Plaintiff
                                        Dream Marriage Group, Inc.

# EXHIBIT A
# CATEGORIES

1. Communications and the means of communications that Anastasia International, Inc. also referred to as Anastasiadate.com (hereinafter "AI") or any entity acting on behalf of or for the benefit of AI from January 1, 2009 to present. The term "Agency(ies)" shall mean any person providing services related to the providing of information related to, and/or communication with, females from the Russian Federation, Ukraine, Georgia, the Republic of Armenia, the Republic of Azerbaijan, the Republic of Kazakhstan, the Kyrgyz Republic, the Republic of Moldova, Turkmenistan, the Republic of Tajikistan, the Republic of Uzbekistan, and/or the Republic of Belarus.

2. Communications and means of communications with any person or entity that provides services of generating revenue, monitoring competitors and competitors' websites, registering domain names on behalf of AI or as a source of referral customers for AI from January 1, 2009 to present.

3. Amount of sales and the source of sales made by or generated by AI from January 1, 2009 to present.

4. Sources, including the name address and phone number, and the nature of the business relationship between AI and its sources for which AI acquires women featured on the AI website, or websites that refer customers to AI, or are a source of revenue to AI, or to any partner of AI since January 1, 2009 to present.

5. The nature of the business and business model of AI.

6. All content (information conveyed and depicted therein) that appears on the website www.anastasiadate.com for January 1, 2009 to present.

7. All content (information conveyed and depicted therein), the source of all content and all communications with respect to the content that appears on

http://www.anastasiadate.com/media-publication21.html, a copy which is attached hereto as ("1")

8. All content (information conveyed and depicted therein), the source of all content and all communications with respect to the content that appears on http://www.anastasiadate.com/media-publication12.html, a copy which is attached hereto as ("2").

9. All content (information conveyed and depicted therein), the source of all content and all communications with respect to the content that appears on http://www.anastasiadate.com/media-publication48.html, a copy which is attached hereto as ("3").

10. All content (information conveyed and depicted therein), the source of all content and all communications with respect to the content that appears on http://www.russianbrides.com/about.html, a copy which is attached hereto as ("4").

11. All content (information conveyed and depicted therein), the source of all content and all communications with respect to the content that appears on http://www.anastasiadate.com/media-publication48.html, a copy which is attached hereto as ("5").

12. The nature and history of the business relationship between AI and IT Online.

13. The nature and history of the business relationship between AI and Maine Webmasters.

14. The nature and history of the business relationship between AI and Neil Bryant.

15. The nature and history of the business relationship between AI and Stolitza, LLC.

16. The nature and history of the business relationship between Stolitza, LLC and IT Online.

17. The nature and history of the business relationship between AI and WebSitePulse.

18. The nature and history of the business relationship between AI and Othello Technology Systems Limited.

19. All research and investigation regarding www.dream-marriage.com and all communications relative thereto not subject to the attorney client privilege.

20. Any and all information regarding the registration, business purpose and revenues derived through the internet websites anastasiainternational.com, anastasiaweb.com, anastasiawebcam.com, russainwomensites.com, mail-order-brides-websites.no1reviews.com, anastasiainternationalscam.com, stop-scammers.com, foreignpassion.com, russian-dream-marriage.com, russian-dream-marriage.info, brides-for-dream-marriage.com, brides-for dream-marriage.info, dreammarriageonline.com, dreammarriage.info, dreammarriag.info, dreemmarriage.info, dream-marriage-brides.com, dream-marriage-brides.info or AI's association or affiliation thereto.

21. Details and information of how AI's internet website hosting was chosen, including and not limited to all the former Anastasia International and "Anastasia Family" domains such as AsianBeauties.com and AfricaBeauties.com.

22. Implementation of a single-site agreement with the agencies (i.e., any agreement, including without limitation any agreement featuring a provision that requires, e.g., a girl represented by an agency to state in a video that she is only registered at the anastasiadate.com website).

23. Decisions regarding agency policy and enforcement of the single-site agreement with the agencies, (in other words, who can speak regarding how an agency is found to be using a non-AI site, and how the single-site rule is enforced in AI), including without limitation any recommendations made to agencies that they remove girls from non-AI websites, charging back or threatening to charge back

17. The nature and history of the business relationship between AI and WebSitePulse.

18. The nature and history of the business relationship between AI and Othello Technology Systems Limited.

19. All research and investigation regarding www.dream-marriage.com and all communications relative thereto not subject to the attorney client privilege.

