**EXHIBIT "3"**

**Subject:** DMG v Anastasia Bangor depositions
**Date:** Friday, August 12, 2011 11:17:04 AM PT
**From:** Bruce Fields <bfields@bfieldslaw.com>
**To:** James Juo <jjuo@fulpat.com>
**CC:** Bruce Fields <bfields@bfieldslaw.com>, Chris Harshman (chris@dream-marriage.com) <chris@dream-marriage.com>, Craig Bailey <cbailey@fulpat.com>

Hello James,

I am again following up on the Bangor depositions in that I have to make travel arrangements. Unless we can agree to your client producing the documents requested for the PMK deposition in advance as previously requested, I must insist that you stipulate to providing at least two days for the PMK deposition. To date, your client has been dilatory in providing discovery responses and documents, even after you advised that the documents would be produced and agreed to supplement the discovery responses. If I cannot complete the deposition due to not having time to review and prepare the documents for deposition, I will proceed to court to seek attorneys fees and costs to resume the deposition and compensate my client for all additional costs and fees associated therewith.

Please advise of your position by the close of business today.

Regards,
Bruce

Bruce A. Fields
A Professional Law Corporation
1801 Century Park East, Ste 2400
Los Angeles, CA 90067
310-552-7832
Fax 800-279-4830
bfields@bfieldslaw.com

**CONFIDENTIALITY NOTICE:** This e-mail transmission and any documents, files or previous-emails attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments, without reading or saving in any manner. Thank you.

28

**Subject:** Re: Bangor PMK Deposition
**Date:** Friday, August 12, 2011 6:39:07 PM PT
**From:** bfields@bfieldslaw.com <bfields@bfieldslaw.com>
**To:** James Juo <jjuo@fulpat.com>
**CC:** Craig Bailey <cbailey@fulpat.com>, Chris Harshman <chris@dream-marriage.com>, bfields@bfieldslaw.com <bfields@bfieldslaw.com>

James, what I am seeking is to have enough time to complete the PMK depo. Unless I have the documents in advance, I do not see how it will be possible to complete it in one day. The request to the court is only to extend the deposition for an additional day to avoid the expense of more time and travel. I do not believe that the deposition can be completed in one day due to all the categories. My request again is to agree to the two days so I do not have to request the court for an order in this regard. The early document production was only a suggestion to possibly resolve this issue. Let me know by Monday morning and have a good weekend. Bruce

Sent from my Verizon Wireless BlackBerry

---

**From:** James Juo <jjuo@fulpat.com>
**Date:** Fri, 12 Aug 2011 18:11:19 -0700
**To:** Bruce Fields<bfields@bfieldslaw.com>
**Cc:** Craig Bailey<cbailey@fulpat.com>; Chris Harshman<chris@dream-marriage.com>
**Subject:** RE: Bangor PMK Deposition

Bruce,

You have demanded that the noticed Rule 30(b)(6) deposition be extended from one to two days unless Anastasia agrees to shorten the time it has under Rule 34 to respond to the document requests attached to the Rule 30(b)(6) notice. We see no basis for the relief you seek.

In effect, you are threatening to go to court if our client does not agree to waive its rights under the Federal Rules in your client's favor.

From your prior request, we are considering whether we can respond to the document requests attached to the 30(b)(6) notice in advance of the deposition even though we are not required to make that effort. But threatening to go to court if our client does not agree to waive its rights to do your client a favor will not make our client more inclined to make that effort.

James Juo
Partner
**FULWIDER ● PATTON LLP**
6060 Center Drive, Tenth Floor, Los Angeles, CA 90045
T: 310.824.5555 | DD: 310.242.2656 | F: 310.824.9696
Email: jjuo@fulpat.com | website: www.fulpat.com

The contents of this e-mail message and its attachments are covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this communication in error, please notify us immediately by return e-mail or by telephone, 310-824-5555, and delete and/or destroy all copies of the message immediately.

**From:** Bruce Fields [mailto:bfields@bfieldslaw.com]
**Sent:** Friday, August 12, 2011 3:35 PM
**To:** James Juo

29

**Cc:** Craig Bailey; Chris Harshman; Bruce Fields
**Subject:** Bangor PMK Deposition
**Importance:** High

James,

If I do not have an agreement from you as requested to extend the deposition of the PMK to 2 days, I am inclined to seek an ex parte order to do so and will file it on Monday. Please advise.

Bruce

Bruce A. Fields
A Professional Law Corporation
1801 Century Park East, Ste 2400
Los Angeles, CA 90067
310-552-7832
Fax 800-279-4830
bfields@bfieldslaw.com

**CONFIDENTIALITY NOTICE:** This e-mail transmission and any documents, files or previous-emails attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments, without reading or saving in any manner. Thank you.

30