Bruce A. Fields (102426)
bfields@bfieldslaw.com
Bruce A. Fields A.P.C.
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: 310-552-7832
Facsimile: 800-279-4830

Attorneys for Plaintiff
Dream Marriage Group, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dream Marriage Group, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Anastasia International, Inc. et al., <br><br> Defendants. | Case no. CV 10-5034 RSWL (FFMx) <br><br> **[PROPOSED] ORDER** <br><br> **Date: August 16, 2011** <br> **Time: 10:00 A.M.** <br> **Courtroom: E 9th Floor** <br><br> **(Honorable Frederick F. Mumm)** |

Upon consideration, Plaintiff Dream Marriage Group, Inc's ("Plaintiff"), application for an order allowing the Plaintiff to depose Defendant's PMK for two days commencing on August 30, 2011 is hereby granted.

///

///

///

///

Alternatively:

A hearing on the Motion is set on: _____.

Oppositions are to be filed and personally served on: _____.

Reply briefs are to be filed and personally served on: _____.

Dated: August __, 2011        _____
                              FREDERICK F. MUMM
                              Magistrate of the United States District Court