Craig B. Bailey (State Bar No. 114410)
  cbailey@fulpat.com
James Juo (State Bar No. 193852)
  jjuo@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Dream Marriage Group, Inc., <br><br> Plaintiff and Counter-Defendant, <br><br> v. <br><br> Anastasia International, Inc., <br><br> Defendant and Counter-Complainant. | Case No. CV 10-5034 RSWL (FFMx) <br><br> **DECLARATION OF JAMES JUO IN SUPPORT OF ANASTASIA'S EX PARTE APPLICATION TO LIMIT THE DURATION OF THE DEPOSITIONS OF ELENA SYKES AS AN INDIVIDUAL, AND AS A 30(b)6) WITNESS, TO A TOTAL OF TWO DAYS** <br><br> Judge: Hon. Fredrick F. Mumm <br><br> Crtrm.: E - 9th Floor |

I, James Juo, do hereby declare as follows:

I am an attorney with the law firm of Fulwider Patton LLP, and I am duly licensed to practice law in the state of California. I represent Defendant Anastasia International, Inc. in the above-identified matter. Unless otherwise indicated, I have personal knowledge of the facts stated herein, and, if called as a witness, could and would testify to the following matters.

1. Attached as Exhibit A is a copy of the "Notice of Taking Videotaped Deposition of Elena Besuden a/k/a Elena Sykes dba Maine Webmasters" served by Plaintiff Dream Marriage Group, Inc. ("DMG") on July 28, 2011.

545776.1

CV 10-5034 RSWL (FFMx)
DECLARATION OF JAMES JUO IN SUPPORT OF ANASTASIA'S EX PARTE APPLICATION TO LIMIT THE DURATION OF THE DEPOSITIONS OF ELENA SYKES AS AN INDIVIDUAL, AND AS A 30(b)(6) WITNESS, TO A TOTAL OF TWO DAYS

2.     Attached as Exhibit B is a copy of the "Notice of Taking Videotaped Deposition of the Person Most Knowledgeable For Defendant Anastasia International, Inc., And Request To Produce Documents At Deposition" served by DMG on July 28, 2011.

3.     Attached as Exhibit C is a copy of the "Notice of Taking Videotaped Deposition of Alexey Eremin President, Secretary And Treasurer Of Anastasia International, Inc." served by DMG on July 28, 2011.

4.     Attached as Exhibit D is a copy of email from Bruce Fields, DMG's counsel, to James Juo, Anastasia's counsel, dated August 10, 2011, and related email thread.

5.     Attached as Exhibit E is a copy of email from Bruce Fields to James Juo dated August 12, 2011.

6.     On August 17, 2011, I contacted DMG's counsel about the substance of the *Ex Parte* Application to limit Elena Sykes' individual and 30(b)(6) depositions to a total of two days, but DMG's counsel opposes the *Ex Parte* Application because DMG believes it is entitled to depose Elena Sykes individually and as a 30(b)(6) witness for three days. Attached as Exhibit F is a copy of email from Bruce Fields to James Juo dated August 17, 2011, and related email thread.

7.     In its May 18, 2011 response to DMG's Interrogatory No. 7, Anastasia stated that "Maine Webmasters was administratively dissolved in 2006."

8.     In its May 18, 2011 response to DMG's Interrogatory No. 8, Anastasia stated that "Elena Sykes (formerly Besuden) is the owner of Anastasia International, Inc., and was the President, Secretary, and a member of the Board of Directors for Anastasia International, Inc."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 18, 2011      By: _____
                                James Juo