1  BRUCE A. FIELDS A PROFESSIONAL CORPORATION
   1801 Century Park East, 24th Floor
2  Los Angeles, California 90067
3  Telephone (310) 552-7832
   Facsimile (800) 279-4830
4  Email: bfields@bfieldslaw.com
5
   Attorneys for Plaintiff
6   Dream Marriage Group, Inc.
7
8                  UNITED STATES DISTRICT COURT
9                  CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  DREAM MARRIAGE GROUP, INC., a Nevada corporation, | Case No. 10-5034 RSWL (FFMx) |
| 12              Plaintiff, | **NOTICE OF TAKING VIDEO-TAPED DEPOSITION OF ELENA BESUDEN A/K/A ELENA SYKES DBA MAINE WEBMASTERS** |
| 13   v. | |
| 15  ANASTASIA INTERNATIONAL, INC., a Kentucky corporation, and Does 1-10 | Hon. Ronald S.W. Lew |
| 17              Defendants. | |

19  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20      PLEASE TAKE NOTICE that Defendants intend to take the deposition of

22  Elena Besuden a/k/a Elena Sykes dba Maine Webmasters on August 29, 2011, at

23  10:00 a.m. at the law offices of Gross, Minsky & Mogul, P.A., located at 23 Water

24  St. #400, Bangor, Maine 04401-6327, Phone (207) 942-4644.

26      Said deposition is to be taken upon oral examination pursuant to Rule 30 of

27  the Federal Rules of Civil Procedure. Said deposition will be taken before a notary

Notice of Deposition E Besuden
1

1  public or other officer authorized to administer oaths and a court reporter who will
2  record said examination by sound and by stenographic means.  The deposition will
3  continue from day to day until completed, excluding Saturdays, Sundays, and holi-
4
5  days.
6      PLEASE TAKE FURTHER NOTICE that Defendants intend to record the
7  testimony at the above-described deposition by videotape, in addition to recording
8
9  this testimony by the stenographic method.
10
11
12 Dated: July 27, 2011                    BRUCE A. FIELDS A.P.C.
13
14
15                                         By: _____
16                                            Bruce A. Fields
17                                            Attorneys for Plaintiff
                                              Dream Marriage Group, Inc.
18
19
20
21
22
23
24
25
26
27
28

AO 88A (Rev. 06/09) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maine

| | | |
|---|---|---|
| Dream Marriage Group, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   10-cv-05034-RSWL-FFM |
| Anastasia International, Inc. | ) | |
| | ) | (If the action is pending in another district, state where: |
| *Defendant* | ) | Central District of California           ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:  Elena Besuden a/k/a Elena Sykes dba MaineWebmasters; 191 BROADWAY BANGOR, ME04401

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: Gross, Minsky & Mogul, P.A.<br>23 Water St # 400<br>Bangor, ME 04401-6372 (207) 942-4644 | Date and Time:<br>08/29/2011 10:00 am |
|---|---|

The deposition will be recorded by this method:  _Court Reporter & Videographer_

☐ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and permit their inspection, copying, testing, or sampling of the material:

The provisions of Fed. R. Civ. P. 45(c), relating to your protection as a person subject to a subpoena, and Rule 45 (d) and (e), relating to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date:   07/19/2011

CLERK OF COURT

_____        OR        _____
Signature of Clerk or Deputy Clerk                              Attorney's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Dream Marriage Group, Inc _____, who issues or requests this subpoena, are:
Bruce A. Fields, Esq., Bruce A Fields APC, 1801 Century Park East 24th Floor, Los Angeles, CA 90067, 310-552-7832, bfields@bfieldslaw.com

5
Exhibit A

## PROOF OF SERVICE

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1801 Century Park East, 24th Floor Los Angeles, California 90067.

On July 28, 2011, I served the foregoing documents described as: **NOTICE OF TAKING VIDEOTAPED DEPOSITION OF ALEXEY EREMIN PRESIDENT, SECRETARY AND TREASURER OF ANASTASIA INTERNATIONAL, INC.; NOTICE OF TAKING VIDEOTAPED DEPOSITION OF ELENA BESUDEN A/K/A ELENA SYKES DBA MAINE WEBMASTERS AND NOTICE OF TAKING VIDEOTAPED DEPOSITION OF THE PERSON MOST KNOWLEDGEABLE FOR DEFENDANT ANASTASIA INTERNATIONAL, INC. AND REQUEST TO PRODUCE DOCUMENTS AT DEPOSITION** on

Craig B. Bailey.
James Juo
FULWIDER PATTON LLP
6060 Center Drive, Tenth Floor
Los Angeles, CA 90045

( x ) BY EXPRESS OVERNIGHT MAIL - I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( ) BY MAIL - I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( ) BY EMAIL - I caused a copy of said document to be transmitted to the above referenced recipient at cbailey@fulpat.com.

( ) BY FACSIMILE - I telecopied a copy of said document(s) to the above addressee(s) at the number(s) provided by the addressee(s). The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error by the facsimile machine.

( ) BY PERSONAL SERVICE - I caused such envelope to be delivered by hand to attorney.

(XX) STATE - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 28, 2011, at Los Angeles, California.

BRUCE A. FIELDS

1

PLAINTIFF'S RULE 26 AMENDED INITIAL DISCLOSURES