1 | BRUCE A. FIELDS A PROFESSIONAL CORPORATION
1801 Century Park East, 24th Floor
2 | Los Angeles, California 90067
3 | Telephone (310) 552-7832
Facsimile (800) 279-4830
4 | Email: bfields@bfieldslaw.com
5
Attorneys for Plaintiff
6 | Dream Marriage Group, Inc.

LITIGATION CALENDAR

JUL 2 9 2011

FULWIDER • PATTON, LLP

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 DREAM MARRIAGE GROUP, INC., a Nevada corporation,<br>11<br>12                 Plaintiff,<br>13<br>14        v.<br>15 ANASTASIA INTERNATIONAL,INC., a Kentucky corporation, and Does 1-10<br>16<br>17           Defendants. | Case No. 10-5034 RSWL (FFMx)<br><br>**NOTICE OF TAKING VIDEO-TAPED DEPOSITION OF THE PERSON MOST KNOWLEDGE-ABLE FOR DEFENDANT ANASTASIA INTERNATIONAL, INC. AND REQUEST TO PRODUCE DOCUMENTS AT DEPOSITION**<br><br>Hon. Ronald S.W. Lew |

18

19 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

20

21 |     PLEASE TAKE NOTICE that Defendants intend to take the deposition of the

22 | Person Most Knowledgeable for Defendant Anastasia International, on August 30,

23 | 2011, at 10:00 a.m. at the law offices of Gross, Minsky & Mogul, P.A., located at 23

24 | Water St. #400, Bangor, Maine 04401-6327, Phone (207) 942-4644.

25 |     Said deposition is to be taken upon oral examination pursuant to Rule 30 of

26

27 | the Federal Rules of Civil Procedure.  Said deposition will be taken before a notary

28

Notice of Deposition PMK
1

public or other officer authorized to administer oaths and a court reporter who will record said examination by sound and by stenographic means.  The deposition will continue from day to day until completed, excluding Saturdays, Sundays, and holidays.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule Civil Procedure Rule 30(b)(6), Plaintiff shall designate one or more officers, directors, or managing agents, or other persons to testify on its behalf as to the subject matters described in Exhibit "A" hereto.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule Civil Procedure Rule 30, Defendant shall produce all documents for inspection and copying as to the documents described in Exhibit "B" hereto.

PLEASE TAKE FURTHER NOTICE that Defendants intend to record the testimony at the above-described deposition by videotape, in addition to recording this testimony by the stenographic method.

Dated: July 27, 2011                    BRUCE A. FIELDS A.P.C.


By: _____
    Bruce A. Fields
    Attorneys for Plaintiff
    Dream Marriage Group, Inc.

**EXHIBIT A**
**CATEGORIES**

1.    Communications and the means of communications that Anastasia International, Inc. also referred to as Anastasiadate.com (hereinafter "AI") or any entity acting on behalf of or for the benefit of AI from January 1, 2009 to present. The term "Agency(ies)" shall mean any person providing services related to the providing of information related to, and/or communication with, females from the Russian Federation, Ukraine, Georgia, the Republic of Armenia, the Republic of Azerbaijan, the Republic of Kazakhstan, the Kyrgyz Republic, the Republic of Moldova, Turkmenistan, the Republic of Tajikistan, the Republic of Uzbekistan, and/or the Republic of Belarus.

2.    Communications and means of communications with any person or entity that provides services of generating revenue, monitoring competitors and competitors' websites, registering domain names on behalf of AI or as a source of referral customers for AI from January 1, 2009 to present.

3.    Amount of sales and the source of sales made by or generated by AI from January 1, 2009 to present.

4.    Sources, including the name address and phone number, and the nature of the business relationship between AI and its sources for which AI acquires women featured on the AI website, or websites that refer customers to AI, or are a source of revenue to AI, or to any partner of AI since January 1, 2009 to present.

5.    The nature of the business and business model of AI.

6.    All content (information conveyed and depicted therein) that appears on the website www.anastasiadate.com for January 1, 2009 to present.

7.    All content (information conveyed and depicted therein), the source of all content and all communications with respect to the content that appears on

Notice of Deposition PMK
3

1 http://www.anastasiadate.com/media-publication21.html, a copy which is attached
2 hereto as ("1")

3     8.     All content (information conveyed and depicted therein), the source of
4 all content and all communications with respect to the content that appears on
5 http://www.anastasiadate.com/media-publication12.html, a copy which is attached
6 hereto as ("2").

7     9.     All content (information conveyed and depicted therein), the source of
8 all content and all communications with respect to the content that appears on
9 http://www.anastasiadate.com/media-publication48.html, a copy which is attached
10 hereto as ("3").

11     10.     All content (information conveyed and depicted therein), the source of
12 all content and all communications with respect to the content that appears on
13 http://www.russianbrides.com/about.html, a copy which is attached hereto as ("4").

14     11.     All content (information conveyed and depicted therein), the source of
15 all content and all communications with respect to the content that appears on
16 http://www.anastasiadate.com/media-publication48.html, a copy which is attached
17 hereto as ("5").

18     12.     The nature and history of the business relationship between AI and IT
19 Online.

20     13.     The nature and history of the business relationship between AI and
21 Maine Webmasters.

22     14.     The nature and history of the business relationship between AI and Neil
23 Bryant.

24     15.     The nature and history of the business relationship between AI and
25 Stolitza, LLC.

26     16.     The nature and history of the business relationship between Stolitza,
27 LLC and IT Online.

28

Notice of Deposition PMK
4

17.     The nature and history of the business relationship between AI and WebSitePulse.

18.     The nature and history of the business relationship between AI and Othello Technology Systems Limited.

19.     All research and investigation regarding www.dream-marriage.com and all communications relative thereto not subject to the attorney client privilege.

20.     Any and all information regarding the registration, business purpose and revenues derived through the internet websites anastasiainternational.com, anastasiaweb.com, anastasiawebcam.com, russainwomensites.com, mail-order-brides-websites.no1reviews.com, anastasiainternationalscam.com, stop-scammers.com, foreignpassion.com, russian-dream-marriage.com, russian-dream-marriage.info, brides-for-dream-marriage.com, brides-for dream-marriage.info, dreammarriageonline.com, dreammarriage.info, dreammarriag.info, dreemmarriage.info, dream-marriage-brides.com, dream-marriage-brides.info or AI's association or affiliation thereto.

