BRUCE A. FIELDS A PROFESSIONAL CORPORATION
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone (310) 552-7832
Facsimile (800) 279-4830
Email: bfields@bfieldslaw.com

Attorneys for Plaintiff
Dream Marriage Group, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM MARRIAGE GROUP, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANASTASIA INTERNATIONAL,INC., a Kentucky corporation, and Does 1-10<br><br>Defendants. | Case No. 10-5034 RSWL (FFMx)<br><br>**NOTICE OF TAKING VIDEO-TAPED DEPOSITION OF ALEXEY EREMIN PRESIDENT, SECRETARY AND TREASURER OF ANASTASIA INTERNATIONAL, INC.**<br><br>Hon. Ronald S.W. Lew |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants intend to take the deposition of

Alexey Eremin President, Secretary and Treasurer of Anastasia International, Inc.

on August 31, 2011, at 10:00 a.m. at the law offices of Gross, Minsky & Mogul,

P.A., located at 23 Water St. #400, Bangor, Maine 04401-6327, Phone (207) 942-

4644.

Notice of Deposition Alexey Eremin
1

1        Said deposition is to be taken upon oral examination pursuant to Rule 30 of

2    the Federal Rules of Civil Procedure.  Said deposition will be taken before a notary

3
4    public or other officer authorized to administer oaths and a court reporter who will

5    record said examination by sound and by stenographic means.  The deposition will

6    continue from day to day until completed, excluding Saturdays, Sundays, and holi-

7
8    days.

9        PLEASE TAKE FURTHER NOTICE that Defendants intend to record the

10    testimony at the above-described deposition by videotape, in addition to recording

11
12    this testimony by the stenographic method.

13

14    Dated: July 27, 2011             BRUCE A. FIELDS A.P.C.

15

16

17                          By:

18                          Bruce A. Fields

19                          Attorneys for Plaintiff

20                          Dream Marriage Group, Inc.

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

STATE OF CALIFORNIA        )

COUNTY OF LOS ANGELES      )
                           )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1801 Century Park East, 24th Floor Los Angeles, California 90067.

    On July 28, 2011, I served the foregoing documents described as: **NOTICE OF TAKING VIDEOTAPED DEPOSITION OF ALEXEY EREMIN PRESIDENT, SECRETARY AND TREASURER OF ANASTASIA INTERNATIONAL, INC.; NOTICE OF TAKING VIDEOTAPED DEPOSITION OF ELENA BESUDEN A/K/A ELENA SYKES DBA MAINE WEBMASTERS** AND **NOTICE OF TAKING VIDEOTAPED DEPOSITION OF THE PERSON MOST KNOWLEDGEABLE FOR DEFENDANT ANASTASIA INTERNATIONAL, INC. AND REQUEST TO PRODUCE DOCUMENTS AT DEPOSITION** on

Craig B. Bailey.
James Juo
FULWIDER PATTON LLP
6060 Center Drive, Tenth Floor
Los Angeles, CA 90045

( x ) BY EXPRESS OVERNIGHT MAIL - I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( ) BY MAIL - I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

( ) BY EMAIL- I caused a copy of said document to be transmitted to the above referenced recipient at cbailey@fulpat.com.

( ) BY FACSIMILE - I telecopied a copy of said document(s) to the above addressee(s) at the number(s) provided by the addressee(s). The above-referenced document was transmitted by facsimile transmission and the transmission was reported as complete and without error by the facsimile machine.

( ) BY PERSONAL SERVICE - I caused such envelope to be delivered by hand to attorney.

(XX) STATE - I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 28, 2011, at Los Angeles, California.

BRUCE A. FIELDS

1

PLAINTIFF'S RULE 26 AMENDED INITIAL DISCLOSURES