**James Juo**

| | |
|---|---|
| **From:** | Bruce Fields <bfields@bfieldslaw.com> |
| **Sent:** | Wednesday, August 10, 2011 11:26 AM |
| **To:** | James Juo |
| **Cc:** | Chris Harshman (chris@dream-marriage.com); Bruce Fields |
| **Subject:** | Re: DMG deposition of Alexey Eremin & PMK Deposition |
| **Importance:** | High |

Hello James,

I am agreeable to the modified schedule if you agree to have the documents requested at the PMK deposition delivered to me on or before August 26, 2011 (noon) so I can save time at the deposition and have copies ready and available at the deposition. Again, if there is more than one witness that will be addressing the PMK categories, I must know because it will affect my arrangements for the conference room and the timing on travel arrangements as well. Please advise ASAP.

Regards,
Bruce

Bruce A. Fields
A Professional Law Corporation
1801 Century Park East, Ste 2400
Los Angeles, CA 90067
310-552-7832
Fax 800-279-4830
bfields@bfieldslaw.com

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any documents, files or previous-emails attached to it may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments, without reading or saving in any manner.  Thank you.

**From:** James Juo <jjuo@fulpat.com>
**Date:** Wed, 10 Aug 2011 11:04:00 -0700
**To:** Bruce Fields <bfields@bfieldslaw.com>
**Cc:** "Chris Harshman (chris@dream-marriage.com)" <chris@dream-marriage.com>
**Subject:** RE: DMG deposition of Alexey Eremin & PMK Deposition

Bruce,

I have not heard back from my client yet about having Mr. Eremin's deposition later in Los Angeles, but I expect we will be able to work out the logistics.

In the meantime, because Mr. Eremin is not available on Wednesday, August 31, we ask that you consider moving the other two depositions from Monday and Tuesday to Tuesday and Wednesday.  In other words, the deposition of Elena Sykes would take place on Tuesday, August 30, and the 30(b)(6) would take place on Wednesday, August 31.

As for the 30(b)(6) deposition, we anticipate one witness will be designated, but no final decision has been made yet. If we determine that another witness will need to be designated, we will let you know immediately.

James Juo
Partner
**FULWIDER ● PATTON LLP**
6060 Center Drive, Tenth Floor, Los Angeles, CA 90045
T: 310.824.5555  |  DD: 310.242.2656  |  F: 310.824.9696
Email: jjuo@fulpat.com  |  website: www.fulpat.com

The contents of this e-mail message and its attachments are covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this communication in error, please notify us immediately by return e-mail or by telephone, 310-824-5555, and delete and/or destroy all copies of the message immediately.

**From:** Bruce Fields [mailto:bfields@bfieldslaw.com]
**Sent:** Monday, August 08, 2011 4:24 PM
**To:** James Juo
**Cc:** Chris Harshman (chris@dream-marriage.com); Bruce Fields
**Subject:** Re: DMG deposition of Alexey Eremin & PMK Deposition
**Importance:** High

James,

With respect to Mr. Eremin, your client is obligated to produce its officers at its place of business. We are already expending considerable costs to travel to Bangor for the depositions of the PMK and Elena Sykes. If Alexey Eremin is unavailable to appear on August 31, 2011, my suggestion to avoid the expense in going to court on this issue, is to have Alexey come to Los Angeles and that our clients share the costs of his flight (economy) and reasonably priced accommodations for 2 nights, with the amount being agreed to in advance. If this is acceptable, I will still have to acquire approval from my client for this expense and proposed resolution.

With respect to the PMK deposition, please be advised that this is a formal attempt to meet and confer to avoid further expense and court intervention. Please advise how many persons will be designated to address the categories set forth in the notice ASAP. If there is more than one, the deposition will most likely take more than 1 day and I have to arrange for travel and accommodations in this regard. If you are not aware, we are entitled to 7 hours per witness designated. Your immediate response will be appreciated and is anticipated.

Regards,
Bruce

Bruce A. Fields
A Professional Law Corporation
1801 Century Park East, Ste 2400
Los Angeles, CA 90067
310-552-7832
Fax 800-279-4830
bfields@bfieldslaw.com

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any documents, files or previous-emails attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments, without reading or saving in any manner.  Thank you.

**From:** James Juo <jjuo@fulpat.com>
**Date:** Mon, 8 Aug 2011 10:50:11 -0700
**To:** Bruce Fields <bfields@bfieldslaw.com>
**Cc:** "Chris Harshman (chris@dream-marriage.com)" <chris@dream-marriage.com>
**Subject:** DMG deposition of Alexey Eremin

Bruce,

We have received your request for a deposition of Alexey Eremin in Maine on August 31.  Mr. Eremin resides in Russia, and August 31 is not a convenient date for him.

Mr. Eremin is willing to travel to Maine for the requested deposition at the end of September, provided that DMG pay for his international flight and lodging while in Maine.  That is the earliest date Mr. Eremin can accommodate.  We understand that you may be unavailable in mid-to-late September, and Mr. Eremin is willing to travel to Maine in October for his deposition.

Please let us know which date would be acceptable to DMG.

James Juo
Partner
**FULWIDER ● PATTON LLP**
6060 Center Drive, Tenth Floor, Los Angeles, CA 90045
T: 310.824.5555  |  DD: 310.242.2656  |  F: 310.824.9696
Email: jjuo@fulpat.com  |  website: www.fulpat.com

The contents of this e-mail message and its attachments are covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this communication in error, please notify us immediately by return e-mail or by telephone, 310-824-5555, and delete and/or destroy all copies of the message immediately.