**James Juo**

| | |
|---|---|
| **From:** | Bruce Fields <bfields@bfieldslaw.com> |
| **Sent:** | Friday, August 12, 2011 11:17 AM |
| **To:** | James Juo |
| **Cc:** | Bruce Fields; Chris Harshman (chris@dream-marriage.com); Craig Bailey |
| **Subject:** | DMG v Anastasia Bangor depositions |

Hello James,

I am again following up on the Bangor depositions in that I have to make travel arrangements. Unless we can agree to your client producing the documents requested for the PMK deposition in advance as previously requested, I must insist that you stipulate to providing at least two days for the PMK deposition. To date, your client has been dilatory in providing discovery responses and documents, even after you advised that the documents would be produced and agreed to supplement the discovery responses. If I cannot complete the deposition due to not having time to review and prepare the documents for deposition, I will proceed to court to seek attorneys fees and costs to resume the deposition and compensate my client for all additional costs and fees associated therewith.

Please advise of your position by the close of business today.

Regards,
Bruce

Bruce A. Fields
A Professional Law Corporation
1801 Century Park East, Ste 2400
Los Angeles, CA 90067
310-552-7832
Fax 800-279-4830
bfields@bfieldslaw.com

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any documents, files or previous-emails attached to it may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments, without reading or saving in any manner.  Thank you.