## James Juo

| | |
|---|---|
| **From:** | Bruce Fields <bfields@bfieldslaw.com> |
| **Sent:** | Wednesday, August 17, 2011 10:02 PM |
| **To:** | James Juo |
| **Cc:** | Chris Harshman; Craig Bailey; Bruce Fields |
| **Subject:** | Re: DMG v Anastasia 30(b)(6) depo |

James,

The depositions will proceed on August 29, 2011 as noticed. She is bound by her subpoena to appear on that date. I have pre-paid travel arranged to begin Monday. You should have addressed this with me last week when I first inquired about your PMK, before I booked the travel. I do not know how long it will take me to depose Ms. Sykes on issues not covered by the PMK categories. Based on the court order in place, if needed,  I have up to 14 hours time on the record to conduct the PMK deposition. To address your concerns, we can begin with Ms. Sykes as an individual on August 29, 2011. If I complete the questioning outside of the scope of the PMK categories, we can then proceed on the same day with the PMK deposition until I am finished or alternatively, in accordance with the court's order. I presently am entitled to up to 14 hours for the PMK deposition. The is my effort to compromise your concerns. It is not reasonable for you to pre-empt my discovery effort before it commences and this will be the focus of our opposition to your ex parte if you decide to proceed. I am signing off for the night, have a pleasant evening.

Bruce

Bruce A. Fields
A Professional Law Corporation
1801 Century Park East, Ste 2400
Los Angeles, CA 90067
310-552-7832
Fax 800-279-4830
bfields@bfieldslaw.com

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any documents, files or previous-emails attached to it may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments, without reading or saving in any manner.  Thank you.

---

**From:** James Juo <jjuo@fulpat.com>
**Date:** Wed, 17 Aug 2011 21:43:02 -0700
**To:** Bruce Fields <bfields@bfieldslaw.com>
**Cc:** Chris Harshman <chris@dream-marriage.com>, Craig Bailey <cbailey@fulpat.com>
**Subject:** RE: DMG v Anastasia 30(b)(6) depo

Bruce,

You have mischaracterized my prior statements.  Let me clarify.  We never attempted to limit Elena Sykes' deposition to your thirty 30(b)(6) topics, but we want to avoid an unnecessary and unduly burdensome third day of deposition for her, especially where the relevant areas of examination already are covered by your many 30(b)(6) topics.  We sought to have the individual deposition of Elena Sykes take place on one of the two days of the 30(b)(6) deposition where she will be testifying as the designed witness in order to avoid having a single witness unnecessarily endure three days of

depositions, especially where DMG originally had noticed only two days total for both depositions.  To avoid running afoul of the court's order regarding the conduct of the 30(b)(6) deposition, a separate deposition of Elena Sykes as an individual could be conducted on August 31st following the conclusion of her 30(b)(6) deposition.

Because of DMG's insistence on deposing Elena Sykes for a third day, we will file an ex parte application to limit the duration of her deposition as an individual, and as a 30(b)(6) witness, to a total of two days.

James Juo
Partner
**FULWIDER ● PATTON LLP**
6060 Center Drive, Tenth Floor, Los Angeles, CA 90045
T: 310.824.5555  |  DD: 310.242.2656  |  F: 310.824.9696
Email: jjuo@fulpat.com  |  website: www.fulpat.com

The contents of this e-mail message and its attachments are covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this communication in error, please notify us immediately by return e-mail or by telephone, 310-824-5555, and delete and/or destroy all copies of the message immediately.

**From:** Bruce Fields [mailto:bfields@bfieldslaw.com]
**Sent:** Wednesday, August 17, 2011 8:38 PM
**To:** James Juo
**Cc:** Chris Harshman; Bruce Fields
**Subject:** Re: DMG v Anastasia 30(b)(6) depo

James,

You are mistaken in your assessment. We will explain to the judge the history of your client's discovery responses to date and we will a sample of the evasive responses which prompted a subpoena of Elena Sykes as an individual. Again, I made a commitment not to include PMK categories in Ms. Sykes dba Maine Webmasters deposition. By way of example the PMK category with respect to Maine Webmasters is as follows:

"The nature of the history and business relationship between AI and Maine Webmasters"

This category does not cover Maine Webmaster's history, it's  relationship with other companies and conduct that may be outside its business relations with your client. There are other areas in our discovery requests that are not covered within the PMK categories and I am not obligated to apprise you of my proposed inquiry. My client will be prejudiced if I am restricted to the categories within the PMK deposition, which is now a part of the court's order we received yesterday. I will no longer tolerate your client's curtailing out client's discovery efforts in this case.

