Craig B. Bailey (State Bar No. 114410)
  cbailey@fulpat.com
James Juo (State Bar No. 193852)
  jjuo@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Dream Marriage Group, Inc., <br><br>    Plaintiff and Counter-Defendant, <br><br>v. <br><br>Anastasia International, Inc., <br><br>    Defendant and Counter-Complainant. | Case No. CV 10-5034 RSWL (FFMx) <br><br>**[PROPOSED] ORDER** <br><br>Judge: Hon. Fredrick F. Mumm <br><br>Crtrm.: E-9th Floor |

Upon consideration, the *Ex Parte* Application of Defendant Anastasia International, Inc. ("Anastasia") to limit the duration of Elena Sykes' deposition as an individual and as a 30(b)(6) witness to a total of two days is hereby granted.

DATED: August __, 2011

_____
FREDERICK F. MUMM
United States Magistrate Judge