Bruce A. Fields, SBN 102426
bfields@bfieldslaw.com
Bruce A. Fields, A Professional Corp.
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone:   (310) 552-7832
Facsimile:    (800) 279-4830

Attorneys for Plaintiff Dream Marriage Group, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM MARRIAGE GROUP, INC., a Nevada corporation,<br><br>           Plaintiff,<br><br>    vs.<br><br>ANASTASIA INTERNATIONAL,INC., a Kentucky corporation, and Does 1-10,<br><br>           Defendants. | Case No.: CV 10-5034 RSWL (FMMx)<br><br>DECLARATION OF ANDY SCHMITT IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION TO LIMIT THE DURATION OF THE DEPOSITIONS OF ELENA SYKES |

1.  I, Andrew Schmitt, President of Parthenon Software Group, Inc. ("Parthenon") in Portland, Oregon, in the United States, make this declaration based upon personal knowledge. I am competent to testify to the facts stated herein.

2.  Parthenon provides systems administration, software development, and other computer and networking services for plaintiff Dream Marriage Group, Inc. ("Dream Marriage Group"), including managing the technical operations of the Dream-Marriage.com website ("Website").

3.  My responsibilities at Parthenon include overseeing and maintaining the security of the Dream-Marriage.com website and all associated computers, computer services, and networks, including investigating and combating Internet-based attacks. I have professionally administered Unix and Linux machines since 1997, have 13 years of professional experience in Perl, and have 12 years of professional experience in software development. I have 10 years of professional experience in system and network security.

4.  I have been personally involved, and have overseen the activities of Parthenon, in the investigation and ameliorative response to the defendants' sophisticated and constantly evolving attack.

5.  Computer$^s$ are connected to the Internet using unique Internet Protocol ("IP") Addresses, defined in detail in RFC 791, available at http://www.faqs.org/rfcs/rfc791.html. These IP Addresses often have associated names, technically known as IN-ADDR.ARPA Pointer Resource Records ("PTR RR"), defined in detail in RFC 1033, available at http://tools.ietf.org/html/rfc1033. This allows the name of the computer using an IP address to be looked up in what is known as a Reverse DNS Lookup.Additionally, the registered users or assignees of Internet resources, such as IP address blocks and Domain Names, are listed in

the WHOIS database, defined in detail in RFC 3912, available at http://tools.ietf.org/html/rfc3912.

6. I personally made WHOIS database queries and performed IP Address lookups and Reverse DNS Lookups on the hosts and domain names set forth below.

7. As set forth more fully below, I have determined the following entities are linked to one another:

   a) Maine Webmasters is linked to the domain name servers operated at the maine-inc.net and maineinc.net addresses (¶17) (the "Maine Nameservers").

   b) Each of the Infringing Domain Names in Plaintiff's Third Amended Complaint were configured to make use of, and were being resolved by, the Maine Nameservers (¶22).

   c) A computer managed by Stafford Associates Computer Specialists, Inc. ("Stafford") for the benefit of Lookingtom Consolidated Limited ("Lookingtom") is being used to perpetrate unauthorized accesses to the Plaintiff's Dream-Marriage.com website. This server, through Lookingtom and the welcome-to-russia.com website, is linked to IT Online; ¶¶ 8-10, below.

   d) Anastasia International, Inc. ("AnastasiaDate") is likewise linked to Stafford by way of at least AsianBeauties.com and AfricanBeauties.com Mahe Internet Services, Ltd. ("Mahe"), a Cyprus company linked to welcome-to-russia.com, Lookingtom, and Stafford. ¶¶ 8-12.

   e) Anastasia International is likewise linked to Maine Webmasters by way of AsianBeauties.com (¶19) and AfricaBeauties.com (¶19) use of the Maine Nameservers, through its own direct use of Maine Nameservers (¶¶16, 19), and through RussianBride.com (¶¶19, 21).

      f)     Elena Besuden is linked to RussianBride.com (¶31), Maine Webmaster (¶17), AnastasiaDate (¶13), and IT Online through Anastasia Date (¶13) and Web Service LLC (¶¶15, 20, 31).

      g)     Web Service LLC is likewise linked to AnastasiaDate through AsianBeauties.com and AfricaBeauties.com (¶23).

      h)     Web Service LLC is linked to IT Online (¶¶ 15, 20).

      i)     Maine Webmasters is also linked to IT Online (¶¶ 14, 18).

      j)     For the convenience of the Court, I have attached a chart that attempts to make these relationships more clear, as Appendix 1.

