Appendix 1

Web Service
14 Obrazcova
powered by TouchGraph
russianbride.com
AsianBeauties.com
AfricaBeauties.com
Anastasia International
Mahe Internet
Elena Sykes/Besuden
IT Online
Maine Webmasters
Maine Nameservers
welcome-to-russia.com
Infringing Domain Names
Lookingtom Consolidated
66.11.129.231
Dream-Marriage.com
Stafford