Exhibit A



Schmitt Decl. page 011

Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

DREAM MARRIAGE GROUP, INC.

                          Plaintiff,                    AFFIDAVIT

          -against-                                     Civil Action No. 10CV-05034

ANASTASIA INTERNATIONAL, INC.

                          Defendant.

---------------------------------------------------------x

KENNETH STAFFORD, being duly sworn, deposes and says:

1.      I am the Chief Financial Officer of Stafford Associates Computer Specialists, Inc.  I

submit this affidavit based upon my own personal knowledge.  I further submit this affidavit in

compliance with the subpoena dated April 4, 2011 which was served upon Stafford Associates

Computer Specialists, Inc. in this matter.

2.      I have searched the records, computers and data of Stafford Associates Computer

Specialists, Inc. for the information requested in the subpoena and for the time periods requested

in the subpoena.  My search revealed the following information.

3.      The IP address listed in the subpoena is for an entity known as Lookintom Consolidated

Limited, PO Box 3321 Road Town, Tortola, BVI, attn:  Alfred Victor Brewster.

4.      Stafford Associates Computer Specialists, Inc. receives payments through Lookintom's

Bank, Hellenic Bank, Larnaca, Cyprus.

5.      Lookingtom Consolidated Limited is not a direct customer of Stafford Associates

Computer Specialists, Inc.  Our direct customer for this account is Payit-Online.  The e-mail

addresses we have for this entity are k.vano@it-online.ru. ; m.abasaliev@it-online.ru and

v.dzhloev@it-line.ru.  We do not have an address or telephone number for this entity.

6.  The bank account wire information we have for Lookintom Consolidated Limited is:

2011042900071764  SEQ:TT0340/994356/6.

7.  I understand that a fax or scan copy of this affidavit shall be deemed an original.

Sworn to before me this

5ᵗ day of May, 2011.

Kenneth Stafford, C.O.O.

JOANNE KAUFER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01KA6006463
Qualified in Suffolk County
My Commission Expires

Exhibit C

http://www.linkconnector.com/affiliateprogram.htm?mid=36140&fm=1



## About our Affiliate Program

LOOKINTOM CONSOLIDATED LIMITED provides Affiliates the opportunity to earn commissions from their website traffic.  You place LOOKINTOM CONSOLIDATED LIMITED ads and links on your website in exchange for commission.  When people visit our site from your site through our affiliate links, you can make money!  Below is a list of Campaigns LOOKINTOM CONSOLIDATED LIMITED is currently offering. Click on the Campaign Name to learn more.

| Campaign Name | Commission |
| --- | --- |
| Welcome-to-russia.com | Sale $50.00 |

## How to Join

LOOKINTOM CONSOLIDATED LIMITED has joined forces with LinkConnector.com to bring you state-of-the-art tracking and reporting on all Affiliate generated traffic. Simply complete the brief online application and once you have been accepted for a campaign, you can begin placing links on your site and earning commission immediately.

Joining is as easy as 1 2 3:

1. Simply complete the brief online application, and read the affiliate terms & conditions.
2. Select the campaign(s) you wish to join and apply.
3. Once you have been accepted for a campaign, place links on your site and start earning commissions!

Join Now!

Schmitt Decl. page 014

Exhibit D



Asianbeauties anti-scam policy - Asian dating without scam!








⊙ **Search**   ⊙ **Sign Up**   ⊙ **Log In**                    Bookmark This Page

---

> ...to say that your site has been the best I ever came across with real ladies  I will be ...g a trip to China I hope soon
>
> Wan
> April 2010

> ...my date went very well  I was in Shenzhen ... week and spent many hours each day with ...dy  I believe it is the start of a very special ...ey! I arrived back in South Africa yesterday ... am missing her very much! I hope to be ...in China in the very near future to hopefully ...making some firm plans for the future  Many ...s for everything!
>
> Nigel
> March 2011

## AsianBeauties' Anti-Scam Policy

AsianBeauties.com is a division of the Anastasia International Group of Introduction and Romance Tour companies, a dedicated leader in the fight against fraudulent activity and dating scams. Built upon 17 years of expertise, AsianBeauties spearheads the ongoing fight against scam activities and formulates strong and enduring policies to tackle fraudulent practices.

Scammers are a terrible blight to our industry and can cause distress and financial loss to those looking to date and possible marry an Asian lady. In cooperation with clients, agencies, law enforcement and other legislative bodies, AsianBeauties goes to great lengths to ensure all measures are in place to punish offenders and prevent fraud. The dedication, dependability and vigilance are of great service to our customers and put us right at the top of the industry.

The global matchmaking network comprises a majority of trustworthy agencies who endeavor to provide customers with high-quality, reliable services. Unfortunately over time a number of crooked agencies have become involved and made an attempt to poison an otherwise honest industry with malpractice.

Drawing on the knowhow of Anastasia, AsianBeauties leads the way in anti-scam policy and technology. Other anti-scam agencies may adhere to honest practices, but AsianBeauties has a far more intensive approach to tackling fraud. Integrity is not the only quality necessary to fight scam; AsianBeauties operates a watertight scheme to weed out scam suspects and bring down the full force of the law on those who step out of line.

Tracking the movements of fraud and taking immediate action is the key to effective anti-scam policy. AsianBeauties operates a highly advanced system that makes it the industry's most comprehensive anti-scam option available in the world today. Large agencies draw from a number of satellite agencies across Asia that signup ladies and fulfill customer requests on a local level. Therefore, if the main agency undertakes duties on behalf of a paying client, it is usually subject to the cooperation of several satellite agencies that carry out the work in the lady's own town or city in Asia. So even if the main agency is respectable, there's still reliance upon the agencies further down the ladder. If these smaller agencies, or indeed the women onsite, act unlawfully and undertake scam practices, then the customer will experience problems even if the 'home' agency is completely above board. This is why it's essential that all agencies have more than just honesty to tackle scam and ensure an untarnished name.

AsianBeauties operates the tried and tested anti-scam strategy of Anastasia, who has invested the last 10 years and over one million dollars on this mission. This leading anti-scam strategy operates to uncover harmful agencies while commending those agencies that are praiseworthy. This company mission of setting up a powerful anti-scam project to protect clients has been a scrupulous and high-cost challenge. However, we believe it has been vital as a guiding light to bring justice and fairness to the industry. AsianBeauties.com takes a winning anti-scam approach and consistently applies it to a range of agencies, resulting in unmatched client safety and fraud prevention.

### Anti-Scam Mission

The comprehensive capital and hard work pumped into this project is unparalleled. Based on these efforts, AsianBeauties will never relent in its anti-scam endeavor and continually appraises its agencies throughout Asia to ensure they abide by US law such as the International Marriage Broker Regulation Act (IMBRA) of 2005. It is this mission that has led AsianBeauties to frequently review and upgrade its good practice.

- AsianBeauties, in tandem with its associated websites, is the solitary agency with a specialized, proactive team that observes chat and letters in order to detect irregular practice... ...er complaints.
- Upon detection of likely scam or fraud onsite, AsianBeauties acts fast to strike at the root of the problem with a direct investigation. A full report is carried out, following which the customer is informed of the action taken.
- If actual scam is detected, the offending profile is struck off the list and her agency penalized. The customer is reimbursed for the loss they suffered due to the direct fraud involving the guilty party.
- If we discover an agency is guilty of further offences they then face even higher penalties.
- After four cases of fraud an agency is completely deleted from our system and AsianBeauties will never work with them again.
- Our customer care department screens every lady signed up to AsianBeauties.com. The checking process involves (1) proof of the lady's ID (2) notification that the lady has been entered into our system (3) verification that the lady would like to find a husband from the West.

**Schmitt Decl. page 016**



- AsianBeauties is a member of the only network to fully screen all ladies in its system. Other agencies connected to global matchmaking only use their satellite agency to confirm a woman's ID.

The global matchmaking industry has shifted dramatically since it first began. The birth of the industry came from an abundance of specialty agencies helping Western men to find a wife using *postal mail* contact. In the beginning, such mini agencies profited by supplying the postal addresses of registered women to American agencies, who would then relay the details to their gentlemen clients. This system all changed when the internet began to dominate, with a surge of dating sites based on email exchange. Because the postal addresses were no longer required, agencies were not able to continually sell on such information.

Now times have changed, these mini agencies are now required to have day-to-day cooperation with lady clients to encourage them to check and reply to mail, and have an onsite presence. Such agencies cannot rest on their laurels and wait for repeated income; they now have to work hard to achieve success. However, a small percentage of agencies became displeased with the altered business model. Some saw our business conditions of fraud prosecution and penalties as overbearing.

The reality is that the power balance has shifted and such agencies are no longer able to benefit from selling a *product* (i.e. lady's addresses), and they must offer different services to our customers. Although it's inevitable that a minority of agencies will be dissatisfied, the majority have adapted to the new rules and found them to be very successful. These agencies see the changes as a positive step forward for customers loaded with new opportunities.

We have kept the same stance with all agencies from the beginning — scamming our customers is the same as scamming us and will be continually penalized. Most agencies have done well out of the system with larger offices and expansion into other cities. Therefore, AsianBeauties is a cheerleader for all those agencies who are upbeat, hands on and thriving. They are an inspiration to everyone and great for the industry as a whole.

**Getting the Lowdown**

A high number of men wrongly believe that getting in touch through the internet is the only step required to find a bride. This approach is well wide of the mark. Communicating through live online chat or mail is highly valuable but should be used carefully; it gives you a chance to screen Asian women before you spend money travelling to Asia. Once you take your potential relationship offline there can never be any absolute certainties.

Face-to-face contact should be the ultimate aim for any relationship once you've made progress using emails and phone calls. Online communication can NEVER be considered as a replacement for a real relationship. A high number of men perceive emails and live chat as the start of something but this is a risky state of play.

The start to a fulfilling relationship is more complex than sending a few messages from a computer and expecting a mail order bride to appear as if by magic. In order to move from first contact with an Asian lady to the dream of walking up the aisle on your wedding day, it's FUNDAMENTAL that you meet up with her early on. Getting in touch beforehand is a good way to whittle down your options and choose whether to travel and meet or not. It's a necessary step to take after a period of online

**Schmitt Decl. page 017**

communication between a man and a woman. Until you reach this point a real relationship will not exist between you and your chosen lady.

