LODGED

2011 AUG 23 AM 10:58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

**DENIED**
BY ORDER OF
Magistrate Judge Mumm
ON AUG 2 4 2011

*Inadequate showing of confidentiality.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dream Marriage Group, Inc., <br><br>  Plaintiff, <br><br> vs. <br><br> Anastasia International, Inc. et al., <br><br>  Defendants. | Case no. CV 10-5034 RSWL (FFMx) <br><br> [Proposed Order] <br><br> SEALING CONFIDENTIAL DOCUMENTS IN OPPOSITION TO DEFENDANT'S EX PARTE APPLICATION TO LIMIT THE DURATION OF THE DEPOSITION OF ELENA SYKES AS AN INDIVIDUAL, AND AS A 30(b)(6) WITNESS <br><br> [Pursuant to L.R. 79-5.1] |

The Court, having considered the Plaintiff's Application to File Confidential Documents in Opposition to Defendant's Ex Parte Application to Limit the Duration of the Deposition of Elena Sykes as an Individual, and as a 30(b)(6) Witness, pertaining to the Exhibit D attached to the Declaration of Bruce A. Fields, containing information designated by Defendant Anastasia International as Confidential and/or Highly Confidential,

**IT IS HEREBY ORDERED** that the Clerk file the Exhibit D attached to the Declaration of Bruce A. Fields under seal.

**IF DENIED** the underlying document and the sealing application shall be returned to Bruce A. Fields, 1801 Century Park East, 24th Floor, Los Angeles, California 90067, without filing.

Dated: _____

_____
Hon. Fredrick F. Mumm
United States Magistrate Judge