Bruce A. Fields
Bruce A. Fields, A Professional Corporation
1801 Century Park East, 24th Floor
Los Angeles, California 90067

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dream Marriage Group, Inc.,<br><br>PLAINTIFF(S)<br>v.<br>Anastasia International, Inc., et al.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 10-05034-RSWL (FFMx)<br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 10-07 or any successor General Order and Local Rule 5-4, the following document(s) or item(s) will be manually filed. **List Documents:**

Exhibits 4, 5, and 6 to the Declaration of Bruce A. Fields (ECF No. 101);  Application to File Confidential Documents Under Seal; [Proposed Order] Sealing Confidential Documents

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  Application to File Confidential Documents Under Seal; [Proposed Order] Sealing Confidential Documents

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☑ Per Court order dated March 10, 2011

☐ Manual Filing required ( *reason* ):

January 21, 2012
Date

Bruce A. Fields
Attorney Name

Dream Marriage Group, Inc.
Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (12/11)                              **NOTICE OF MANUAL FILING**