20. Any and all information regarding the registration, business purpose and revenues derived through the internet websites anastasiainternational.com, anastasiaweb.com, anastasiawebcam.com, russainwomensites.com, mail-order-brides-websites.no1reviews.com, anastasiainternationalscam.com, stop-scammers.com, foreignpassion.com, russian-dream-marriage.com, russian-dream-marriage.info, brides-for-dream-marriage.com, brides-for dream-marriage.info, dreammarriageonline.com, dreammarriage.info, dreammarriag.info, dreemmarriage.info, dream-marriage-brides.com, dream-marriage-brides.info or AI's association or affiliation thereto.

21. Details and information of how AI's internet website hosting was chosen, including and not limited to all the former Anastasia International and "Anastasia Family" domains such as AsianBeauties.com and AfricaBeauties.com.

22. Implementation of a single-site agreement with the agencies (i.e., any agreement, including without limitation any agreement featuring a provision that requires, e.g., a girl represented by an agency to state in a video that she is only registered at the anastasiadate.com website).

23. Decisions regarding agency policy and enforcement of the single-site agreement with the agencies, (in other words, who can speak regarding how an agency is found to be using a non-AI site, and how the single-site rule is enforced in AI), including without limitation any recommendations made to agencies that they remove girls from non-AI websites, charging back or threatening to charge back

1 bonuses against any agency's account because a girl's profile was deleted from an
2 Anastasia website and/or was not removed from a competitor's website, etc.
3     24.    Details and information on the reasons behind signing up for
4 DreamMarriage.com accounts by AI personnel or through persons or entities
5 associated with AI.
6     25.    History and business relationship of AI to Stafford Associates
7 Computer Specialists, Inc. or http://www.staffordassociates.com/, as well as the use
8 of computers owned and/or operated by Stafford and any knowledge with respect to
9 the nature of the internet visits (whether by script, IT Online) to the dream-
10 marriage.com internet website.
11     26.    History and business relationship of AI to Lookintom Consolidated
12 Limited and/or Alfred Victor Brewster.
13     27.    History and business relationship of AI to Hellenic Bank, Larnaca,
14 Cyprus.
15     28.    Details and information about methods used to pick landing page
16 domains, past and present, for AI.
17     29.    Details and information on the WHOIS data for AnastasiaDate.com and
18 its affiliated sites (AsianBeauties.com, 4Affiliate.net, AnastasiaAffiliate.com, and
19 the nature of the relationship of the persons/entities listed in the administrative and
20 technical contact information contained in the WHOIS data are to AI, the referenced
21 document is attached hereto as ("6").
22     30.    Details and information on what servers or companies are delegated to
23 send email on AI's behalf.

# EXHIBIT B
# REQUEST FOR DOCUMENTS

**DEFINITIONS:**

1. The term "document" shall have the full meaning ascribed to it by the Federal Rules of Civil Procedure, including the original and every non-identical copy of reproduction in the possession, custody, or control of Anastasia, shall include any means for retaining information, whether electronic or otherwise, and shall also include tangible and intangible things under Fed. R. Civ. P. 34(a), including, but not limited to, all physical or electronic things of any kind communicating thoughts, impressions, or ideas in whatever form, including the originals and all non-identical copies and drafts, whether different from the originals by reason of any notation made on such copies or otherwise, and including, but not limited to, correspondence, emails, texts, memoranda, notes, diaries, calendars, statistics, letters, telegrams, minutes, financial records, accounts, ledgers, agreements, records of receipts and expenditures, budgets, appraisals, projections, contracts, reports, studies, checks, wire transfers, statements, receipts, returns, summaries, pamphlets, books, prospectuses, interoffice and intra-office communications, offers, notations of any sort of conversations or telephone calls or meetings or other communications, bulletins, policies, printed matter, computer printouts, teletypes, telefaxes, invoices, electronic files and all drafts, alterations, modifications, changes, and amendments of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, records, motion pictures) and electronic, mechanical or electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) as well as internet web pages, internet domain name references and registrations.