21.     Details and information of how AI's internet website hosting was chosen, including and not limited to all the former Anastasia International and "Anastasia Family" domains such as AsianBeauties.com and AfricaBeauties.com.

22.     Implementation of a single-site agreement with the agencies (i.e., any agreement, including without limitation any agreement featuring a provision that requires, e.g., a girl represented by an agency to state in a video that she is only registered at the anastasiadate.com website).

23.     Decisions regarding agency policy and enforcement of the single-site agreement with the agencies, (in other words, who can speak regarding how an agency is found to be using a non-AI site, and how the single-site rule is enforced in AI), including without limitation any recommendations made to agencies that they remove girls from non-AI websites, charging back or threatening to charge back

1   bonuses against any agency's account because a girl's profile was deleted from an
2   Anastasia website and/or was not removed from a competitor's website, etc.
3        24.    Details and information on the reasons behind signing up for
4   DreamMarriage.com accounts by AI personnel or through persons or entities
5   associated with AI.
6        25.    History and business relationship of AI to Stafford Associates
7   Computer Specialists, Inc. or http://www.staffordassociates.com/, as well as the use
8   of computers owned and/or operated by Stafford and any knowledge with respect to
9   the nature of the internet visits (whether by script, IT Online) to the dream-
10  marriage.com internet website.
11       26.    History and business relationship of AI to Lookintom Consolidated
12  Limited and/or Alfred Victor Brewster.
13       27.    History and business relationship of AI to Hellenic Bank, Larnaca,
14  Cyprus.
15       28.    Details and information about methods used to pick landing page
16  domains, past and present, for AI.
17       29.    Details and information on the WHOIS data for AnastasiaDate.com and
18  its affiliated sites (AsianBeauties.com, 4Affiliate.net, AnastasiaAffiliate.com, and
19  the nature of the relationship of the persons/entities listed in the administrative and
20  technical contact information contained in the WHOIS data are to AI, the referenced
21  document is attached hereto as ("6").
22       30.    Details and information on what servers or companies are delegated to
23  send email on AI's behalf.
24
25
26
27
28

# EXHIBIT B
## REQUEST FOR DOCUMENTS

**DEFINITIONS:**

1.    The term "document" shall have the full meaning ascribed to it by the Federal Rules of Civil Procedure, including the original and every non-identical copy of reproduction in the possession, custody, or control of Anastasia, shall include any means for retaining information, whether electronic or otherwise, and shall also include tangible and intangible things under Fed. R. Civ. P. 34(a), including, but not limited to, all physical or electronic things of any kind communicating thoughts,  impressions, or ideas in whatever form, including the originals and all non-identical copies and drafts, whether different from the originals by reason of any notation made on such copies or otherwise, and including, but not limited to, correspondence, emails, texts, memoranda, notes, diaries, calendars, statistics, letters, telegrams, minutes, financial records, accounts, ledgers, agreements, records of receipts and expenditures, budgets, appraisals, projections, contracts, reports, studies, checks, wire transfers, statements, receipts, returns, summaries, pamphlets, books, prospectuses, interoffice and intra-office communications, offers, notations of any sort of  conversations or telephone calls or meetings or other communications, bulletins, policies, printed matter, computer printouts, teletypes,  telefaxes, invoices, electronic files and all drafts, alterations, modifications, changes, and amendments of any kind (including, without limitation, photographs, charts, graphs, microfiche, microfilm, videotape, records, motion pictures) and electronic, mechanical or electric records or representations of any kind (including, without limitation, tapes, cassettes, disks, and recordings) as well as internet web pages, internet domain name references and registrations.

2.    The term "all documents" shall mean every document (as defined above) that is known to you, within your possession, custody or control or that of

Notice of Deposition PMK
7

your attorneys (former or current), investigators, agents or other representatives, or can be located or discovered by reasonably diligent efforts.

You are requested to produce the following documents for inspection and copying:

1.  All DOCUMENTS relative to communications and the means of communications that Anastasia International, Inc. (hereinafter "AI") also referred to as ("Anastasiadate.com" ("AD")) or any entity acting on behalf of or for the benefit of AI to any agency from January 1, 2009 to present. The term "Agency(ies)" shall mean any person providing services related to the providing of information related to, and/or communication with, females from the Russian Federation, Ukraine, Georgia, the Republic of Armenia, the Republic of Azerbaijan, the Republic of Kazakhstan, the Kyrgyz Republic, the Republic of Moldova, Turkmenistan, the Republic of Tajikistan, the Republic of Uzbekistan, and/or the Republic of Belarus.

2.  All DOCUMENTS relative to Communications and means of communications with any person or entity that provides services of generating revenue, monitoring competitors and competitors' websites, registering domain names on behalf of AI or as a source of referral customers for AI from January 1, 2009 to present.

3.  All DOCUMENTS relative to the amount of sales and the source of sales made by or generated by AI from January 1, 2009 to present.

4.  All DOCUMENTS relative to the sources, including the name address and phone number, and the nature of the business relationship between AI and its sources for which AI acquires women featured on the AI website, or websites that refer customers to AI, or are a source of revenue to AI, or to any partner of AI since January 1, 2009 to present.

Notice of Deposition PMK

8

5. All DOCUMENTS relative to the nature and history of the business model of AI.

6. All DOCUMENTS relative to the nature and history of the business relationship between AI and IT Online.

7. All DOCUMENTS relative to the nature and history of the business relationship between AI and Maine Webmasters.

8. All DOCUMENTS relative to the nature and history of the business relationship between AI and Neil Bryant.

9. All DOCUMENTS relative to the nature and history of the business relationship between AI and Stolitza, LLC.

10. All DOCUMENTS relative to the nature and history of the business relationship between Stolitza, LLC and IT Online.

11. All DOCUMENTS relative to the nature and history of the business relationship between AI and WebSitePulse.

12. All DOCUMENTS relative to the nature and history of the business relationship between AI and Othello Technology Systems Limited.

13. All DOCUMENTS relative to all research and investigation regarding www.dream-marriage.com and all communications relative thereto not subject to the attorney client privilege.