This is my last attempt to meet and confer in this regard.

A Professional Law Corporation
1801 Century Park East, Ste 2400
Los Angeles, CA 90067
310-552-7832
Fax 800-279-4830
bfields@bfieldslaw.com

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any documents, files or previous-emails attached to it may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this

**54**
**Exhibit F**

transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments, without reading or saving in any manner.  Thank you.

---

**From:** James Juo <jjuo@fulpat.com>
**Date:** Wed, 17 Aug 2011 20:19:16 -0700
**To:** Bruce Fields <bfields@bfieldslaw.com>
**Cc:** "Chris Harshman (chris@dream-marriage.com)" <chris@dream-marriage.com>, Craig Bailey <cbailey@fulpat.com>
**Subject:** RE: DMG v Anastasia 30(b)(6) depo

Bruce,

Your stated intent is to inquire into Elena Sykes' involvement with Maine Webmasters in her individual deposition even though one of the 30(b)(6) topics expressly addresses Maine Webmasters.  You also state that you "have the right to inquire into all our discovery," even though this necessarily includes the 30(b)(6) topics.  It is clear that you intend to ask overlapping and repetitive questions of Elena Sykes, both as an individual under a Rule 45 subpoena and as a 30(b)(6) deponent, over three consecutive days.   As such, we will proceed with the ex parte application.

James Juo
Partner
**FULWIDER ● PATTON LLP**
6060 Center Drive, Tenth Floor, Los Angeles, CA 90045
T: 310.824.5555  |  DD: 310.242.2656  |  F: 310.824.9696
Email: jjuo@fulpat.com  |  website: www.fulpat.com

The contents of this e-mail message and its attachments are covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this communication in error, please notify us immediately by return e-mail or by telephone, 310-824-5555, and delete and/or destroy all copies of the message immediately.

---

**From:** Bruce Fields [mailto:bfields@bfieldslaw.com]
**Sent:** Wednesday, August 17, 2011 5:15 PM
**To:** James Juo
**Cc:** Chris Harshman (chris@dream-marriage.com); Bruce Fields
**Subject:** Re: DMG v Anastasia 30(b)(6) depo
**Importance:** High

James,

Your ex parte is frivolous and I will seek sanctions if you proceed. Your client has been dilatory in providing discovery responses and we have right to inquire into all our discovery and Ms. Sykes involvement with MaineWebmasters, its purpose,  as well as its associate and partnership arrangements with companies that your client is receiving a benefit from, companies that continue to cause damages to our client.

I do not know how long Ms. Sykes deposition will take but our questioning will not be relative to the PMK categories as previously communicated. Further, my travel expenses have been pre-paid and I intend to proceed with the deposition on August 29th, for which you have had more than sufficient notice. Please advise if you will proceed with the ex parte forthwith.

Bruce

Bruce A. Fields
A Professional Law Corporation
1801 Century Park East, Ste 2400
Los Angeles, CA 90067
310-552-7832

Fax 800-279-4830
bfields@bfieldslaw.com

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any documents, files or previous-emails attached to it may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments, without reading or saving in any manner.  Thank you.

---

**From:** James Juo <jjuo@fulpat.com>
**Date:** Wed, 17 Aug 2011 16:58:42 -0700
**To:** Bruce Fields <bfields@bfieldslaw.com>
**Cc:** "Chris Harshman (chris@dream-marriage.com)" <chris@dream-marriage.com>, Craig Bailey <cbailey@fulpat.com>
**Subject:** RE: DMG v Anastasia 30(b)(6) depo

Bruce,

You have provided no justification whatsoever for your stated intent to spend 21 hours deposing a single witness, Elena Sykes (individually and as a 30(b)(6) witness), over three consecutive days.  There is no relevant area of examination for Elena Sykes that is outside the topics in the 30(b)(6) notice, and you have identified none.