8.     On May 4th, 2011, I looked up the domain owner of "welcome-to-russia.com" using an Internet tool called a WHOIS search, which shows the true owners of an Internet domain. The domain info, a true and correct copy of which is attached hereto as Exhibit A, was associated with a company in Cyprus called Mahe Internet Services Ltd., and with an IT Online administrative contact.

9.     On May 18th, 2011, I received a copy of an affidavit provided by the Chief Financial Officer of Stafford Associates Computer Specialists, Inc. ("Stafford") in response to a subpoena issued by DMG's counsel in this case. , Stafford is the Internet Service Provider the IP Address 66.11.129.231 has been assigned to. Stafford provides the computer server using that IP Address, which has repeatedly been used to attempt unauthorized access (i.e., "screen scraping") of Plaintiff's site. The affidavit stated that the entity using that server is "Lookintom Consolidated Limited." A copy of this affidavit is attached hereto as Exhibit B.

10.     I then found a page evidently operated by LinkConnector Corporation where an entity identified as Lookintom Consolidated Limited is offering affiliate commission payments to webmasters who send traffic to the welcome-to-russia.com website. A true and correct copy of this LinkConnector Corporation webpage, available at the URL

http://www.linkconnector.com/affiliateprogram.htm?mid=36140&fm=1, is attached hereto as Exhibit C.

11. On May 4th, 2011, I looked at AsianBeauties.com, described as an "Anastasia International Company" on the website (e.g., at the URL http://www.asianbeauties.com), and noted that the corporate contact information of the website was also Mahe Internet Services Ltd, with the same mailing address (i.e., in the AsianBeauties' Anti-Scam Policy, available at the URL http://www.asianbeauties.com/asianbeauties-anti-scam-policy.html). A true and correct copy of this website is attached hereto as Exhibit D.

12. On May 9th, 2011, I looked at AfricaBeauties.com, described as an "Anastasia International Company" on the website (e.g., at the URL http://www.africabeauties.com), and noted that the corporate contact information of the website was also Mahe Internet Services Ltd, with the same mailing address (i.e., in the AfricaBeauties.com Anti-Scam Policy, available at the URL http://www.africabeauties.com/anti-scam-policy.html). A true and correct copy of this website content is attached hereto as Exhibit E.

13. I personally examined Defendant's website, AnastasiaDate.com, and found a record of an interview given in 2006 (available at the URL http://www.anastasiadate.com/media-publication12.html) by an individual identified as Anastasia International's "General Director, Alexei Negin," where Alexei claims Anastasia International was "founded in 1993 by a Russian/American couple, Elena and David Besuden," and that "in 1997, Anastasia International formed a partnership with IT Online, to handle its business operations in Russia and the CIS." A true and correct copy of this website is attached hereto as Exhibit F.

14. I personally viewed IT Online's list of partners, which is made available on their website at the URL http://www.it-online.ru/partners/, and noted

that they list "Maine Webmasters" as a client. A true and correct copy of this website is attached hereto as Exhibit G.

15. IT Online lists its address as 14/2 Obraztsova Str., Moscow, Russia 127055, e.g., on its website at the URL http://www.it-online.ru/en/, a true and correct copy of which is attached hereto as Exhibit H. I am informed and believe that Obraztsova and Obrazcova are both approximate English transliterations of the same street name.