The method used to get in touch for the first time is the same for men and women – create an online profile that offers an insight into your personality and interests. Once this has been set up, it's necessary to compose a more in-depth "introduction letter" that contains more personal information, dreams and aspirations.

These introduction letters serve the purpose to target men and women and give a more individual feel than is possible through a personal profile. It constitutes a speedy method for gentlemen to contact as many women as possible. And this contact is the sole purpose of such practice.

All parties involved dispatch large numbers of letters in order to ascertain the man or woman they wish to pair off with. The global matchmaking industry was founded on this basis and continues to operate in such a manner. AsianBeauties is one of the proactive agencies that leave no stone unturned until a match is found, with dynamic circulation of introduction letters an extra service.

AsianBeauties carries out a letter introduction service that pairs American men with women from a large number of satellite agencies across Asia. These agencies sign up and add all qualifying ladies to a central database. Many of these satellite agencies then undertake elite matchmaking services for their lady members by reviewing the AsianBeauties database of men and dispatching a lady's introduction letter to those men who seem compatible. AsianBeauties believes this to be a worthy and helpful service – one that brings together men and women in a positive way. On the other hand, if an agency then sends more letters for a lady member after the initial letter, AsianBeauties regards this as scamming which is duly punished.

Some clients mistakenly assume that an agency can control a lady's behavior just because her photo is on their site. Unfortunately, this is not the case as no agency can instinctively know any registered man or woman has a good character. It's impossible to psycho-analyze someone and predict with complete certainty that they will behave badly and commit fraud.

The most effective agency is one that constantly monitors online activity and takes immediate action if anything fraudulent occurs. AsianBeauties has an open door policy that welcomes any customer to report suspicious activity involving any member. Once a complaint has been logged, we look into the matter and take action where necessary. Lessons are learned from every incident of suspected scam, and extra measures are put into place if required.

In all occurrences of suspected or actual fraud, AsianBeauties advises that members should use this experience in a beneficial way as part of the process of weeding out suspicious members. Such disrespectful activity gives you the whole picture of how to approach your dating strategy. If you discover that a lady is not being candid and open with you then clearly she's not worth pursuing any further. It's important that you learn this early on with the assistance of the AsianBeauties anti-scam policy.

To inform AsianBeauties of a bad experience involving someone you're in contact with, just email the details to us immediately. It's our duty to investigate your complaint and let you know the outcome and any action taken. If we do not find proof of fraud then this will be set out with a clear and fair explanation. If we do detect evidence of scam, then we'll reimburse any loss of credits or money and penalize the offender in question who will be removed from our database. Such action is the only way any agency can make a difference and successfully address fraud. AsianBeauties is at the forefront of scam busting and will forever remain vigilant.

**Summary**

To rid the industry of fraud completely is an impossible aim even with a leading anti-scam strategy like ours. This is why the best approach is to clamp down heavily on offenders every step of the way and make an example of them. They should know that such behavior simply won't be tolerated.

To date AsianBeauties has stopped countless episodes of scam and punished the perpetrators accordingly. However, it's never possible to foresee such criminal behavior in advance. The best way to tackle scam is to kill it dead as soon as it appears. For instance, each week we process in the region of 400,000 emails and a non-stop flow of live chat messages. From this number, around 20-30 scam incidents are reported every week, with 50% of complaints lacking evidence or justification.

AsianBeauties has a great responsibility on its shoulders when it comes to policing online communication and the related social issues. Dealing with a huge number of agencies is a titanic task and achieving a successful balance has been a minefield. The reality is we've tackled scam and kicked out the guilty parties.

Our paramount achievement is that customers keep coming back due to our attention to detail, unique service and protective environment. We plan to make it stay that way.

Please keep us informed with your questions and comments:

Mahe Internet Services Ltd.
Stasinou 1, Mitsi building 1, Nicosia, Cyprus

**Or call us at:**
+1 (207) 262-9595
+1 (800) 234-0036
+1 (800) 356-3130



Schmitt Decl. page 018

Asianbeauties anti-scam policy - Asian dating without scam!

      

| 21 | Juan | Yifen | Min | Caifeng | Fengyan | Jie | yunhua |
|---|---|---|---|---|---|---|---|
| | Age : 22 | Age : 25 | Age : 35 | Age : 33 | Age : 25 | Age : 18 | Age : 29 |

ernet Services Ltd. Stasinou 1, Mitsi building 1, Nicosia, Cyprus
asianbeauties com 2011. All rights reserved.

General comments or questions: contact us

Schmitt Decl. page 019

http://www.asianbeauties.com/asianbeauties-anti-scam-policy html[8/19/11 6:13:21 PM]

Exhibit E





ome          ⬤ Search      ⬤ Sign Up      ⬤ Log In                    Bookmark This Page

*Africa Beauties,*

*amazed to see the number and beauty of rican women on your website  They're all so that I want one from each country! Africa ies really makes African dating so easy! Plus ack women on your site are all so diverse*

*s and keep up the good work*

*n to, Canada*

*AfricaBeauties com,*

*live without your website! The Black n and their profiles really fry my burger  The d services are well designed and work like n I'm in touch with several African women st chance I get I'm on a plane to Kenya in a fork minute! You make African dating a life ence*

*truly, Jim , New York*

# AfricaBeauties.com Anti-Scam Policy

### AfricaBeauties.com Leads the Fight for Scam Protection

It's not by chance that AfricaBeauties.com has become the world's leading African-American Introduction Agency. For over fifteen years AfricaBeauties.com constant commitment to honesty, integrity and hard work on behalf of her members has allowed the industry to raise its standards. The history of AfricaBeauties.com has been one of providing clients with genuine, valuable service in the face of other less scrupulous African dating agencies whose iniquity tarnishes the reputation of all.

AfricaBeauties.com is the first and only agency to tackle the issues of internet dating fraud and anti-scam head-on. There are other African singles and mail order brides agencies that conduct honest business. However, in the online introductions industry simple honesty isn't enough to make a real difference to the consumer with regards to dating fraud. Industry professionals must be proactive and fight scam directly, and here's why:

No agency is an island, and no mail order bride agency can operate independently. All major agencies depend on networks of dozens, (or in the case of AfricaBeauties.com over a thousand) smaller dating agencies to register ladies (African women), perform services for members, and fight scam. Whenever a consumer deals with any given African brides agency they should keep in mind that their agency depends on numerous other affiliated agencies for scam and internet fraud protection.

If other African ladies' agencies are less scrupulous (scammers), or if a particular African woman is disingenuous, the client suffers regardless of the integrity of their home mail order brides agency. Following this, a particular agency simply "being honest" is not enough to protect consumers. What is required is vigilance supported by forceful action against scam. Such attention is the pillar of AfricaBeauties.com scam and anti-scam operation.

AfricaBeauties.com scam and anti-scam unit has spent over a million dollars implementing an industry-wide business system designed to ferret out less than honest agencies suspected of internet dating scams while helping upright and trustworthy agencies prosper. Creating this comprehensive anti-scam watchdog system to protect and serve our members is a Herculean task as well as a significant financial investment. But AfricaBeauties.com scam and anti-scam operation firmly believes that the long term survival of our industry depends on stepping up to enforce discipline against dating fraud on the industry level. At the heart of the AfricaBeauties.com scam and anti-scam unit's success is the protection she provides her members by establishing and asserting an ethical standard on the numerous African affiliate partners she deals with.

### Internet Dating Fraud Protection

No other company has come close to investing the energy, time and resources necessary to create a system that obliges participating agencies to operate by strict U.S. business standards and the International Marriage Broker Regulation Act of 2005 (IMBRA). AfricaBeauties.com is the only African dating company in the industry to even attempt a consumer protection campaign of this magnitude to combat internet dating fraud and scam.

- AfricaBeauties.com scam and anti-scam unit is the only agency that maintains a full time anti-scam staff specifically devoted to checking correspondence for fraudulent activity and reacting to reports of suspicious correspondence and internet dating fraud.
- All single African women who register on AfricaBeauties.com are personally contacted by AfricaBeauties.com scam and anti-scam unit to verify their identity and to confirm that (1) the African woman exists, (2) she knows and understands that she is a part of AfricaBeauties.com system and (3) she is interested in finding an American or European husband and (4) understands the terms of her participation.
- No other African dating agency comprehensively validates the identity of each and every woman on their site. Every other mail order bride agency in this industry, including AfricaBeauties.com major competitors, rely on local agencies to establish their ladies' identities.
- When issues of possible fraudulent or inappropriate activity arise on her web site, AfricaBeauties.com scam and anti-scam unit launches a quick and thorough investigation, documents all findings concerning possible internet dating fraud, takes appropriate action and reports to her members.
- In all cases where improper or dishonest behavior is found, AfricaBeauties.com scam and anti-scam unit removes the African lady from her system, fines the lady's agency and issues a refund to her member.
- Second or third offenses by an internet dating agency are fined more severely.
- A fourth offense results in the mail order brides agency being permanently removed from AfricaBeauties.com system.

The evolution of the international dating industry bears significant relevance to today's situation. The industry was founded by

**Schmitt Decl. page 021**



dozens of small, family owned agencies helping Western men meet African girls via postal mail correspondence. In those days, the small agencies in Africa existed by selling addresses of their local ladies to Western owned agencies who then sold them to their clients. With the advent of email correspondence sites, these African ladies' addresses (the bread and butter of the small local agencies) became worthless almost overnight. The days of agencies simply selling the same information again and again became passé.

Subsequently, in order to survive, small African dating agencies are required to contact ladies to ensure that they are reading and responding to their email. Essentially they must now actually work for their living instead of selling static data on African women over and over. The transition to electronic marketing and correspondence has opened new opportunities for growth but also exposes avenues for potential corruption. So from the beginning AfricaBeauties.com attitude toward small agencies has been simple: Anyone who tries to scam our clients is scamming us. We will react to this with great consequence to those proven guilty.

Most African dating agencies see this scenario as a positive change and an opportunity to professionalize and grow. There are numerous participating agencies that flourish within this system and open additional offices in multiple cities. These are the agencies for single African women that AfricaBeauties.com supports, and we applaud the great strides and progress they have made.