2. The term "all documents" shall mean every document (as defined above) that is known to you, within your possession, custody or control or that of

your attorneys (former or current), investigators, agents or other representatives, or can be located or discovered by reasonably diligent efforts.

You are requested to produce the following documents for inspection and copying:

1. All DOCUMENTS relative to communications and the means of communications that Anastasia International, Inc. (hereinafter "AI") also referred to as ("Anastasiadate.com" ("AD")) or any entity acting on behalf of or for the benefit of AI to any agency from January 1, 2009 to present. The term "Agency(ies)" shall mean any person providing services related to the providing of information related to, and/or communication with, females from the Russian Federation, Ukraine, Georgia, the Republic of Armenia, the Republic of Azerbaijan, the Republic of Kazakhstan, the Kyrgyz Republic, the Republic of Moldova, Turkmenistan, the Republic of Tajikistan, the Republic of Uzbekistan, and/or the Republic of Belarus.

2. All DOCUMENTS relative to Communications and means of communications with any person or entity that provides services of generating revenue, monitoring competitors and competitors' websites, registering domain names on behalf of AI or as a source of referral customers for AI from January 1, 2009 to present.

3. All DOCUMENTS relative to the amount of sales and the source of sales made by or generated by AI from January 1, 2009 to present.

4. All DOCUMENTS relative to the sources, including the name address and phone number, and the nature of the business relationship between AI and its sources for which AI acquires women featured on the AI website, or websites that refer customers to AI, or are a source of revenue to AI, or to any partner of AI since January 1, 2009 to present.

5. All DOCUMENTS relative to the nature and history of the business model of AI.
6. All DOCUMENTS relative to the nature and history of the business relationship between AI and IT Online.
7. All DOCUMENTS relative to the nature and history of the business relationship between AI and Maine Webmasters.
8. All DOCUMENTS relative to the nature and history of the business relationship between AI and Neil Bryant.
9. All DOCUMENTS relative to the nature and history of the business relationship between AI and Stolitza, LLC.
10. All DOCUMENTS relative to the nature and history of the business relationship between Stolitza, LLC and IT Online.
11. All DOCUMENTS relative to the nature and history of the business relationship between AI and WebSitePulse.
12. All DOCUMENTS relative to the nature and history of the business relationship between AI and Othello Technology Systems Limited.
13. All DOCUMENTS relative to all research and investigation regarding www.dream-marriage.com and all communications relative thereto not subject to the attorney client privilege.
14. All DOCUMENTS relative to any and all information regarding the registration, business purpose and revenues derived through the internet websites anastasiainternational.com, anastasiaweb.com, anastasiawebcam.com, russainwomensites.com, mail-order-brides-websites.no1reviews.com, anastasiainternationalscam.com, stop-scammers.com, foreignpassion.com, russian-dream-marriage.com, russian-dream-marriage.info, brides-for-dream-marriage.com, brides-for dream-marriage.info, dreammarriageonline.com,

dreammarriage.info, dreammarriag.info, dreemmarriage.info, dream-marriage-brides.com, dream-marriage-brides.info or AI's association or affiliation thereto.

15. All DOCUMENTS relative to details and information of how AI's internet website hosting was chosen, including and not limited to all the former Anastasia International and "Anastasia Family" domains such as AsianBeauties.com and AfricaBeauties.com.

16. All DOCUMENTS relative to implementation of a single-site agreement with the agencies (i.e., any agreement, including without limitation any agreement featuring a provision that requires, e.g., a girl represented by an agency to state in a video that she is only registered at the anastasiadate.com website).

17. All DOCUMENTS relative to decisions regarding agency policy and enforcement of the single-site agreement with the agencies, (in other words, who can speak regarding how an agency is found to be using a non-AI site, and how the single-site rule is enforced in AI), including without limitation any recommendations made to agencies that they remove girls from non-AI websites, charging back or threatening to charge back bonuses against any agency's account because a girl's profile was deleted from an Anastasia website and/or was not removed from a competitor's website, etc.

18. All DOCUMENTS relative to details and information on the reasons behind signing up for Dream-Marriage.com accounts by AI personnel or through persons or entities associated with AI.