14. All DOCUMENTS relative to any and all information regarding the registration, business purpose and revenues derived through the internet websites anastasiainternational.com, anastasiaweb.com, anastasiawebcam.com, russainwomensites.com, mail-order-brides-websites.no1reviews.com, anastasiainternationalscam.com, stop-scammers.com, foreignpassion.com, russian-dream-marriage.com, russian-dream-marriage.info, brides-for-dream-marriage.com, brides-for dream-marriage.info, dreammariageonline.com,

Notice of Deposition PMK

9

1  dreammarriage.info, dreammarriag.info, dreemmarriage.info, dream-marriage-

2  brides.com, dream-marriage-brides.info or AI's association or affiliation thereto.

3  15. All DOCUMENTS relative to details and information of how AI's internet

4  website hosting was chosen, including and not limited to all the former Anastasia

5  International and "Anastasia Family" domains such as <u>AsianBeauties.com</u> and

6  <u>AfricaBeauties.com</u>.

7  16. All DOCUMENTS relative to implementation of a single-site agreement with the

8  agencies (i.e., any agreement, including without limitation any agreement

9  featuring a provision that requires, e.g., a girl represented by an agency to state in

10  a video that she is only registered at the anastasiadate.com website).

11  17. All DOCUMENTS relative to decisions regarding agency policy and

12  enforcement of the single-site agreement with the agencies, (in other words, who

13  can speak regarding how an agency is found to be using a non-AI site, and how

14  the single-site rule is enforced in AI), including without limitation any

15  recommendations made to agencies that they remove girls from non-AI websites,

16  charging back or threatening to charge back bonuses against any agency's

17  account because a girl's profile was deleted from an Anastasia website and/or

18  was not removed from a competitor's website, etc.

19  18. All DOCUMENTS relative to details and information on the reasons behind

20  signing up for Dream-Marriage.com accounts by AI personnel or through

21  persons or entities associated with AI.

22  19. All DOCUMENTS relative to the History and business relationship of AI to

23  Stafford Associates Computer Specialists, Inc. ("Stafford"), as well as the use of

24  computers owned and/or operated by Stafford and any knowledge with respect to

25  the nature of the networking connections made via the internet, including without

26  limitation connections initiated by IT Online, automated scripts, or any person or

27

28

Notice of Deposition PMK
10

1  entity operating on AI's behalf, to the computers operating the dream-
2  marriage.com internet website.
3  20. All DOCUMENTS relative to the history and business relationship of AD to
4  Lookintom Consolidated Limited and/or Alfred Victor Brewster.
5  21. All DOCUMENTS relative to the history and business relationship of AD to
6  Hellenic Bank, Larnaca, Cyprus.
7      3.    All DOCUMENTS relative to details and information about methods
8  used to pick landing page domains, past and present, for AI.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Deposition PMK
11

"1"

Russian Dating Industry Overview. Interview with Anastasia Web International





http://www.anastasiadate.com/media-publication21.html

Russian Dating Industry Overview. Interview with Anastasia Web International

August 04, 2006

# Russian Dating Industry Overview. Interview with Anastasia Web International



*Russian dating industry growth during last years is incontestable fact. But another well known fact is that russian dating sites are full of scam and other hidden dangers. To clear all these questions and to introduce you service I personally hold best in russian dating industry, I decided to interview Daniel Jordan, PR Manager of Anastasia International, Inc., leading company in russian-american introduction business.*

**Q: The history of Anastasia as a company. How it got started.**

A: Anastasia International (AW) was formed in Winchester, Kentucky, in 1993 by Elena and David Besuden. Elena and David met through an introduction service in 1992 and were married the same year. Initially, Anastasia used catalogs to introduce profiles to men in the US. This format was used at first, because the internet wasn't so well developed. The first AW web site was launched on Jan 21, 1997. Also, in 1997, Anastasia International formed a partnership with IT Online, to handle its business operations in the CIS. There are now more than 90 employees working in the both offices, handling web development and maintenance, marketing, customer service, verification and other administrative services. The US office is the primary headquarters for the company and handles the sales and customer relations for the travel services offered by AW. In 1993 AW started offering specialty travel services. These travel packages, which include tours of the cities they're visiting, allow the client an opportunity to meet face-to-face with the women they've corresponded with via AW. To date, AW has organized the travel fo

http://www.anastasiadate.com/media-publication21.html

## Ladies' Gallery

Visit our themed galleries of the most stunning potential brides on Anastasia!



*Hi to all Anastasia staff, especially to the wonderful ladies who are the phone translators Thank you for all you do to make this site on of the best. I so appreciate your services Sincerely,*

*Mark G*
*December 2009*

Russian Dating Industry Overview. Interview with Anastasia Web International

more than 3,000 clients. During the 13 year history of the company, AW has served more than 78,000 clients from N. America, the EU, Australia and other parts of the world. Over 77,000 female clients in Russia and the former Soviet Union have registere their profiles on AW.

**Q: How do you create good matches...do you have a success rate?**

A: First, it's important to clarify that AW is not a "matchmaking" company or a marriage agency. AW's primary goal is to provide comfortable and secure venue where people can introduce themselves and begin a correspondence (like any major online dating service).

AW works with credible local agencies who accept applications from women. AW does not own or operate any of these agencies. This is important, because it means AW is fair and objective when choosing which agencies are allowed to submit profiles to AW for review and possible posting on our web site.

AW also provides services or "tools" like written and spoken translation services via the AW call and customer service center. This allows the clients to more clearly communicate with each other and decide if they would like to actually meet. It's only after they actually meet, that a relationship can begin. We always emphasize this to our clients. They shouldn't expect to simply find woman's profile, send her a few emails and expect her to arrive in their country ready to be his wife. This is the "mail-order-brid myth". Like with any relationship, it's necessary for the couples to meet in person and start building a relationship, before they make decisions about leaving their home countries and marriage.

If they make the decision to meet, then AW can help make all the travel arrangements, including advice about preparing their tourist visas to Russia. In summary, AW provides all the tools, from A to Z to help the clients discover a new partner. Providing these services is our primary business and we feel confident we're the best in the industry. That's why we've stayed in business so long and why we have thousands of client submitted testimonials about how AW helped them find their partner in life. (Pleas visit our testimonials web site: http://www.anastasiacomplaints.com/)

**Q: What separates it from its competitors? Strong privacy and anti-scam policy? What do you promise to your clients that other companies do not?**

A: AW doesn't really have any "direct" competitors, because no other company provides the same variety of services, which includes our unique verification process and client-data information security. It's this level of service, which makes AW the premium provider in our industry and separates us from potential competitors.