DMG does not have "*carte blanche* to depose an individual for seven hours as an individual and seven hours as a 30(b)(6) witness. In the case of many closely held corporations, the knowledge of an individual concerning a particular subject also constitutes the total knowledge of the entity. In such a situation, the witness could simply adopt the testimony he or she provided in a former capacity, thereby obviating the need for a second deposition."  *Sabre v. First Dominion Capital, LLC*, 51 Fed. R. Serv. 3d 1405, 2001 WL 1590544 (S.D.N.Y. 2001).

We will be filing an ex parte application by the end of tomorrow to combine Elena Sykes' individual deposition with the 30(b)(6) deposition as outlined in our email from earlier today.  Please consider this Anastasia's notice under L.R. 7-19.

James Juo
Partner
**FULWIDER ● PATTON LLP**
6060 Center Drive, Tenth Floor, Los Angeles, CA 90045
T: 310.824.5555  |  DD: 310.242.2656  |  F: 310.824.9696
Email: jjuo@fulpat.com  |  website: www.fulpat.com

The contents of this e-mail message and its attachments are covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this communication in error, please notify us immediately by return e-mail or by telephone, 310-824-5555, and delete and/or destroy all copies of the message immediately.

---

**From:** Bruce Fields [mailto:bfields@bfieldslaw.com]
**Sent:** Wednesday, August 17, 2011 3:41 PM
**To:** James Juo
**Cc:** Chris Harshman (chris@dream-marriage.com); Craig Bailey; Bruce Fields
**Subject:** Re: DMG v Anastasia 30(b)(6) depo

James,

The depositions will proceed as noticed. I will not cover any categories referenced in the PMK deposition notice with Ms. Sykes on August 29, 2011, unless we mutually agree to do so at the time of her deposition, or during the course of the

**56**
**Exhibit F**

deposition proceeding. Otherwise, her deposition will proceed as noticed and we will not exceed the 7 hour (on the record) restriction.

Bruce

Bruce A. Fields
A Professional Law Corporation
1801 Century Park East, Ste 2400
Los Angeles, CA 90067
310-552-7832
Fax 800-279-4830
bfields@bfieldslaw.com

**CONFIDENTIALITY NOTICE**: This e-mail transmission and any documents, files or previous-emails attached to it may contain information that is confidential or legally privileged.  If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of any of the information contained in or attached to this transmission is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments, without reading or saving in any manner.  Thank you.

---

**From:** James Juo <jjuo@fulpat.com>
**Date:** Wed, 17 Aug 2011 12:18:34 -0700
**To:** Bruce Fields <bfields@bfieldslaw.com>
**Cc:** "Chris Harshman (chris@dream-marriage.com)" <chris@dream-marriage.com>, Craig Bailey <cbailey@fulpat.com>
**Subject:** DMG v Anastasia 30(b)(6) depo

Bruce,

Anastasia will be designating Elena Sykes as its 30(b)(6) witness for all topics.  Her individual deposition, however, has been noticed by DMG for Monday, August 29th, which is the day before the 30(b)(6) deposition.  If you intend to go forward with Elena Sykes' deposition on August 29th, then we insist that you identify the areas of her deposition as an individual that would be outside the 30(b)(6) topics, and give us an estimate of the amount of time you believe you will need to examine the witness on those topics so that we can determine whether a motion for protective order may be required as to her individual deposition.  Please note that we would be amenable to canceling the deposition on the 29th, and combining the two depositions on the 30th and 31st as a way to avoid duplicative and repetitive questioning.

James Juo
Partner
**FULWIDER ● PATTON LLP**
6060 Center Drive, Tenth Floor, Los Angeles, CA 90045
T: 310.824.5555  |  DD: 310.242.2656  |  F: 310.824.9696
Email: jjuo@fulpat.com  |  website: www.fulpat.com

The contents of this e-mail message and its attachments are covered by the Electronic Communications Privacy Act (18 U.S.C. 2510-2521) and are intended solely for the addressee(s) hereof. In addition, this e-mail transmission may be confidential and it may be subject to privilege protecting communications between attorneys or solicitors and their clients. If you are not the named recipient, or the employee or agent responsible for delivering the message to the intended recipient, or if this message has been addressed to you in error, you are directed not to read, disclose, reproduce, distribute, disseminate or otherwise use this transmission. Delivery of this message to any person other than the intended recipient(s) is not intended in any way to waive privilege or confidentiality. If you have received this communication in error, please notify us immediately by return e-mail or by telephone, 310-824-5555, and delete and/or destroy all copies of the message immediately.

5

**57**
**Exhibit F**