16. I personally performed a WHOIS lookup on AnastasiaDate.com Anastasia-International.com and found that both sites' DNS servers, which allow remote systems to determine the Internet address of websites, including AnastasiaDate's websites, to be the following three names: ns.maine-inc.net, ns2.maine-inc.net, and ns5.maineinc.net. A true and correct copy of the WHOIS information I obtained in these queries is attached hereto as Exhibit I.

17. I personally used an online WHOIS archive provided by DomainTools, LLC ("DomainTools"), to examine the history of ownership of maine-inc.net and maineinc.net. I verified that as late as September 9, 2010, Maine Webmasters was listed as the owner of the domains, the contact was listed as Elena Besuden, and her email was listed as elena@russianbride.com. A true and correct copy of that WHOIS information is attached hereto as Exhibit J.

18. I also examined the history of ownership after September 9, 2010, and verified that as of September 24, 2010, the ownership information of maine-inc.net and maineinc.net had been changed to "It Online," with an owner of Andrey Ryabchikov, and an email of a.ryabchikov@IT-Online.ru. A true and correct copy of the WHOIS information I obtained in this query is attached hereto as Exhibit K.

19. I personally purchased two reports from DomainTools, listing all domain names being resolved by maine-inc.net and maineinc.net. In this report, I observed that AnastasiaDate.com, AsianBeauties.com, AfricaBeauties.com, and

1  RussianBride.com were all hosted by maine-inc.net and/or maine-inc.net. True and
2  correct copies of these reports are attached hereto as Exhibit L.
3       20.   I performed a WHOIS query on russianbride.com and personally
4  verified that it was listed as owned by "LLC 'Web Service'", with an address of
5  "Obrazcova 14, Moscow, 127055, Russia" and an email of
6  vebservice@yahoo.com. A true and correct copy of the WHOIS information I
7  obtained in this query is attached hereto as Exhibit M.
8       21.   I personally used an online WHOIS archive provided by
9  DomainTools, to examine the history of ownership of russianbride.com. I verified
10 that as late as October 8, 2010, Anastasia International was listed as the owner of
11 the domain, the contact was listed as Elena Besuden, and her email was listed as
12 elena@russianbride.com. A true and correct copy of that WHOIS information is
13 attached hereto as Exhibit N.
14       22.   I performed a WHOIS query on all domains described in the
15 complaint as infringing, and verified that prior to August 4th, their domain names
16 were all hosted by maineinc.net. True and correct copies of this WHOIS
17 information is attached hereto as Exhibit O.
18       23.   I performed a WHOIS query on africabeauties.com and personally
19 verified that it was also listed as owned by "Web Service LLC", with a contact of
20 Alexey Eremin and an email of vebservice@yahoo.com. A true and correct copy of
21 the WHOIS information I obtained in this query is attached hereto as Exhibit P.
22       24.   I personally watched the promotional Flash video on the front page of
23 AnastasiaDate.com, available at http://flash.anastasiadate.com/Anastasia.flv (the
24 "Flash Video"), which contains the following statements:
25    a)   They have "a network of over 400 local agencies operating in cities
26 throughout the former Soviet Union" (1:08);
27    b)   "all of our department managers are trained in the Jakob Nielsen and
28 Donald Norman management programs -- together, they run a staff of over 150 full-time

7
DECLARATION OF ANDY SCHMITT – CV 10-5034 RSWL (FMMx)

1 employees, and supervise the performance of more than 400 local agencies as well"
2 (5:45); and
3     c)    "Anastasia is the only company in our industry to have its own in-house
4 computer programming department. Our computer programmers and interface designers
5 are among the very best in Russia. They work full-time to develop and improve our
6 website and services." (6:05).
7     25.    I made an archive copy of the Flash Video and can present it to this Court
8 upon request.
9     I declare under penalty of perjury under the laws of the United States that
10 the foregoing is true and correct. Executed at Portland, Oregon, California this
11 22nd day of August, 2011.



Andy Schmitt