### An Educated Consumer

Correspondence with a potential African bride is a very valuable and potent tool. However it's but the first in a series of steps towards a face to face meeting with a possible partner. All the advanced technology AfricaBeauties.com employs on behalf of her members - correspondence, phone calls, video chat, etc…are preludes to the ultimate litmus test one must take in order to find an African woman as a mate. Ultimately, one must go there oneself in order to determine if any one of several African women they have connected with are suitable partners.

You must meet your would be African bride face to face and spend time with them in person in order to determine suitability to include them in your life, and for them to decide to include you in theirs.

The standard procedure for both Western men and African mail order brides when beginning correspondence is to list a brief description of themselves on a African dating website. Included is usually a personable, general introductory letter wherein they describe themselves and their life in modest detail together with what they are looking for in a mate. Men send copies of their introductory letters to many African women, and African girls send theirs to numerous men. Once both people have a better idea of who they are dealing with they decide to begin personal correspondence. At this stage more pertinent questions are asked of potential partners once the field narrows.

This procedure has been standard for everyone since the international dating industry began, whether the correspondence is by snail-mail or email.

African women's agencies that perform match-making services in addition to simply providing introductions are considered more proactive about the process. These agencies take the further step of searching through databases for their clients and sending introductory letters to prospective matches who meet members criteria.

AfricaBeauties email forwarding system links men in America and around the world with African girls who are represented by over 1000 local dating agencies.

Local African women's agencies join AfricaBeauties.com network on a separate website where they list ladies from their own sites. Some agencies perform matchmaking services for their ladies by looking through our database of men and forwarding a lady's introductory letter to them through AfricaBeauties.com. This is considered a proper and wholly ethical matchmaking

**Schmitt Decl. page 022**

service performed for the ladies and the AfricaBeauties.com system. AfricaBeauties.comand the International Marriage Brokers Regulatory Act (IMBRA) do not consider this practice to be internet dating fraud or a dating scam. However, should an agency write further letters "on behalf" of the lady, after the Introductory Letter, this is certainly objectionable to which AfricaBeauties.com will take action.

Consumers are sometimes under the mistaken impression that if a African girl's photo and profile is on an agency's website means the agency vouches for the woman, for her character and trustworthiness. This is simply not true. No company can vouch for the character of any man or woman using their services, and no self respecting agency in the business, including AfricaBeauties.com, will make that declaration.

The only measures a forthright agency can take is exactly what AfricaBeauties.com does; keep a vigilant eye out and aggressively react to inappropriate behavior and possible internet dating scam at their attention. The response of any professional organization should invariably be to investigate all reports, come to a clear determination of the facts, document the findings in detail, and if there is a problem, resolve it. In the case of a misunderstanding a reputable African dating agency will make the facts clear. If fraud is found, they should refund a member's fees and insure that the perpetrators are removed from their system.

This is precisely AfricaBeauties.com approach. She does it every single day and strongly urges her members to immediately report anything that seems suspect in their correspondence. AfricaBeauties.com will immediately look into the issue, speak with all parties involved and take appropriate action to protect her members best interests

## Summary

It's impossible for any African dating agency to anticipate and prevent all instances of internet dating fraud or web scam. However, AfricaBeauties.com has made significant progress by screening and monitoring both it's African dating affiliates and ladies who register on her site. As a result, AfricaBeauties.com has been successful to a large degree in sorting out undesirables and possible scammers from this industry.

To put the scale of the problem in perspective, AfricaBeauties.com has approximately 400,000 pieces of email moving through our system every week with from 20-30 complaints about suspicious activity that may involve internet dating fraud. About half of those cases turn out to be misunderstandings or situations where gentlemen have unrealistic expectations from the system.

Running an email-based correspondence system such as AfricaBeauties.com is a highly complex task. This is why AfricaBeauties.com is the only company that has been able to be effective and deliver for her members time and again.

Have a look at Ladies Black List

Send Comments and suggestions to:

**africabeauties.com**
Mahe Internet Services Ltd.
Stasinou 1, Mitsi building 1
Nicosia, Cyprus
**+1 (800) 511-8604**

      

| 24 | Mercy Age : 26 | Wagithi Age : 28 | Regina Age : 22 | Rosemary Age : 21 | Gladys Age : 28 | Ethel Age : 24 | Adaobi Age : 26 |

ernet Services Ltd. Stasinou 1, Mitsi building 1, Nicosia, Cyprus
africabeauties.com 2001-2011. All rights reserved.

General comments or questions:
contact us  |  privacy policy

Exhibit F



**Ladies' Gallery**

Visit our themed galleries of the most stunning potential brides on AnastasiaDate!



*Priviet! I am happy to tell you that I am impressed with the services that your company provide. My interest is to travel to Russia and see the real Russian people.*

*Ray M., HI*
*September 2004*

September 15, 2006

## OPW Interview - AnastasiaWeb - General Director, Alexei Negin





OPW INTERVIEW -- Sep 15 -- Alexei Negin is the General Director of AnastasiaWeb, a top three Russian internet dating site. I was curious how his service works and how it's different from other dating sites. Here's my interview with Alexei. Please comment with your questions for Alexei. - Mark Brooks

What is Anastasia?

It's the fastest way to meet Russian women via the internet.  t's an online dating website that allows people from Russia, North America, Europe and other parts of the world to connect and correspond with each other. People from different countries can write letters to each other in their native language and the letters are delivered and translated. We have a network of over 200 agents in the former Soviet Union who make sure the messages get delivered.

Who are your target customers?

Most of our male customers are based in the U.S. or Canada. We also have some male customers from the EU, Australia, New Zealand and South Africa. We have female customers from all over the former USSR. We have slightly more women on the site then men, which is actually a part of why the site is successful. We currently have more than 10,000 active women profiles on AnastasiaWeb; however our overall database is much larger. We only display the profiles of women who are actively using the site.

We don't allow every applicant to become a member. We verify profiles and personal information and allow only those individuals that pass the verification process. We do everything we can to protect our customers.

What is the age range?

We don't allow men or women under 18 and I would say that the average female age would be about 24 or 25 years old. So these are rather young women. The male audience is older in general. The average age would be between 34 and 40, in that range. In Russia and Ukraine it's very common that women date and marry men that are older.

What's AnastasiaWeb's founding story?

We were founded in 1993 by a Russian/American couple, Elena and David Besuden. Elena and David met through an introduction service in 1992 and were married the same year. Initially, Anastasia used catalogs to introduce profiles to men in the US. This format was used at first, because the internet wasn't so well developed. The first AW web site was launched on Jan 21, 1997. Also, in 1997, Anastasia International formed a partnership with IT Online, to handle its business operations in Russia and the CIS. There are now more than 90 employees working in the US and Russian offices, handling web development, maintenance, marketing, customer service, verification and other administrative services.  Elena and David grasped the idea of online dating rather early and succeeded.

How do you make money?

We make money on the correspondence. Each letter being delivered is translated. Most of the women do not have a computer or regular access to the Internet, so we formed a network of agents that could deliver and translate messages. We charge for a letter but we actually provide more than just a delivery service. We provide additional services that go along with the letter itself. One of the services is a direct telephone communication service, which allows clients to speak to each other with the help of a professional translator.  t's like a conference call. Women don't pay at all. The cheapest correspondence service level is $3.99 per letter and the most is $8, but membership to the site is free. They can use a lot of other additional free services.

How do you protect the users from potential scammers?

There are many companies who used to say, "We don't have fraud. We're
say that, we are not 100% fraud free. But we realize the problems and we
customers. We have initiated a fraud fighting campaign and have invested
different ways of tracking fraud. We can protect the correspondence; we c
and that it is translated in the proper way.

A women coming to an agency provides her personal ID that will be scanne
that she's not under age and we also verify that she's not married. We veri
information. Then the agency will estimate the language ability of the wome



**These Ladies are online NOW**      Minimize

**Elena** (ID: 1653537)
Age: 25
Savran, Ukraine
never married lady with green eyes and blond hair.

Close          Start Chat Now!

**Ladies**  1

this information to our members. The agency tries to verify that the photograph is definitely her photograph and that it's not an outdated photograph.  Then they enter her profile on the AnastasiaWeb site. Our verification agents in the Moscow office will call her within three days.  They will review all the information. We have a call center that is devoted to calling the women and further verifying that they're legitimate clients. They will verify identity, ask if the woman wants to participate, and verify other important information. The profile is then considered a checked profile and will be activated when our system updates in two or three days.

What are your goals for AnastasiaWeb for 2006 through 2007? What kind of partnerships are you seeking?

One of our goals over the next year is to expand our "offline" activities. To provide more organized opportunities for members to meet in-person. Regarding partners, we are looking for companies that provide great traffic. We have a good affiliate program with hundreds of affiliates. We are looking to expand that. We're also interested in speaking with other western online dating companies that would like access to our large database of verified profiles from throughout the former Soviet Union. Finally, we're looking to cooperate with companies that have know-how with mobile communications and video.  Mobile phone dating will be a benefit for our customers, because it should speed-up the communications process. We want to take every step possible to help our clients really find someone special.

To learn more about Anastasia, please visit their informative web site: www.anastasiaweb.com.

---

**<< Back**

---



Exhibit G

# Ꝺ)ITONLINE GROUP
### Мы создаём успешные решения

**Главная**   **Компания**   **Проекты**   **Карьера**   **Партнеры**   **Контакты**          **RU**   E

## Нам доверяют

Компания ITONLINE
GROUP зарекомендовала
себя как надежный
партнер в различных
областях деятельности
на российском и
западном рынках. Нам
доверяют мировые
лидеры в сфере
информационных
технологий.

Главная > **Партнеры**



ITONLINE GROUP обладает статусом Gold Certified Partner Microsoft. Центр профессионального роста CareerLab официально получил статус вендора Microsoft в категории Professional & Business Skills Training for External Audience и является Inner Circle Partner Microsoft. Компания Microsoft является платиновым спонсором международной конференции Softwarepeople 2009.



ITONLINE GROUP сертифицирована на проведение рекламных кампаний в системе Google Adwords.