19. All DOCUMENTS relative to the History and business relationship of AI to Stafford Associates Computer Specialists, Inc. ("Stafford"), as well as the use of computers owned and/or operated by Stafford and any knowledge with respect to the nature of the networking connections made via the internet, including without limitation connections initiated by IT Online, automated scripts, or any person or

1 | entity operating on AI's behalf, to the computers operating the dream-
2 | marriage.com internet website.
3 | 20. All DOCUMENTS relative to the history and business relationship of AD to
4 | Lookintom Consolidated Limited and/or Alfred Victor Brewster.
5 | 21. All DOCUMENTS relative to the history and business relationship of AD to
6 | Hellenic Bank, Larnaca, Cyprus.
7 | 3. All DOCUMENTS relative to details and information about methods
8 | used to pick landing page domains, past and present, for AI.

Notice of Deposition PMK
11

**PROOF OF SERVICE**

STATE OF CALIFORNIA     )
                        )
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1801 Century Park East, 24th Floor Los Angeles, California 90067.

On July 28, 2011, I served the foregoing documents described as: **NOTICE OF TAKING VIDEOTAPED DEPOSITION OF ALEXEY EREMIN PRESIDENT, SECRETARY AND TREASURER OF ANASTASIA INTERNATIONAL, INC.; NOTICE OF TAKING VIDEOTAPED DEPOSITION OF ELENA BESUDEN A/K/A ELENA SYKES DBA MAINE WEBMASTERS AND NOTICE OF TAKING VIDEOTAPED DEPOSITION OF THE PERSON MOST KNOWLEDGEABLE FOR DEFENDANT ANASTASIA INTERNATIONAL, INC. AND REQUEST TO PRODUCE DOCUMENTS AT DEPOSITION** on

Craig B. Bailey.
James Juo
FULWIDER PATTON LLP
6060 Center Drive, Tenth Floor
Los Angeles, CA 90045

( x ) BY EXPRESS OVERNIGHT MAIL - I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( BY MAIL - I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( BY EMAIL- I caused a copy of said document to be transmitted to the above referenced recipient at cbailey@fulpat.com.

( )   BY FACSIMILE - I telecopied a copy of said document(s) to the above addressee(s) at the number(s) provided by the addressee(s). The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error by the facsimile machine.

( ) BY PERSONAL SERVICE - I caused such envelope to be delivered by hand to attorney.

(XX)   STATE - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 28, 2011, at Los Angeles, California.

BRUCE A. FIELDS

1

PLAINTIFF'S RULE 26 AMENDED INITIAL DISCLOSURES

24

**Subject:** Re: DMG deposition of Alexey Eremin & PMK Deposition
**Date:** Wednesday, August 10, 2011 11:25:41 AM PT
**From:** Bruce Fields <bfields@bfieldslaw.com>
**To:** James Juo <jjuo@fulpat.com>
**CC:** Chris Harshman (chris@dream-marriage.com) <chris@dream-marriage.com>, Bruce Fields <bfields@bfieldslaw.com>
**Priority:** High

Hello James,

I am agreeable to the modified schedule if you agree to have the documents requested at the PMK deposition delivered to me on or before August 26, 2011 (noon) so I can save time at the deposition and have copies ready and available at the deposition. Again, if there is more than one witness that will be addressing the PMK categories, I must know because it will affect my arrangements for the conference room and the timing on travel arrangements as well. Please advise ASAP.

Regards,
Bruce

Bruce A. Fields
A Professional Law Corporation
1801 Century Park East, Ste 2400
Los Angeles, CA 90067
310-552-7832
Fax 800-279-4830
bfields@bfieldslaw.com

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any documents, files or previous-emails attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments, without reading or saving in any manner. Thank you.

From: James Juo <jjuo@fulpat.com>
Date: Wed, 10 Aug 2011 11:04:00 -0700
To: Bruce Fields <bfields@bfieldslaw.com>
Cc: "Chris Harshman (chris@dream-marriage.com)" <chris@dream-marriage.com>
Subject: RE: DMG deposition of Alexey Eremin & PMK Deposition

Bruce,

I have not heard back from my client yet about having Mr. Eremin's deposition later in Los Angeles, but I expect we will be able to work out the logistics.

In the meantime, because Mr. Eremin is not available on Wednesday, August 31, we ask that you consider moving the other two depositions from Monday and Tuesday to Tuesday and Wednesday. In other words, the deposition of Elena Sykes would take place on Tuesday, August 30, and the 30(b)(6) would take place on Wednesday, August 31.

25