The verification process is the heart of our anti-fraud efforts and AW has spent more than a million dollars to have it implemented. AW has a two-phase process of verification. The first phase is to contact each woman who would like to have her profile listed on the AW site. A profile will not be posted, until our VBP agents (Verify By Phone), have contacted the woman directly and verified all her contact details. In this phase, the VBP agent has the authority to deny a posting if they feel something is not legitimate. All the VBP agents attend special training, prior to conducting verifications.

http://www.anastasiadate.com/media-publication21.html



Your safety and security guarantee

Russian Dating Industry Overview. Interview with Anastasia Web International

The second phase starts after the women start communicating with our male clients. After they've written some correspondence, our VBP agents again contact them by phone and ask them to detail their most recent communication. For example they might ask, "Did you recently speak with a man named Tom, if so, where is he from?" All the communication between our clients goes through the AW system, so we are able to constantly monitor for potential fraud. AW has even developed special software that flags suspicious correspondence, for example, emails requesting money. Our VBP agents contact all the actively communicating profiles at least once a month. They also open investigations anytime we receive a complaint from a male client.

Again if the VBP agent has any suspicions, the questionable profile will immediately be frozen for investigation. If it is determine that the profile is fraudulent, it will be deleted and refund credits will be issued to any clients who were affected by the fraud. These are very strict methods, but this is what makes AW so special. Potential fraudsters know how strictly we run our operations, so many simply avoid our site. This is already a victory for us and well worth the large investment.

**Q: How do you view the business of mail-order brides? Is it mostly just scams and why is it prone to scams? Are we seeing more scams out of Russia or the US?**

A: First, the business of "mail-order-brides" really doesn't exist. Any company that says you can simply choose a wife online an have her delivered to your house, is misleading its clients. It's an unfortunate term that has been closely linked with our niche within the online dating industry. Many of our clients find us on the internet by searching via the keyword, mail-order-bride. This isn't because they really want to "order" a bride; it's just the term they constantly hear in the media. We're working hard to move away from this term by always making it clear to our clients and the media that such a service doesn't exist and that AW is a venue for introduction, not matchmaking and bride ordering.

Our experience over the last 13 years is that the vast majority of woman in Russia seeking correspondence with men in foreign countries are sincere in their efforts. The fraud is mostly coming from the agencies and introduction companies (web sites) that take advantage of the women's trust. They do this by sending fake messages and requests for money from the real profiles of women. Many times it can take months before a woman knows that her profile has been misused. By this time, her profile has been "blacklisted" for fraud and her chances of actually communicating with someone are reduced to almost zero. In these situations everyone loses, the male client, the woman and all the companies like AW who are trying to provide an honest service.

Fortunately, it's not as common as the media would have the general public believe and efforts by companies like AW are making it harder and harder for these criminals to find a place to operate. Russian law enforcement is also very active in tracking-down these criminal sites and agencies.

Our entire industry is unfortunately prone to scams, because it's an opportunity to prey on people's most vulnerable emotions. It's interesting to note that Match.com and Yahoo Personals, two of the largest online dating companies in the world, both have lawsuits against them for fraud. Of course, they're innocent until proven guilty, but it shows that these "scamming" accusations aren't just limited to "Russian Mail-Order-Bride Services".

http://www.anastasiadate.com/media-publication21.html

Russian Dating Industry Overview. Interview with Anastasia Web International

**Q: What needs to be done to improve the situation so that customers are protected AND so are the women who go to the states. (You mentioned a new US Congressional law that was recently passed)**

A: AW has already implemented a verification process to help protect our customers. This is an elaborate and expensive process that includes both advance technology and specially trained staff. We feel our verification process is the best in the industry and currently provides the highest level of protection in the industry. Law enforcement in Russia is also playing a major role in protecting both the foreign and domestic clients. If convicted of this type of fraud, a criminal can face heavy fines and time in prison.

The US Congress recently passed the, "International Marriage Broker Act" and it went into affect on March 5th, 2006. The law protects the rights and safety of foreign women, who emigrate into the U.S. as fiancés or wives of men living in the U.S. The main implication of this legislation is that 1-129F Fiancé and K-3 Spousal Visa petitions will now require that the petitioner provide information regarding any criminal history for specified crimes, including violent offenses, domestic abuse or sexual assault. (The Russian women are already required to provide similar criminal background information during the US Visa application process).

AW is already in compliance with this legislation and we support any legislation that could potentially protect one of our female clients from a bad situation. Details about our compliance and how it affects our clients is available on our web site

**Q: What is the whole process like? (I would like you to take me through the whole process of what you do with your customers.)**

A: The process is not complicated and really isn't much different than your regular online dating experience. The main difference is that AW must offer its client a more sophisticated service, because of the cultural and geographical challenges. In doing so, we definitely offer a more complete service versus a typical online dating service.

The process begins from two-sides. For the male clients, it begins when they decide to become a free member of our site. When their membership has been accepted they're allowed to purchase credits and begin correspondence with any women's profile they find interesting. Each letter costs one credit. This is because each message is translated into Russian and the reply they receive is translated into English. It's that simple.

The women's process begins when they decide to register their profile online or visit a local agency that is approved by AW. The majority of women choose to use an agency, because the agencies provide them with personalized services, like letter translation, advice on foreign relationships and profiling, to help them find men who match their interest. The agency then registers their profile with AW. After AW's VBP agents have verified the profile, the women can begin receiving and sending correspondence for free.

If two people find each other and want to meet in person, we welcome them to use AW's travel services; however some decide to organize their own trips. AW offers the clients a chance to meet their partners in Russia or Ukraine at socials which are

http://www.anastasiadate.com/media-publication21.html

Russian Dating Industry Overview. Interview with Anastasia Web International

organized by AW and include other clients from all over the world. This makes for a relaxed environment and reduces the awkwardness. Their trip also includes a cultural program that helps them gain a better understanding of the country they're visiting. Regardless of their choice, our customer service representatives are available anytime to answer their questions and offer advice prior to their trip. This is a resource that's commonly used by our clients and it's not uncommon to have a surprise visit to our office by clients just wanting to say, "Thank You".