Компания IBM является платиновым спонсором международной конференции Softwarepeople 2009, организованной учебным центром CareerLab.



Компания Интел является бронзовым спонсором международной конференции Softwarepeople 2009, организованной учебным центром CareerLab.



Большая часть менеджеров компании являются профессионалами в управлении проектами и сертифицированы PMP — Project Management Professional.
Участие в тренингах и семинарах CareerLab дает определенное количество PDU для сертификации Project Management Institute.



Компания «1С-Битрикс» — является серебряным спонсором международной конференции Softwarepeople 2009, организованной учебным центром CareerLab.



ITONLINE является аккредитованным дилером, имеет в штате аттестованного специалиста, оказывает услуги в соответствии со стандартами компании Бегун.



Интернет-агентство Тринет является партнером компании CareerLab по северозападному региону.



...предлагает программное и аппаратное обеспечение для работы с системами регистрации движений глаз (eye tracking) и является партнером компании UsabilityLab.



Известная европейская компания Noldus занимается исследованиями в области HCI (Human-Computer Interaction). Разработки компании Noldus используют в своей работе специалисты UsabilityLab.



Компания TechSmith создает программные инструменты для работы с видео, графическими и голосовыми записями с интерфейсов Windows. Основные программные продукты компании TechSmith — SnagIt и Camtasia Studio — используются специалистами компании UsabilityLab при создании наглядных отчетов о тестировании интерфейсов веб-сайтов, внутрикорпоративных систем и программных приложений.

**Maine Webmasters**

Американская компания Maine Webmasters занимается веб-разработками и предоставлением сервисов в областях Internet Dating и E-commerce. Является заказчиком нескольких крупных проектов, разрабатываемых ITONLINE GROUP.



Международная телекоммуникационная компания BTN Access предоставляет услуги IP-телефонии и создания сетей связи. Поставляет оборудование, предоставляет площадку для co-locatio кабинета серверов компании ITONLINE GROUP, оказывает услуги п поддержке и настройке маршрутизаторов, серверов совместно с нашими сотрудниками.

**ELEVIEW INTERNATIONAL INC**

Американская компания ELEVIEW работает в области электронной коммерции, веб-дизайна и IT-консалтинга. ITONLINE GROUP и ELEVIEW много лет поддерживают партнерские отношения, разрабатывая совместные решения E-Commerce.

**:::⟩ Infra TeleSystems**

Международная IT-компания Infra TeleSystems является производителем современных телефонных систем для предприятий малого и среднего бизнеса. Call Center, разработанный программистами ITONLINE GROUP, интегрирован с программно-аппаратным решением от этой компании.

---

Главная | Компания | Проекты | Карьера | Партнеры | Контакты

© 2000–2011 ITONLINE GROUP | тел.: +7 (495) 933-01-33

◄ ◄ | ►

Exhibit H

# ITONLINE GROUP
Creating Successful Solutions

RU  E

## Contact Information

We would be happy to see you at the ITONLINE GROUP office, which is located on the Obraztsova Street 14/2 (Novoslobodskaya Metro station). Not far from the center of Moscow.

If you have any questions, simply give us a call at the following number: +7 (495) 933-01-33.

**Our Address:**
14/2 Obraztsova Str., Moscow, Russia 127055

**Phone/Fax:**
+7 (495) 933-01-33

**Email:**
hr@it-online.ru

## Company History & Information

Full Version (in Russian) ▶

Established in 1998, ITONLINE GROUP is a Russian-American IT services & Customer Relationship Management company specializing in development, promotion and management of internet projects.

- Over the last nine years the company has gained experience in various business and technical fields. Currently our staff consists of more than 250 employees — all of them are professionals in Internet Technologies, Project Management, Usability Testing, Customer Relations.
- IT-Online is the Official Partner for TechSmith's Morae software and Mercury Interactive (www.mercury.com), Microsoft Gold Certified Partner (www.microsoft.com), marked by Google (www.google.com) as Qualified Google Advertising Professional.

## Our Services & Products

### IT Products / Services



User Interface Design & Usability Testing



Web Development



24/7 Website Monitoring Services



Quality Assurance & Function, Performance and Automated Testing



IT Consulting

### Customer Service (CRM) Products

- Customer Support (Phone, Web & Email) Services
- Customer ID Verification
- Telemarketing
- Other Services

## Our Partners







© 2000–2010 ITONLINE GROUP | phone: +7 (495) 933-01-33

Exhibit I

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

   Domain Name: ANASTASIADATE.COM
   Registrar: REGIONAL NETWORK INFORMATION CENTER, JSC DBA RU-CENTER
   Whois Server: whois.nic.ru
   Referral URL: http://www.nic.ru
   Name Server: NS.MAINE-INC.NET
   Name Server: NS2.MAINE-INC.NET
   Name Server: NS5.MAINEINC.NET
   Status: clientTransferProhibited
   Updated Date: 19-nov-2010
   Creation Date: 04-oct-2007
   Expiration Date: 04-oct-2013

>>> Last update of whois database: Sun, 27 Mar 2011 06:39:27 UTC <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the
expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or

query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to
ensure
operational stability.  VeriSign may restrict or terminate your access to
the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.
% By submitting a query to RU-CENTER's Whois Service
% you agree to abide by the following terms of use:
% http://www.nic.ru/about/servpol.html (in Russian)
% http://www.nic.ru/about/en/servpol.html (in English).

```
Domain name:            ANASTASIADATE.COM
Name Server:            ns.maine-inc.net
Name Server:            ns2.maine-inc.net
Name Server:            ns5.maineinc.net
Creation Date:          2007.10.04
Updated Date:           2010.11.19
Expiration Date:        2013.10.04

Status:                 DELEGATED

Registrant ID:          IYSXO8R-RU
Registrant Name:        Boris E Sashin
Registrant Organization: Boris E Sashin
Registrant Street1:     Obrazcova 14
Registrant City:        Moscow
Registrant State:       Moscow
Registrant Postal Code: 127055
Registrant Country:     RU

Administrative, Technical Contact
Contact ID:             IYSXO8R-RU
Contact Name:           Boris E Sashin
Contact Organization:   Boris E Sashin
Contact Street1:        Obrazcova 14
Contact City:           Moscow
Contact State:          Moscow
Contact Postal Code:    127055
Contact Country:        RU
Contact Phone:          +7 9104233891
Contact E-mail:         borissashin@yahoo.com
```

Registrar:              Regional Network Information Center, JSC dba RU-CENTER

Last updated on 2011.03.27 10:39:58 MSK/MSD

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

    Domain Name: ANASTASIA-INTERNATIONAL.COM
    Registrar: REGIONAL NETWORK INFORMATION CENTER, JSC DBA RU-CENTER
    Whois Server: whois.nic.ru
    Referral URL: http://www.nic.ru
    Name Server: NS.ANNASTASIA-INTERNATIONAL.COM
    Name Server: NS.MAINE-INC.NET
    Name Server: NS2.MAINE-INC.NET
    Name Server: NS5.MAINEINC.NET
    Status: clientTransferProhibited
    Updated Date: 25-nov-2010
    Creation Date: 27-nov-2006
    Expiration Date: 27-nov-2011

>>> Last update of whois database: Sun, 27 Mar 2011 06:40:42 UTC <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the
expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to

use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to
ensure
operational stability.  VeriSign may restrict or terminate your access to
the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.
% By submitting a query to RU-CENTER's Whois Service
% you agree to abide by the following terms of use:
% http://www.nic.ru/about/servpol.html (in Russian)
% http://www.nic.ru/about/en/servpol.html (in English).

```
Domain name:            ANASTASIA-INTERNATIONAL.COM
Name Server:            ns.annastasia-international.com
Name Server:            ns.maine-inc.net
Name Server:            ns2.maine-inc.net
Name Server:            ns5.maineinc.net
Creation Date:          2006.11.27
Updated Date:           2010.11.19
Expiration Date:        2011.11.27

Status:                 DELEGATED

Registrant ID:          IYSXO8R-RU
Registrant Name:        Boris E Sashin
Registrant Organization: Boris E Sashin
Registrant Street1:     Obrazcova 14
Registrant City:        Moscow
Registrant State:       Moscow
Registrant Postal Code: 127055
Registrant Country:     RU

Administrative, Technical Contact
Contact ID:             IYSXO8R-RU
Contact Name:           Boris E Sashin
Contact Organization:   Boris E Sashin
Contact Street1:        Obrazcova 14
Contact City:           Moscow
Contact State:          Moscow
Contact Postal Code:    127055
Contact Country:        RU
```

```
Contact Phone:          +7 9104233891
Contact E-mail:         borissashin@yahoo.com

Registrar:              Regional Network Information Center, JSC dba RU-
CENTER

Last updated on 2011.03.27 10:41:10 MSK/MSD
```

Exhibit J

| | |
|---|---|
| **Domain:** | **maineinc.net** - Domain History |
| **Cache Date:** | 2010-09-19 |
| **Registrar:** | **GODADDY.COM, INC.** |
| **Server:** | whois.godaddy.com |
| **Created:** | 2001-09-24 |
| **Updated:** | 2009-09-22 |
| **Expires:** | 2011-09-24 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: elena@russianbride.com |

Registrant:
    Maine webmasters
    PO Box 1018
    Bangor, ME 04401
    United States

    Domain Name: MAINEINC.NET
        Created on: 24-Sep-01
        Expires on: 24-Sep-11
        Last Updated on: 22-Sep-09

    Administrative Contact:
        besuden, elena  elena@russianbride.com
        Maine webmasters
        PO Box 1018
        Bangor, ME 04401
        United States
        2079475861     Fax --

    Technical Contact:
        besuden, elena  elena@russianbride.com
        Maine webmasters
        PO Box 1018
        Bangor, ME 04401
        United States
        2079475861     Fax --

    Domain servers in listed order:
        NS2.MAINE-INC.NET
        NS.MAINE-INC.NET