**<< Back**



http://www.anastasiadate.com/media-publication21.html

"2"

OPW Interview - AnastasiaWeb - General Director, Alexei Negin





http://www.anastasiadate.com/media-publication12.html

OPW Interview - AnastasiaWeb - General Director, Alexei Negin

September 15, 2006

# OPW Interview - AnastasiaWeb - General Director, Alexei Negin



**ONLINE PERSONALS WATCH**
Online Personals News and Commentary

OPW INTERVIEW -- Sep 15 -- Alexei Negin is the General Director of AnastasiaWeb, a top three Russian internet dating site. I was curious how his service works and how it's different from other dating sites. Here's my interview with Alexei. Please comment with your questions for Alexei. - Mark Brooks

**What is Anastasia?**

It's the fastest way to meet Russian women via the internet. It's an online dating website that allows people from Russia, North America, Europe and other parts of the world to connect and correspond with each other. People from different countries can write letters to each other in their native language and the letters are delivered and translated. We have a network of over 200 agents in the former Soviet Union who make sure the messages get delivered.

**Who are your target customers?**

Most of our male customers are based in the U.S. or Canada. We also have some male customers from the EU, Australia, New Zealand and South Africa. We have female customers from all over the former USSR. We have slightly more women on the site then men, which is actually a part of why the site is successful. We currently have more than 10,000 active women profiles on AnastasiaWeb; however our overall database is much larger. We only display the profiles of women who are actively using the site.

http://www.anastasiadate.com/media-publication12.html

---

**ONLINE PERSONALS WATCH**

Click Here for Article

---

**Ladies' Gallery**

Visit our themed galleries of the most stunning potential brides on Anastasia!



*Wild Cats*

*I want again to thank all of you, team of Anastasia, translator for their great job and the responsibility of the relations they have in their hands, managers for instant help, advices and services. Of course I would like to thank all the wonderful Women that have the courage to look for Love oversea. You are definitively the best service. Thanks a lot for your assistance. I will of course send to you, as to stay positive, a photo in case of marriage!!! With much sincerity,*

*Fabien Q. Switzerland Febuary 2008*

UFW Interview - AnastasiaWeb - General Director, Alexei Negin



We don't allow every applicant to become a member. We verify profiles and personal information and allow only those individuals that pass the verification process. We do everything we can to protect our customers.

What is the age range?

We don't allow men or women under 18 and I would say that the average female age would be about 24 or 25 years old. So these are rather young women. The male audience is older in general. The average age would be between 34 and 40, in that range. In Russia and Ukraine it's very common that women date and marry men that are older.

What's AnastasiaWeb's founding story?

We were founded in 1993 by a Russian/American couple, Elena and David Besuden. Elena and David met through an introduction service in 1992 and were married the same year. Initially, Anastasia used catalogs to introduce profiles for men in the US. This format was used at first, because the internet wasn't so well developed. The first AW web site was launched on Je 21, 1997. Also, in 1997, Anastasia International formed a partnership with IT Online, to handle its business operations in Russii and the CIS. There are now more than 90 employees working in the US and Russian offices, handling web production, maintenance, marketing, customer service, verification and other administrative services. Elena and David grasped the idea of online dating rather early and succeeded.

How do you make money?

We make money on the correspondence. Each letter being delivered is translated. Most of the women do not have a computer or regular access to the internet, so we formed a network of agents that could deliver and translate messages. We charge for a letter but we actually provide more than just a delivery service. We provide additional services that go along with the letter itself One of the services is a direct telephone communication service, which allows clients to speak to each other with the help of a professional translator. It's like a conference call. Women don't pay at all. The cheapest correspondence service level is $3.99 per letter and the most is $8, but membership to the site is free. They can use a lot of other additional free services.

How do you protect the users from potential scammers?

There are many companies who used to say, "We don't have fraud. We're fighting fraud and 100% scam free." We can't say that, we are not 100% fraud free. But we realize the problems and we make every single effort to protect our customers. We have initiated a fraud fighting campaign and have invested heavily on investigation, protection and different ways of tracking fraud. We can protect the correspondence, we can make sure that the message is delivered and that it is translated in the proper way.

A women coming to an agency provides her personal ID that will be scanned and entered into the database. We verify that she not under age and we also verify that she's not married. We verify information about her kids and other information. Then the agency will estimate the language ability of the women. It's a rough estimate but we like to provide this information to our members. The agency tries to verify that the photograph is definitely her photograph and that it's not an outdated photograph. Then they enter her profile on the AnastasiaWeb site. Our verification agents in the Moscow office will call her within three days They will review all the information. We have a call center that is devoted to calling the women and further verifying that they're

http://www.anastasiadate.com/media-publication12.html

UPW Interview - AnastasiaWeb - General Director, Alexei Negin

legitimate clients. They will verify identity, ask if the woman wants to participate, and verify other important information. The profile is then considered a checked profile and will be activated when our system updates in two or three days.

What are your goals for AnastasiaWeb for 2006 through 2007? What kind of partnerships are you seeking?

One of our goals over the next year is to expand our "offline" activities. To provide more organized opportunities for members to meet in-person. Regarding partners, we are looking for companies that provide great traffic. We have a good affiliate program with hundreds of affiliates. We are looking to expand that. We're also interested in speaking with other western online dating companies that would like access to our large database of verified profiles from throughout the former Soviet Union. Finally, we're looking to cooperate with companies that have know-how with mobile communications and video. Mobile phone dating will be a benefit for our customers, because it should speed-up the communications process. We want to take every step possible to help our clients really find someone special.

To learn more about Anastasia, please visit their informative web site: www.anastasiaweb.com.