DM000733

| | |
|---|---|
| **Domain:** | **maine-inc.net** - Domain History |
| **Cache Date:** | 2010-09-09 |
| **Registrar:** | **GODADDY.COM, INC.** |
| **Server:** | whois.godaddy.com |
| **Created:** | 2001-09-24 |
| **Updated:** | 2009-09-22 |
| **Expires:** | 2011-09-24 |
| **Reverse Whois:** | Click on an email address we found in this whois record to see which other domains the registrant is associated with: elena@russianbride.com |

Registrant:
    Maine webmasters
    PO Box 1018
    Bangor, ME 04401
    United States

    Domain Name: MAINE-INC.NET
        Created on: 24-Sep-01
        Expires on: 24-Sep-11
        Last Updated on: 22-Sep-09

    Administrative Contact:
        besuden, elena  elena@russianbride.com
        Maine webmasters
        PO Box 1018
        Bangor, ME 04401
        United States
        2079475861     Fax --

    Technical Contact:
        besuden, elena  elena@russianbride.com
        Maine webmasters
        PO Box 1018
        Bangor, ME 04401
        United States
        2079475861     Fax --

    Domain servers in listed order:
        NS.CAIS.COM
        NS2.CAIS.COM
        NS3.CAIS.COM

DM000735

Exhibit K

**Domain:** **maineinc.net** - Domain History
**Cache Date:** 2010-11-12
**Registrar:** **GODADDY.COM, INC.**
**Server:** whois.godaddy.com
**Created:** 2001-09-24
**Updated:** 2010-11-11
**Expires:** 2011-09-24
**Reverse Whois:** Click on an email address we found in this whois record to see which other domains the registrant is associated with: a.ryabchikov@it-online.ru

Registrant:
    It Online
    Novo-sadovays 3-45
    Moscow, Moscow region 110100
    Russian Federation

    Domain Name: MAINEINC.NET
        Created on: 24-Sep-01
        Expires on: 24-Sep-11
        Last Updated on: 11-Nov-10

    Administrative Contact:
        Ryabchikov, Andrey  a.ryabchikov@IT-Online.ru
        It Online
        Novo-sadovays 3-45
        Moscow, Moscow region 110100
        Russian Federation
        +7.18002340036     Fax --

    Technical Contact:
        Ryabchikov, Andrey  a.ryabchikov@IT-Online.ru
        It Online
        Novo-sadovays 3-45
        Moscow, Moscow region 110100
        Russian Federation
        +7.18002340036     Fax --

    Domain servers in listed order:
        NS2.MAINE-INC.NET
        NS.MAINE-INC.NET

DM000734

Exhibit L

Name Server details for maineinc.net

| | |
|---|---|
| master count | 244 |
| secondary count | 4 |
| total count | 248 |

Master Domains

| | |
|---|---|
| .com | 174 |
| .net | 24 |
| .org | 14 |
| .biz | 2 |
| .info | 26 |
| .us | 4 |

Domains on this name server

| | |
|---|---|
| 1001BRIDESFROMALEX.COM | PRIMARY |
| 1ST-RUSSIANGIRLS.COM | PRIMARY |
| 24YRS.COM | PRIMARY |
| 26YRS.COM | PRIMARY |
| 27YRS.COM | PRIMARY |
| 28YRS.COM | PRIMARY |
| 8MINDATING.COM | PRIMARY |
| AGLOBALDATE.COM | PRIMARY |
| ALL-RUSSIAN-LADIES.COM | PRIMARY |
| ANASTASIA4DATES.COM | PRIMARY |
| ANASTASIAGIRLS.NET | PRIMARY |
| ANASTASIAMATCH.COM | PRIMARY |
| ANASTASIASEXYGIRLS.COM | PRIMARY |
| ANASTASIASEXYGIRLS.INFO | PRIMARY |
| ANASTASIASHOTGIRLS.COM | PRIMARY |
| ANASTASIASHOTGIRLS.INFO | PRIMARY |
| ANASTASIASRUSSIANGIRLS.COM | PRIMARY |
| ANASTASIASRUSSIANGIRLS.INFO | PRIMARY |
| ANIMONEY.NET | PRIMARY |
| ANNA4USEXYGIRLS.COM | PRIMARY |
| ASIANBEAUTIESONLINE.COM | PRIMARY |
| ATOMICGIRLS.COM | PRIMARY |
| BEAUTIFULUKRAINIANGIRLS.COM | PRIMARY |
| BEST-BRIDE.COM | PRIMARY |
| BESTMEXICOOPPORTUNITIES.COM | PRIMARY |
| BESTSINGLESDATING.INFO | PRIMARY |
| BLONDRUSSIANGIRLS.COM | PRIMARY |
| BRIDERUSSIA.COM | PRIMARY |
| BRUNETTEBRIDES.COM | PRIMARY |

| | |
|---|---|
| CANDYS-SEXLAND.NET | PRIMARY |
| CATCHBLONDGIRLS.COM | PRIMARY |
| CATCHMOLDAVIANBRIDES.COM | PRIMARY |
| CATCHMOLDAVIANGIRLS.COM | PRIMARY |
| CATCHRUSSIANBRIDES.COM | PRIMARY |
| CATCHRUSSIANGIRLS.COM | PRIMARY |
| CATCHUKRAINEGIRLS.COM | PRIMARY |
| CATCHUKRAINIANBRIDES.COM | PRIMARY |
| CATCHUKRAINIANGIRLS.COM | PRIMARY |
| CELUJU.COM | PRIMARY |
| CHINESE-BRIDES.ORG | PRIMARY |
| CONTACTRUSSIANGIRLS.COM | PRIMARY |
| DAIRSINGLES.COM | PRIMARY |
| DATEBESTGIRLS.COM | PRIMARY |
| DATECALL.COM | PRIMARY |
| DATEFORKISS.COM | PRIMARY |
| DATEUA.COM | PRIMARY |
| DATING-WOMEN.INFO | PRIMARY |
| DATINGARUSSIAN.COM | PRIMARY |
| DATINGMACHINE.NET | PRIMARY |
| DATINGRUSSIANGIRLS.ORG | PRIMARY |
| DATINGSCAM.NET | PRIMARY |
| DATINGSCAM.ORG | PRIMARY |
| DATINGUKRAINIANGIRLS.COM | PRIMARY |
| DATINGUKRAINIANGIRLS.INFO | PRIMARY |
| DATINGWITHGIRLS.COM | PRIMARY |
| DECADENTDATINGONLINE.COM | PRIMARY |
| DRZHIVAGOSGIRLS.COM | PRIMARY |
| EASTERNEUROPEANWOMEN.ORG | PRIMARY |
| ECINDERELLA.COM | PRIMARY |
| ELITEDATECLUB.COM | PRIMARY |
| ESCORT-DATING.COM | PRIMARY |
| ESLDATING.COM | PRIMARY |
| EURO-WIFE.COM | PRIMARY |
| EUROPEANLOVEONLINE.COM | PRIMARY |
| EXOTICLOVE.NET | PRIMARY |
| FINDARUSSIANGIRL.COM | PRIMARY |
| FLIRTRUSSIANGIRLS.COM | PRIMARY |
| FOREIGNLOVES.COM | PRIMARY |
| FOREIGNSWEETHEARTS.COM | PRIMARY |
| GAGA4GIRLS.COM | PRIMARY |
| GEODATE.US | PRIMARY |
| GIRLRUSSIAN.BIZ | PRIMARY |

| | |
|---|---|
| GLOBALBRIDESITE.COM | PRIMARY |
| GLOBALROMANCE.NET | PRIMARY |
| HOT-RUSSIANWOMEN.NET | PRIMARY |
| HOT-UKRAINIAN-BRIDES.COM | PRIMARY |
| HOT-UKRAINIAN-GIRLS.COM | PRIMARY |
| HOTANASTASIAGIRLS.COM | PRIMARY |
| HOTANASTASIAGIRLS.INFO | PRIMARY |
| HOTBLONDEBRIDES.COM | PRIMARY |
| HOTBLONDELADIES.COM | PRIMARY |
| HOTKHERSONGIRLS.COM | PRIMARY |
| HOTKIEVGIRLS.COM | PRIMARY |
| HOTLATVIANGIRLS.COM | PRIMARY |
| HOTLATVIANLADIES.COM | PRIMARY |
| HOTODESSAGIRLS.COM | PRIMARY |
| HOTRUSSIANMODEL.COM | PRIMARY |
| HOTSEXYHORNYGIRLS.COM | PRIMARY |
| HOTSLEEPINGBEAUTIES.INFO | PRIMARY |
| HOTSWIMSUITGIRLS.COM | PRIMARY |
| HOTTRUSSIANBRIDES.COM | PRIMARY |
| HOTUKRAINEBRIDES.COM | PRIMARY |
| HOTUKRAINELADIES.COM | PRIMARY |
| HOTUKRAINIANGIRLS.COM | PRIMARY |
| HOWTOMEET.US | PRIMARY |
| I-RUSSIAN.COM | PRIMARY |
| ILOVERUSSIANDATING.COM | PRIMARY |
| INTERNATIONAL-MARRIAGE.NET | PRIMARY |
| INTERNATIONALDATINGWEBSITE.COM | PRIMARY |
| ISUBBMBCLUB.COM | PRIMARY |
| JOINFREEANASTASIA.INFO | PRIMARY |
| JOINMODELS.COM | PRIMARY |
| JUICELOW.INFO | PRIMARY |
| KIEV-DATING-AGENCY.COM | PRIMARY |
| KIEVCHARMINGBRIDES.COM | PRIMARY |
| KIEVDATINGAGENCY.COM | PRIMARY |
| LADIESPROFILE.COM | PRIMARY |
| LATINLOVENOW.COM | PRIMARY |
| LATINMAILORDERBRIDES.INFO | PRIMARY |
| LIVEFRAGRANCE.COM | PRIMARY |
| LOVEUKRAINEGIRLS.COM | PRIMARY |
| LOVEUKRAINIANGIRLS.COM | PRIMARY |
| LUVDATING.NET | PRIMARY |
| MARRIAGE-LADIES.COM | PRIMARY |
| MARRIAGERUSSIANGIRLS.COM | PRIMARY |