<< Back



"3 & 5"

**Exhibit B**

1 of 3

Paypal Payment System Launch





http://www.anastasiadate.com/media-publication48.html

### Ladies' Gallery
Visit our themed galleries of the most stunning potential brides on Anastasia!



*Lovely Lingerie*

*In thoroughly investigating numerous websites and services offered by others, I can say that Anastasiaweb is the classiest network available. From the staff to the women I corresponded with, I was always treated with a form of excellence only found in the very best businesses in the world. I fully recommend Anastasiaweb in all regards. Thank you,*

*Mike S., CA*
*April 2004*

April 29, 2005

# Paypal Payment System Launch

redtram.

redtram.
international
Click Here for Article

**Paying for the services online has never been so fast, and easy than it is today. Payment systems are constantly developing. Anastasia Internation has decided to find out for ourselves which payment systems the most popular dating sites use today.**

(Press2zoom) - Paying for the services online has never been so fast, and easy than it is today. Payment systems are constantly developing.
We decided to find out for ourselves which payment systems the most popular dating sites use today.

Our research concludes that the three most accepted systems of Payment for the Dating Services are:

1) Traditional: Paper Bill
Some dating sites ( eHarmony, Anastasia-International, Match.com ) still have classical bill payment systems. It is safe, but the main disadvantage of it is that it takes a long time to purchase a service.

2) Popular: Credit Cards
Most clients of Dating Services tend to use credit cards because it is fast and easy. However, when you pay by credit card online you enter your card number ? on some low-quality sites  there is a big danger that it may be stolen.

3) Modern one: Online Payment Processors
Such as 2checkout.com, PayPal, Moneybookers, and E-gold, are a system of payment used by the leading dating sites.  Onlin Payment Processors are safe and easy way to pay online without sharing financial information. Your private, sensitive information is totally under control.

http://www.anastasiadate.com/media-publication48.html

Paypal Payment System Launch

There are a lot of ways to pay for the services you choose on the site. As statistics shows most of our clients chose to pay by credit cards. Not long ago we launched the Paypal payment system and we have received only positive responses from the users of Anastasia International. The main thing is that online payment processors like Paypal make the clients feel really comfortable and safe. Safety of the clients is one of ours main job credo?, says Elena Besuden, the owner of Anastasia International, one of the leading online dating sites.

<< Back



Spring
Romance Tours

Book Now!



http://www.anastasiadate.com/media-publication48.html

"4"

We have been in business since 1993!                                   1 of 4



| Contact us | Ladies | Tours | Videos | Men's ads | Help/Faq |

<< Prev 1 2 3 4 5 6 7

# Welcome to the Anastasia Family

**Anastasia is the world's largest Russian/American Introduction and Romance Tour Company.**






**Your Shopping Cart**
**View Your Order(s)**
**Search Ladies**
**Tours**
**Catalogs**
**Videos**
**Advertise**
**Electronics**
**Envelopes**
**Phone Introduction**
**Phone Cards**
**Flower Delivery**
**E-mail Forwarding**
**Letter Forwarding**
**Fiancee Visa**
**Success Stories**
**Help/FAQ**
**Calling**
**About Us**
**Books**
**News**
**Site Map**
**Mailing List**

We are a family run business that is committed to providing great value and service to our clients all over the world. Anastasia is a proud member of the American Society of Travel Agents and the Central & Eastern Europe Travel Board, and our Romance Tours have long been recognized as the benchmark by which other tour companies are measured. Our reputation for honesty and integrity has been the key to our success, which is why half of our clients come to us by word of mouth alone.



Anastasia's tour receptions are famous and are attended eagerly by some of the most beautiful women in Russia and Ukraine. Only Anastasia International has the resources and experience to bring groups to Russia and Ukraine on a frequent and regular basis. Our 146th tour departed Feb. 10, 2005.

Anastasia is the only Romance tour company to be founded, owned and operated by a Russian/American couple; giving us a degree of insight and expertise that cannot be matched by our competitors. Our owners, David and Elena Besuden met in 1992 through online matchmaking services and were married that same year.

Anastasia has been featured on a multitude of televisions shows and networks, including: 48 Hours, The Daily Show, The Howard Stern Show, and Jennie Jones, (News features on ABC, CBS, NBC, FOX, CNN

http://www.russianbrides.com/about.html

We have been in business since 1993!

2 of 4



and the BBC) as well as a multitude of television networks in Japan, Germany, The Netherlands, France, Italy, Switzerland, Brazil, Turkey and Australia to just name a few.

**Featured Ladies**

Anastasia is proud to have the largest full-time staff in the industry. With more than 80 full-time professionals hard at work in our US and Moscow offices, we are able to conduct tours and provide services with a level of expertise and professionalism that is unequaled by any other company. For instance, it is not a surprise that Anastasia is the only company in the world to offer Flower and Gift Delivery to every single city in the former Soviet Union! We are the only Romance Tour Company that enjoys true Russian/American ownership. David and Elena's connections to Russia run far deeper than our competitors, which gives Anastasia the ability to network with agencies and companies in every corner of the former Soviet Union. While our competitors offer flower deliveries in a meager 7 cities, we are able to deliver flowers and gifts to literally hundreds of cities and towns across all 11 time zones!

| Irina 66V-12 |
| Anna 66V-12 |
| Inna 66V-12 |
| Vera 66V-12 |

Anastasia's American staff in our office in Bangor welcomes you to the great state of Maine! Come and meet our friendly employees and enjoy our beautiful little city, which has some of the best-preserved examples of classic 19th Century New England Architecture to be found anywhere. We are only a short drive from the world famous Acadia National Park and Mount Desert Island, so do yourself a favor and come say hello!

| Olga 66V-12 |
| Olga 66V-12 |

If you have questions about our program, need advice on Russia, or Russian ladies please do not hesitate to call us at 207-262-9595, 9-5 Mo-Fri. We'll be glad to answer any questions you might have. It is not important if you have no experience in correspondence, or have been unsuccessful with other services. At Anastasia we realize that "word of mouth" is our most important form of advertising. Thousands of men and women join our program every year after learning about us from our successful former clients.

See what other people say about us
Also read: The Anastasia Difference

| Alla 66V-12 |

If you have any comments, or suggestions on how we could improve our service, we'd like to hear from you.