| | |
|---|---|
| MATURE-RUSSIAN-WOMEN.US | PRIMARY |
| MEET-EUROPEAN-WOMEN-NOW.COM | PRIMARY |
| MEET-RUSSIAN-WOMEN.ORG | PRIMARY |
| MEETRUSSIANS.INFO | PRIMARY |
| MEETRUSSIANWOMENNOW.INFO | PRIMARY |
| MISS26.COM | PRIMARY |
| MISSTEENUKRAINIAN.COM | PRIMARY |
| MISSTEENUKRAINIAN.INFO | PRIMARY |
| MISSTEENUKRAINIAN.NET | PRIMARY |
| MISSTEENUKRAINIAN.ORG | PRIMARY |
| MODERNRUSSIANDATING.COM | PRIMARY |
| MYSLAVICBEAUTY.COM | PRIMARY |
| NICELATVIANLADIES.COM | PRIMARY |
| NICELOOKINGLADIES.COM | PRIMARY |
| NICEUKRAINIANLADIES.COM | PRIMARY |
| NIKOLAEVCHARMINGBRIDES.COM | PRIMARY |
| NIKOLAEVCHARMINGLADIES.COM | PRIMARY |
| NWXV.COM | PRIMARY |
| ODESSACHARMINGBRIDES.COM | PRIMARY |
| ODESSACHARMINGLADIES.COM | PRIMARY |
| ODESSADATINGAGENCY.COM | PRIMARY |
| ODESSALADIES.COM | PRIMARY |
| OGLEOLGA.COM | PRIMARY |
| PAULASTAMPING.COM | PRIMARY |
| PERSONALADSWITHPICTURES.COM | PRIMARY |
| PINKHOTS.COM | PRIMARY |
| PRECIOUSLADIES.US | PRIMARY |
| PRIVATEUKRAINIANDATING.INFO | PRIMARY |
| PRIVATEUKRAINIANDATING.NET | PRIMARY |
| RBRIDES.INFO | PRIMARY |
| RENOSPARKSGUIDE.INFO | PRIMARY |
| ROSEVILLEONLINE.COM | PRIMARY |
| RUSFLIRT.ORG | PRIMARY |
| RUSSDATING.INFO | PRIMARY |
| RUSSIAN-GIRL-FRIEND.COM | PRIMARY |
| RUSSIAN-GIRLS-WOMEN.COM | PRIMARY |
| RUSSIAN-PERSONALS.COM | PRIMARY |
| RUSSIANBEAUTIESONLINE.COM | PRIMARY |
| RUSSIANBLONDBRIDES.COM | PRIMARY |
| RUSSIANBLONDGIRLS.COM | PRIMARY |
| RUSSIANBRIDELADIES.COM | PRIMARY |
| RUSSIANBRIDESIMAGES.COM | PRIMARY |
| RUSSIANDATINGPORTAL.COM | PRIMARY |

| | |
|---|---|
| RUSSIANDATINGS.NET | PRIMARY |
| RUSSIANDATINGSERVICES.ORG | PRIMARY |
| RUSSIANDREAMGIRL.NET | PRIMARY |
| RUSSIANGIRLS-DATING.COM | PRIMARY |
| RUSSIANGIRLSFORMARRIAGE.NET | PRIMARY |
| RUSSIANGIRLSITE.COM | PRIMARY |
| RUSSIANGIRLSPROFILE.COM | PRIMARY |
| RUSSIANLADIESPROFILE.COM | PRIMARY |
| RUSSIANLOLITAS.ORG | PRIMARY |
| RUSSIANLOVE4U.COM | PRIMARY |
| RUSSIANLOVEROULETTE.COM | PRIMARY |
| RUSSIANMATCH.ORG | PRIMARY |
| RUSSIANMATCHMAKING.NET | PRIMARY |
| RUSSIANMODELIMAGES.COM | PRIMARY |
| RUSSIANONLINEDATING.BIZ | PRIMARY |
| RUSSIANSINGLE.NET | PRIMARY |
| RUSSIANSINGLESCLUB.COM | PRIMARY |
| RUSSIANTOPMODEL.COM | PRIMARY |
| RUSSIANWOMEN-DATING.COM | PRIMARY |
| RUSSIANWOMENFORMARRIAGE.NET | PRIMARY |
| RUSSIANWOMENPERSONALS.ORG | PRIMARY |
| RUSSIANWOMENSPROFILE.COM | PRIMARY |
| SEEKINGRUSSIANWOMEN.COM | PRIMARY |
| SEXIN3.NET | PRIMARY |
| SEXYANASTASIASGIRLS.COM | PRIMARY |
| SEXYANASTASIASGIRLS.INFO | PRIMARY |
| SEXYBEINGS.COM | PRIMARY |
| SEXYBLONDEBRIDES.COM | PRIMARY |
| SEXYBLONDELADIES.COM | PRIMARY |
| SEXYBRUNETTEBRIDES.COM | PRIMARY |
| SEXYMOSCOWGIRLS.COM | PRIMARY |
| SEXYODESSAGIRLS.COM | PRIMARY |
| SEXYSINGLERUSSIANS.COM | PRIMARY |
| SEXYSLEEPINGBEAUTIES.INFO | PRIMARY |
| SINGLEMENSNEWS.COM | PRIMARY |
| SINGLERUSSIANGIRL.COM | PRIMARY |
| SINGLERUSSIANGIRLS.ORG | PRIMARY |
| SINGLESDATINGSITE.INFO | PRIMARY |
| SLAVICLOVE.COM | PRIMARY |
| SWINGSWONG.COM | PRIMARY |
| TEENGIRLSPROFILE.COM | PRIMARY |
| THEHOTTESTBABES.INFO | PRIMARY |
| THEMOSTBEAUTIFULRUSSIANBRIDES.COM | PRIMARY |

| | |
|---|---|
| TOPLATVIANMODEL.COM | PRIMARY |
| TOPLATVIANMODELS.COM | PRIMARY |
| TOPRUSSIANMODEL.COM | PRIMARY |
| TOPUKRAINIANMODEL.COM | PRIMARY |
| TOPUKRAINIANMODELS.COM | PRIMARY |
| UKR.COM | PRIMARY |
| UKRAINEDATINGCLUB.COM | PRIMARY |
| UKRAINEGIRLS.COM | PRIMARY |
| UKRAINEMODELIMAGES.COM | PRIMARY |
| UKRAINEMODELPHOTOS.COM | PRIMARY |
| UKRAINETEENMODELS.COM | PRIMARY |
| UKRAINETEENMODELS.INFO | PRIMARY |
| UKRAINETEENMODELS.NET | PRIMARY |
| UKRAINETEENMODELS.ORG | PRIMARY |
| UKRAINEWOMENMARRIAGE.COM | PRIMARY |
| UKRAINIAN-BIKINI-GIRLS.COM | PRIMARY |
| UKRAINIANBLONDBRIDES.COM | PRIMARY |
| UKRAINIANBLONDGIRLS.COM | PRIMARY |
| UKRAINIANCHARMINGBRIDES.COM | PRIMARY |
| UKRAINIANDATINGAGENCY.COM | PRIMARY |
| UKRAINIANDATINGCLUB.COM | PRIMARY |
| UKRAINIANGIRLSPROFILE.COM | PRIMARY |
| UKRAINIANHOTBLONDS.INFO | PRIMARY |
| UKRAINIANLADIESPROFILE.COM | PRIMARY |
| UKRAINIANLOVEBOAT.COM | PRIMARY |
| UKRAINIANPRIVATEDATING.INFO | PRIMARY |
| UKRAINIANPRIVATEDATING.NET | PRIMARY |
| UKRAINIANTEENMODELS.COM | PRIMARY |
| UKRAINIANTEENMODELS.INFO | PRIMARY |
| UKRAINIANTEENMODELS.NET | PRIMARY |
| UKRAINIANTEENMODELS.ORG | PRIMARY |
| UKRAINIANTOPMODEL.COM | PRIMARY |
| UKRAINIANTOPMODELS.COM | PRIMARY |
| UKRAINIANWOMENSPROFILE.COM | PRIMARY |
| ULTIMATECAMCHAT.COM | PRIMARY |
| UNITYINLOVE.NET | PRIMARY |
| USADATEZONE.COM | PRIMARY |
| VANESSDATING.COM | PRIMARY |
| WOMEN2DATE.COM | PRIMARY |
| WOMENSPROFILE.COM | PRIMARY |
| XXXSEXMATES.COM | PRIMARY |
| YOUR-MATCH.NET | PRIMARY |
| ZOESANGELS.COM | PRIMARY |

| | |
|---|---|
| MAINE-INC.NET | SECONDARY |
| AMOLATINA.COM | SECONDARY |
| ASIANBEAUTIES.COM | SECONDARY |
| ORIENTBRIDES.COM | SECONDARY |

Name Server details for maine-inc.net

| | |
|---|---|
| master count | 88 |
| secondary count | 5 |
| total count | 93 |

Master Domains

| | |
|---|---|
| .com | 64 |
| .net | 16 |
| .org | 3 |
| .biz | 0 |
| .info | 3 |
| .us | 2 |