**You are welcome to visit any of our offices.**
**No appointment necessary, our doors are always open.**

| Elena 66V-12 |

We have been in business since 1993!                                    3 of 4

**Ekaterii**
**66V-12**

**Irina**
**66V-12**

**Yuria**
**66V-12**

**Ekaterii**
**66V-12**

**Elena**
**66V-12**

**Nadejd:**
**66V-12**

**Alena**
**66V-12**

**Inna**
**66V-12**

**Viktori:**
**66V-12**





**US Office:**
Anastasia International Inc
40 High St. Suite #1
Bangor, ME 04401

**Russian Office:**
14/10 Tatarskaya Ulitsa,
Moscow, Russia

### WHAT ARE THE STATISTICS REGARDING THE PROCESS?

"Approximately 75% of the clients who travel to a foreign country to meet their future wife (as outlined above) get engaged from the first trip. Of the remaining 25%, almost all tell me "It was the vacation of a lifetime" and that they plan to return ASAP. Of those who get engaged and for whom I obtain a Fiancée Visa, approximately 75% get married within 90 days of the woman's arrival in the U.S. Of the remaining 25% of the cases, it does not work out and the woman returns to her home. To date, to the best of my knowledge, our divorce rate is under five percent."

*From Larry Holms, Immigration Attorney (Fiancee Visas)*

## Our Staff photos:















http://www.russianbrides.com/about.html

We have been in business since 1993!                                                                4 of 4

**Anna**
66V-12

   

**Olga**
66V-12

 << Prev  1 2 3 4 5 6 7 

**Evgenia**
66V-12

**Natalia**
66V-12

---

*Anastasia*        PO Box 922; Bangor, ME, 04402    Phone: 207-262-9595
                             USA                     Fax:  207-262-3295
                                                     info@russianbride.com
                                                     tours@russianbride.com

---

Copyright © Anastasia Intl, Inc. 2001
Privacy Policy
Webmasters

http://www.russianbrides.com/about.html

"6"

```
----------------------------------------------------------------------
bash$ whois AnastasiaDate.com

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

    Domain Name: ANASTASIADATE.COM
    Registrar: REGIONAL NETWORK INFORMATION CENTER, JSC DBA RU-CENTER
    Whois Server: whois.nic.ru
    Referral URL: http://www.nic.ru
    Name Server: NS.MAINE-INC.NET
    Name Server: NS2.MAINE-INC.NET
    Name Server: NS5.MAINEINC.NET
    Status: clientTransferProhibited
    Updated Date: 19-nov-2010
    Creation Date: 04-oct-2007
    Expiration Date: 04-oct-2013

>>> Last update of whois database: Wed, 27 Jul 2011 21:33:36 UTC <<<

Domain name:             ANASTASIADATE.COM
Name Server:             ns.maine-inc.net
Name Server:             ns2.maine-inc.net
Name Server:             ns5.maineinc.net
Creation Date:           2007.10.04
Updated Date:            2010.11.19
Expiration Date:         2013.10.04

Status:                  DELEGATED

Registrant ID:           IYSXO8R-RU
Registrant Name:         Boris E Sashin
Registrant Organization: Boris E Sashin
Registrant Street1:      Obrazcova 14
Registrant City:         Moscow
Registrant State:        Moscow
Registrant Postal Code:  127055
Registrant Country:      RU

Administrative, Technical Contact
Contact ID:              IYSXO8R-RU
Contact Name:            Boris E Sashin
Contact Organization:    Boris E Sashin
Contact Street1:         Obrazcova 14
Contact City:            Moscow
Contact State:           Moscow
Contact Postal Code:     127055
Contact Country:         RU
Contact Phone:           +7 9104233891
Contact E-mail:          borissashin@yahoo.com

Registrar:               Regional Network Information Center, JSC dba RU-CENTER

Last updated on 2011.07.28 01:33:54 MSK/MSD

----------------------------------------------------------------------
bash$ whois anastasia-international.com
```

**40**
**Exhibit B**

```
Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

    Domain Name: ANASTASIA-INTERNATIONAL.COM
    Registrar: REGIONAL NETWORK INFORMATION CENTER, JSC DBA RU-CENTER
    Whois Server: whois.nic.ru
    Referral URL: http://www.nic.ru
    Name Server: NS.ANNASTASIA-INTERNATIONAL.COM
    Name Server: NS.MAINE-INC.NET
    Name Server: NS2.MAINE-INC.NET
    Name Server: NS5.MAINEINC.NET
    Status: clientTransferProhibited
    Updated Date: 25-nov-2010
    Creation Date: 27-nov-2006
    Expiration Date: 27-nov-2011

>>> Last update of whois database: Wed, 27 Jul 2011 21:33:36 UTC <<<

Domain name:            ANASTASIA-INTERNATIONAL.COM
Name Server:            ns.annastasia-international.com
Name Server:            ns.maine-inc.net
Name Server:            ns2.maine-inc.net
Name Server:            ns5.maineinc.net
Creation Date:          2006.11.27
Updated Date:           2010.11.19
Expiration Date:        2011.11.27

Status:                 DELEGATED

Registrant ID:          IYSXO8R-RU
Registrant Name:        Boris E Sashin
Registrant Organization: Boris E Sashin
Registrant Street1:     Obrazcova 14
Registrant City:        Moscow
Registrant State:       Moscow
Registrant Postal Code: 127055
Registrant Country:     RU

Administrative, Technical Contact
Contact ID:             IYSXO8R-RU
Contact Name:           Boris E Sashin
Contact Organization:   Boris E Sashin
Contact Street1:        Obrazcova 14
Contact City:           Moscow
Contact State:          Moscow
Contact Postal Code:    127055
Contact Country:        RU
Contact Phone:          +7 9104233891
Contact E-mail:         borissashin@yahoo.com

Registrar:              Regional Network Information Center, JSC dba RU-CENTER

Last updated on 2011.07.28 01:34:15 MSK/MSD


-----------------------------------------------------------------------
```

```
bash$ whois 4Affiliate.net

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

    Domain Name: 4AFFILIATE.NET
    Registrar: GODADDY.COM, INC.
    Whois Server: whois.godaddy.com
    Referral URL: http://registrar.godaddy.com
    Name Server: NS.CAIS.COM
    Name Server: NS.ELEVIEW.COM
    Name Server: NS.MAINE-INC.NET
    Name Server: NS2.CAIS.COM
    Name Server: NS2.MAINE-INC.NET
    Name Server: NS3.CAIS.COM
    Name Server: NS5.MAINEINC.NET
    Status: clientDeleteProhibited
    Status: clientRenewProhibited
    Status: clientTransferProhibited
    Status: clientUpdateProhibited
    Updated Date: 16-nov-2010
    Creation Date: 18-jun-2002
    Expiration Date: 18-jun-2012

>>> Last update of whois database: Wed, 27 Jul 2011 21:34:35 UTC <<<

Registrant:
    Andrey Ryabchikov
    Akademicheskaya B. 39
    Moscow,  125008
    Russian Federation

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: 4AFFILIATE.NET
        Created on: 18-Jun-02
        Expires on: 18-Jun-12
        Last Updated on: 16-Nov-10

    Administrative Contact:
        Ryabchikov, Andrey  a.ryabchikov@it-online.ru
        Akademicheskaya B. 39
        Moscow,  125008
        Russian Federation
        +7.9104233891      Fax --

    Technical Contact:
        Ryabchikov, Andrey  a.ryabchikov@it-online.ru
        Akademicheskaya B. 39
        Moscow,  125008
        Russian Federation
        +7.9104233891      Fax --

    Domain servers in listed order:
        NS2.MAINE-INC.NET
        NS.MAINE-INC.NET
        NS.ELEVIEW.COM
        NS.CAIS.COM
```