Domains on this name server

| | |
|---|---|
| 4AFRICABEAUTIES.COM | PRIMARY |
| AFRICABEAUTIES.COM | PRIMARY |
| AFRICABEAUTIES.NET | PRIMARY |
| AFRICABEAUTIESCUP.COM | PRIMARY |
| AMOLATINA.NET | PRIMARY |
| AMOLATINA.US | PRIMARY |
| AMOLATINALADIES.COM | PRIMARY |
| AMOLATINASAGENCY.COM | PRIMARY |
| AMOLATINATOURS.COM | PRIMARY |
| AMOLATINO.COM | PRIMARY |
| AMOLATINOLADIES.COM | PRIMARY |
| ANASTASIA-INTERNATIONAL.INFO | PRIMARY |
| ANASTASIA-INTL.COM | PRIMARY |
| ANASTASIAAGENCY.COM | PRIMARY |
| ANASTASIABVB.COM | PRIMARY |
| ANASTASIACOMPLAINTS.COM | PRIMARY |
| ANASTASIADATE.COM | PRIMARY |
| ANASTASIADATE.INFO | PRIMARY |
| ANASTASIADATEINFO.COM | PRIMARY |
| ANASTASIADATES.COM | PRIMARY |
| ANASTASIADREAM.COM | PRIMARY |
| ANASTASIAGIRL.COM | PRIMARY |
| ANASTASIAGIRLS.COM | PRIMARY |
| ANASTASIAINTL.COM | PRIMARY |
| ANASTASIALADIES.COM | PRIMARY |
| ANASTASIALADY.COM | PRIMARY |
| ANASTASIAPRESS.COM | PRIMARY |
| ANASTASIAPRINCESS.COM | PRIMARY |
| ANASTASIAQUEEN.COM | PRIMARY |

| | |
|---|---|
| ANASTASIASAFFILIATE.COM | PRIMARY |
| ANASTASIASAGENCY.COM | PRIMARY |
| ANASTASIASBLACKBOOK.COM | PRIMARY |
| ANASTASIASECRET.COM | PRIMARY |
| ANASTASIASECRET.NET | PRIMARY |
| ANASTASIASECRETS.NET | PRIMARY |
| ANASTASIASITE.COM | PRIMARY |
| ANASTASIASITES.COM | PRIMARY |
| ANASTASIASLADIES.COM | PRIMARY |
| ANASTASIASNOWANGEL.COM | PRIMARY |
| ANASTASIATODAY.COM | PRIMARY |
| ANASTASIATOURS.COM | PRIMARY |
| ANASTASIAWEBDATINGTOURS.COM | PRIMARY |
| ANASTASIAWEBSERVICES.COM | PRIMARY |
| ANASTASIAWEBVIDEO.COM | PRIMARY |
| ASIABEAUTIES.US | PRIMARY |
| ASIAN-GIRLS-ONLINE.ORG | PRIMARY |
| BEMYMAN.COM | PRIMARY |
| DATINGANASTASIA.COM | PRIMARY |
| DATINGBLACKGIRL.COM | PRIMARY |
| DMMOZ.ORG | PRIMARY |
| FLOWER-DELIVERY-RUSSIA.COM | PRIMARY |
| FOREIGN-BRIDES.NET | PRIMARY |
| GOANASTASIA.COM | PRIMARY |
| LATINBRIDEWORLD.COM | PRIMARY |
| LATINGIRLSNETWORK.NET | PRIMARY |
| LATINWOMENSITES.COM | PRIMARY |
| MAHEINTERNETSERVICES.COM | PRIMARY |
| MAINEINC.NET | PRIMARY |
| MEETYOURFRIENDS.COM | PRIMARY |
| MISSAMOLATINA.COM | PRIMARY |
| MISSORIENTBRIDES.COM | PRIMARY |
| MOSCOW-BRIDES.COM | PRIMARY |
| ORIENTBRIDES.NET | PRIMARY |
| ORIENTLADIES.COM | PRIMARY |
| PAYONLINESYSTEM.COM | PRIMARY |
| RESPARTNER.NET | PRIMARY |
| ROMANCETOUR.INFO | PRIMARY |
| ROMANCETOUR.NET | PRIMARY |
| ROMANCETOUR.ORG | PRIMARY |
| RUSSIAN-DATING.NET | PRIMARY |
| RUSSIANBRIDES.COM | PRIMARY |
| RUSSIANBRIDESWORLD.COM | PRIMARY |

| | |
|---|---|
| RUSSIANKISS.NET | PRIMARY |
| RUSSIANWOMAN.NET | PRIMARY |
| SINGLERUSSIANWOMEN.NET | PRIMARY |
| WEBANASTASIA.COM | PRIMARY |
| WEBANASTASIADATE.COM | PRIMARY |
| WEBROMANCE.NET | PRIMARY |
| WELCOME-TO-RUSSIA.COM | PRIMARY |
| ANASTASIA-INTERNATIONAL.COM | PRIMARY |
| ANNASTASIA-INTERNATIONAL.COM | PRIMARY |
| AMOLATINA.COM | PRIMARY |
| ASIANBEAUTIES.COM | PRIMARY |
| ORIENTBRIDES.COM | PRIMARY |
| 4RESELLERS.NET | PRIMARY |
| DATINGTELEGRAPH.COM | PRIMARY |
| RUSSIAN-WOMEN-MARRIAGE.COM | PRIMARY |
| RUSSIANBRIDE.COM | PRIMARY |
| FOREIGNWOMENWORLD.COM | SECONDARY |
| LOVEFOREIGNWOMEN.COM | SECONDARY |
| ONLINECOLLECTOR.COM | SECONDARY |
| DATINGCOLLECTOR.COM | SECONDARY |
| 123LOVEMATCH.COM | SECONDARY |

Exhibit M



Exhibit N



Exhibit O

# Hosting History for Brides-for-dream-marriage.com

**Domain Search**

| Enter a Domain Name |
|---|

**Domain Name:**

| Brides-for-dream-marriage.com | Get History |
|---|---|

Enter a domain name into the search box to retrieve the hosting history.

**Registrar History**

| Date | Registrar |
|---|---|
| 2009-07-24 | GoDaddy.com |

**IP Address History**

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2009-09-05 | New | -none- | 205.177.28.58 |
| 2010-08-13 | Change | 205.177.28.58 | 68.178.232.100 |
| 2010-12-09 | Change | 68.178.232.100 | 68.178.232.99 |

Note: The current IP location and IP whois may not be the same as it was on the event date.

**Name Server History**

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2009-07-25 | New | -none- | Maineinc.net |
| 2010-08-04 | Transfer | Maineinc.net | Domaincontrol.com |

**Schmitt Decl. page 052**

DM000727

# Hosting History for Brides-for-dream-marriage.info

**Domain Search**

| Enter a Domain Name |
| --- |

**Domain Name:**

| Brides-for-dream-marriage.com | Get History |
| --- | --- |

Enter a domain name into the search box to retrieve the hosting history.

**IP Address History**

| Event Date | Action | Pre-Action IP | Post-Action IP |
| --- | --- | --- | --- |
| 2009-09-05 | New | -none- | 205.177.28.58 |
| 2010-08-13 | Change | 205.177.28.58 | 68.178.232.100 |
| 2010-12-09 | Change | 68.178.232.100 | 68.178.232.99 |

Note: The current IP location and IP whois may not be the same as it was on the event date.

**Registrar History**

| Date | Registrar |
| --- | --- |
| 2009-07-24 | GoDaddy.com |

**Name Server History**

| Event Date | Action | Pre-Action Server | Post-Action Server |
| --- | --- | --- | --- |
| 2009-07-25 | New | -none- | Maineinc.net |
| 2010-08-04 | Transfer | Maineinc.net | Domaincontrol.com |

**Schmitt Decl. page 053**

DM000728

# Hosting History for Dream-marriage-brides.com

**Domain Search**

| Enter a Domain Name |
|---|

**Domain Name:**

| Brides-for-dream-marriage.com | Get History |
|---|---|

Enter a domain name into the search box
to retrieve the hosting history.

**IP Address History**

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2009-08-25 | New | -none- | 205.177.28.58 |
| 2010-08-13 | Change | 205.177.28.58 | 68.178.232.100 |
| 2010-12-09 | Change | 68.178.232.100 | 68.178.232.99 |

Note: The current IP location and IP whois may not be the
same as it was on the event date.

**Registrar History**

| Date | Registrar |
|---|---|
| 2009-07-24 | GoDaddy.com |

**Name Server History**

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2009-07-25 | New | -none- | Maineinc.net |
| 2010-08-04 | Transfer | Maineinc.net | Domaincontrol.com |

# Hosting History for Dream-marriage-brides.info

**Domain Search**

| Enter a Domain Name |
|---|

**Domain Name:**

Brides-for-dream-marriage.com    Get History

Enter a domain name into the search box
to retrieve the hosting history.

**IP Address History**

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2009-08-25 | New | -none- | 205.177.28.58 |
| 2010-08-13 | Change | 205.177.28.58 | 68.178.232.100 |
| 2010-12-09 | Change | 68.178.232.100 | 68.178.232.99 |

Note: The current IP location and IP whois may not be the
same as it was on the event date.

**Registrar History**

| Date | Registrar |
|---|---|
| 2009-07-24 | GoDaddy.com |

**Name Server History**

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2009-07-25 | New | -none- | Maineinc.net |
| 2010-08-04 | Transfer | Maineinc.net | Domaincontrol.com |

**Schmitt Decl. page 055**

DM000730

# Hosting History for Dreammarriage.info

**Domain Search**

| Enter a Domain Name |
|---|

**Domain Name:**

Brides-for-dream-marriage.com    Get History

Enter a domain name into the search box
to retrieve the hosting history.

**IP Address History**

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2007-03-20 | New | -none- | 68.178.232.100 |
| 2007-09-23 | Change | 68.178.232.100 | 64.202.189.170 |
| 2007-10-21 | Not Resolvable | 64.202.189.170 | -none- |
| 2008-03-09 | Change | 64.202.189.170 | 68.178.232.100 |
| 2008-05-04 | Not Resolvable | 68.178.232.100 | -none- |
| 2009-09-05 | New | -none- | 205.177.28.58 |
| 2010-08-13 | Change | 205.177.28.58 | 68.178.232.100 |
| 2010-12-09 | Change | 68.178.232.100 | 68.178.232.99 |

Note: The current IP location and IP whois may not be the
same as it was on the event date.

**Registrar History**

| Date | Registrar |
|---|---|
| 2009-07-24 | GoDaddy.com |

**Name Server History**

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2007-03-20 | New | -none- | Domaincontrol.com |
| 2008-05-02 | Delete | Domaincontrol.com | -none- |
| 2009-07-25 | New | -none- | Maineinc.net |
| 2010-08-04 | Transfer | Maineinc.net | Domaincontrol.com |

**Schmitt Decl. page 056**

DM000731

# Hosting History for Dreammarriageonline.com

**Domain Search**

| Enter a Domain Name |
|---|

**Domain Name:**

| Brides-for-dream-marriage.com | Get History |
|---|---|

Enter a domain name into the search box
to retrieve the hosting history.

**IP Address History**

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2009-09-05 | New | -none- | 205.177.28.58 |
| 2010-08-13 | Change | 205.177.28.58 | 68.178.232.100 |
| 2010-12-09 | Change | 68.178.232.100 | 68.178.232.99 |

Note: The current IP location and IP whois may not be the
same as it was on the event date.