**42**
**Exhibit B**

```
        NS2.CAIS.COM
        NS3.CAIS.COM
        NS5.MAINEINC.NET

----------------------------------------------------------------------
bash$ whois AnastasiaAffiliate.com

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

    Domain Name: ANASTASIAAFFILIATE.COM
    Registrar: REGIONAL NETWORK INFORMATION CENTER, JSC DBA RU-CENTER
    Whois Server: whois.nic.ru
    Referral URL: http://www.nic.ru
    Name Server: No nameserver
    Status: clientTransferProhibited
    Updated Date: 12-mar-2011
    Creation Date: 12-mar-2009
    Expiration Date: 12-mar-2012

>>> Last update of whois database: Wed, 27 Jul 2011 21:34:50 UTC <<<

Domain name:           ANASTASIAAFFILIATE.COM
Creation Date:         2009.03.12
Expiration Date:       2012.03.12

Status:                NOT DELEGATED

Registrant ID:         4BQAAC7-RU
Registrant Name:       LLC "Web Service"
Registrant Organization: LLC "Web Service"
Registrant Street1:    Obrazcova 14
Registrant City:       Moscow
Registrant Postal Code: 127055
Registrant Country:    RU

Administrative, Technical Contact
Contact ID:            4BQAAC7-RU
Contact Name:          LLC "Web Service"
Contact Organization:  LLC "Web Service"
Contact Street1:       Obrazcova 14
Contact City:          Moscow
Contact Postal Code:   127055
Contact Country:       RU
Contact Phone:         +7 495 7751543
Contact Fax:           +7 495 7751543
Contact E-mail:        vebservice@yahoo.com

Registrar:             Regional Network Information Center, JSC dba RU-CENTER

Last updated on 2011.07.28 01:35:18 MSK/MSD


----------------------------------------------------------------------
bash$ whois -h whois.godaddy.com AsianBeauties.com

Registrant:
```

**43**
**Exhibit B**

```
Web Service LLC
Moscow
Moscow, no 127055
Russian Federation

Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
Domain Name: ASIANBEAUTIES.COM
    Created on: 17-Jan-97
    Expires on: 18-Jan-12
    Last Updated on: 07-Dec-10

Administrative Contact:
    Eremin, Alexey  vebservice@yahoo.com
    Web Service LLC
    Moscow
    Moscow, no 127055
    Russian Federation
    +7.74957751543        Fax --

Technical Contact:
    Eremin, Alexey  vebservice@yahoo.com
    Web Service LLC
    Moscow
    Moscow, no 127055
    Russian Federation
    +7.74957751543        Fax --

Domain servers in listed order:
    NS2.MAINE-INC.NET
    NS.MAINE-INC.NET
    NS5.MAINEINC.NET
```

1                  **PROOF OF SERVICE**

2 STATE OF CALIFORNIA    )
                          )

3 COUNTY OF LOS ANGELES    )

4      I am employed in the County of Los Angeles, State of California.  I am over the age of 18 not a party to the within action.  My business address is 1801 Century Park East, 24th

5 Floor Los Angeles, California 90067.

6      On July 28, 2011, I served the foregoing documents described as: **NOTICE OF**

7 **TAKING VIDEOTAPED DEPOSITION OF ALEXEY EREMIN PRESIDENT, SECRETARY AND TREASURER OF ANASTASIA INTERNATIONAL, INC.;**

8 **NOTICE OF TAKING VIDEOTAPED DEPOSITION OF ELENA BESUDEN**

9 **A/K/A ELENA SYKES DBA MAINE WEBMASTERS AND NOTICE OF TAKING VIDEOTAPED DEPOSITION OF THE PERSON MOST**

10 **KNOWLEDGEABLE FOR DEFENDANT ANASTASIA INTERNATIONAL,**

11 **INC. AND REQUEST TO PRODUCE DOCUMENTS AT DEPOSITION on**

12 Craig B. Bailey.
James Juo

13 FULWIDER PATTON LLP
6060 Center Drive, Tenth Floor

14 Los Angeles, CA 90045

15 ( x ) BY EXPRESS OVERNIGHT MAIL - I caused such envelope with postage thereon fully
       prepaid to be placed in the United States mail at Los Angeles, California.

16

17 ( BY MAIL - I caused such envelope with postage thereon fully prepaid to be placed in the
       United States mail at Los Angeles, California.

18

19 ( BY EMAIL- I caused a copy of said document to be transmitted to the above referenced
       recipient at cbailey@fulpat.com.

20 ( )   BY FACSIMILE - I telecopied a copy of said document(s) to the above addressee(s) at
       the number(s) provided by the addressee(s).  The above-referenced document was

21        transmitted by facsimile transmission and the transmission was reported as complete
       and without error by the facsimile machine.

22

23 ( ) BY PERSONAL SERVICE - I caused such envelope to be delivered by hand to attorney.

24 (XX)   STATE - I declare under penalty of perjury under the laws of the State of California that
       the foregoing is true and correct.

25      Executed on July 28, 2011, at Los Angeles, California.

26

27

28             BRUCE A. FIELDS

1

PLAINTIFF'S RULE 26 AMENDED INITIAL DISCLOSURES