**Registrar History**

| Date | Registrar |
|---|---|
| 2009-07-24 | GoDaddy.com |

**Name Server History**

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2009-07-25 | New | -none- | Maineinc.net |
| 2010-08-04 | Transfer | Maineinc.net | Domaincontrol.com |

# Hosting History for Russian-dream-marriage.info

**Domain Search**

| Enter a Domain Name |
|---|

**Domain Name:**

| Brides-for-dream-marriage.com | Get History |
|---|---|

Enter a domain name into the search box to retrieve the hosting history.

**Registrar History**

| Date | Registrar |
|---|---|
| 2009-07-24 | GoDaddy.com |

**IP Address History**

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2009-08-25 | New | -none- | 205.177.28.58 |
| 2010-08-03 | Change | 205.177.28.58 | 68.178.232.100 |
| 2010-12-09 | Change | 68.178.232.100 | 68.178.232.99 |

Note: The current IP location and IP whois may not be the same as it was on the event date.

**Name Server History**

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2009-07-25 | New | -none- | Maineinc.net |
| 2010-08-04 | Transfer | Maineinc.net | Domaincontrol.com |

**Schmitt Decl. page 058**

operations_1367  Logout  |  My Account

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |
| **Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## Hosting History for Dreemmarriage.info

**Domain Search**

Enter a Domain Name

Domain Name: dreemmarriage.info

Enter a domain name into the search box
to retrieve the hosting history.

**Registrar History**

| Date | Registrar |
| --- | --- |
| 2009-07-24 | GoDaddy.com |

**Name Server History**

| Event Date | Action | Pre-Action Server | Post-Action Server |
| --- | --- | --- | --- |
| | -none- | | Maineinc.net |
| 2010-08-04 | Transfer | Maineinc.net | Domaincontrol.com |

**IP Address History**

| Event Date | Action | Pre-Action IP | Post-Action |
| --- | --- | --- | --- |
| 2009-09-05 | New | -none- | 205.177.28. |
| 2010-08-13 | Change | 205.177.28.58 | 68.178.232.100 |



Note: The current IP location and IP whois may not be the same as it was
on the event date.

Discontinue this Unit Service

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.

operations_1367  Logout  |  My Account

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

| Power Tools: | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## Hosting History for Russian-dream-marriage.com

**Domain Search**

Enter a Domain Name

Domain Name: russian-dream-marriage.co █████

Enter a domain name into the search box
to retrieve the hosting history.

**IP Address History**

| Event Date | Action | Pre-Action IP | Post-Action IP |
|---|---|---|---|
| 2009-07-25 | New | -none- | 205.177.28.58 |
| 2009-07-27 | Not Resolvable | 205.177.28.58 | -none- |
| 2010-08-03 | Change | 205.177.28.58 | 68.178.232.█ |



Note: The current IP location and IP whois may not be the same as it was on the event date.

**Registrar History**

| Date | Registrar |
|---|---|
| 2009-07-24 | GoDaddy.com |

**Name Server History**

| Event Date | Action | Pre-Action Server | Post-Action Server |
|---|---|---|---|
| 2009-07-25 | New | -none- | Maineinc.net |
| 2010-08-04 | Transfer | Maineinc.net | Domaincontrol.com |

Discontinue this Unit Service

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.

DM000740

operations_1367  Logout | My Account

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |

| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:** | Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert |

## Hosting History for Dreammarriag.info

**Domain Search**

Enter a Domain Name

Domain Name: dreammarriag.info

Enter a domain name into the search box
to retrieve the hosting history.

**Registrar History**

| Date | Registrar |
|------|-----------|
| 2009-07-24 | GoDaddy.com |

**Name Server History**

| Event Date | Action | Pre-Action Server | Post-Action Server |
|------------|--------|-------------------|--------------------|
| | | -none- | Maineinc.net |
| 2010-08-04 | Transfer | Maineinc.net | Domaincontrol.com |

**IP Address History**

| Event Date | Action | Pre-Action IP | Post-Action |
|------------|--------|---------------|-------------|
| 2009-08-25 | New | -none- | 205.177.28. |
| 2010-08-13 | Change | 205.177.28.58 | 68.178.232.100 |



Note: The current IP location and IP whois may not be the same as it was
on the event date.

Discontinue this Unit Service

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© 2010 DomainTools, LLC All rights reserved.

Exhibit P

WHOIS queries made on August 19, 2011, by Andy Schmitt.

AfricaBeauties.com

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

    Domain Name: AFRICABEAUTIES.COM
    Registrar: GODADDY.COM, INC.
    Whois Server: whois.godaddy.com
    Referral URL: http://registrar.godaddy.com
    Name Server: NS.MAINE-INC.NET
    Name Server: NS2.MAINE-INC.NET
    Name Server: NS5.MAINEINC.NET
    Status: clientDeleteProhibited
    Status: clientRenewProhibited
    Status: clientTransferProhibited
    Status: clientUpdateProhibited
    Updated Date: 18-nov-2010
    Creation Date: 23-jan-2007
    Expiration Date: 23-jan-2012

>>> Last update of whois database: Fri, 19 Aug 2011 23:53:21 UTC <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.

TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability.  VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.

The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.
The data contained in GoDaddy.com, Inc.'s WhoIs database,
while believed by the company to be reliable, is provided "as is"
with no guarantee or warranties regarding its accuracy.  This
information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, Inc.  By submitting an inquiry,

you agree to these terms of usage and limitations of warranty.  In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
and solicitations of any kind, including spam.  You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.


Please note: the registrant of the domain name is specified
in the "registrant" field.  In most cases, GoDaddy.com, Inc.
is not the registrant of domain names listed in this database.


Registrant:
    Web Service LLC
    Obrazcova 14
    Moscow, Moscow 127055
    Russian Federation

    Registered through: GoDaddy.com, Inc. (http://www.godaddy.com)
    Domain Name: AFRICABEAUTIES.COM
        Created on: 23-Jan-07
        Expires on: 23-Jan-12
        Last Updated on: 18-Nov-10

    Administrative Contact:
        Eremin, Alexey  vebservice@yahoo.com
        Web Service LLC
        Obrazcova 14
        Moscow, Moscow 127055
        Russian Federation
        +7.4957751543      Fax -- +7.4957751543

    Technical Contact:
        Eremin, Alexey  vebservice@yahoo.com
        Web Service LLC
        Obrazcova 14
        Moscow, Moscow 127055
        Russian Federation
        +7.4957751543      Fax -- +7.4957751543

    Domain servers in listed order:
        NS2.MAINE-INC.NET
        NS.MAINE-INC.NET
        NS5.MAINEINC.NET


Russianbride.com

Whois Server Version 2.0

Domain names in the .com and .net domains can now be registered
with many different competing registrars. Go to http://www.internic.net
for detailed information.

    Domain Name: RUSSIANBRIDE.COM
    Registrar: REGIONAL NETWORK INFORMATION CENTER, JSC DBA RU-CENTER
    Whois Server: whois.nic.ru
    Referral URL: http://www.nic.ru
    Name Server: NS.MAINE-INC.NET
    Name Server: NS2.MAINE-INC.NET
    Name Server: NS5.MAINEINC.NET
    Status: clientTransferProhibited
    Updated Date: 03-may-2011
    Creation Date: 20-jan-1997
    Expiration Date: 21-jan-2013

```
>>> Last update of whois database: Fri, 19 Aug 2011 23:51:50 UTC <<<

NOTICE: The expiration date displayed in this record is the date the
registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration
date of the domain name registrant's agreement with the sponsoring
registrar.  Users may consult the sponsoring registrar's Whois database to
view the registrar's reported date of expiration for this registration.


TERMS OF USE: You are not authorized to access or query our Whois
database through the use of electronic processes that are high-volume and
automated except as reasonably necessary to register domain names or
modify existing registrations; the Data in VeriSign Global Registry
Services' ("VeriSign") Whois database is provided by VeriSign for
information purposes only, and to assist persons in obtaining information
about or related to a domain name registration record. VeriSign does not
guarantee its accuracy. By submitting a Whois query, you agree to abide
by the following terms of use: You agree that you may use this Data only
for lawful purposes and that under no circumstances will you use this Data
to: (1) allow, enable, or otherwise support the transmission of mass
unsolicited, commercial advertising or solicitations via e-mail, telephone,
or facsimile; or (2) enable high volume, automated, electronic processes
that apply to VeriSign (or its computer systems). The compilation,
repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to
use electronic processes that are automated and high-volume to access or
query the Whois database except as reasonably necessary to register
domain names or modify existing registrations. VeriSign reserves the right
to restrict your access to the Whois database in its sole discretion to ensure
operational stability.  VeriSign may restrict or terminate your access to the
Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time.


The Registry database contains ONLY .COM, .NET, .EDU domains and
Registrars.
% By submitting a query to RU-CENTER's Whois Service
% you agree to abide by the following terms of use:
% http://www.nic.ru/about/servpol.html (in Russian)
% http://www.nic.ru/about/en/servpol.html (in English).


Domain name:            RUSSIANBRIDE.COM
Name Server:            ns.maine-inc.net
Name Server:            ns2.maine-inc.net
Name Server:            ns5.maineinc.net
Creation Date:          1997.01.20
Expiration Date:        2013.01.21

Status:                 DELEGATED

Registrant ID:          4BQAAC7-RU
Registrant Name:        LLC "Web Service"
Registrant Organization: LLC "Web Service"
Registrant Street1:     Obrazcova 14
Registrant City:        Moscow
Registrant Postal Code: 127055
Registrant Country:     RU

Administrative, Technical Contact
Contact ID:             4BQAAC7-RU
Contact Name:           LLC "Web Service"
Contact Organization:   LLC "Web Service"
Contact Street1:        Obrazcova 14
Contact City:           Moscow
Contact Postal Code:    127055
Contact Country:        RU
Contact Phone:          +7 495 7751543
```

Contact Fax:            +7 495 7751543
Contact E-mail:         vebservice@yahoo.com

Registrar:              Regional Network Information Center, JSC dba RU-CENTER

Last updated on 2011.08.20 03:52:20 MSK/MSD