1   Bruce A. Fields (102426)
2   bfields@bfieldslaw.com
    Bruce A. Fields A.P.C.
3   1801 Century Park East, 24th Floor
    Los Angeles, California 90067
4   Telephone:  310-552-7832
5   Facsimile:   800-279-4830

6   Attorneys for Plaintiff
    Dream Marriage Group, Inc.

7

8               UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11   Dream Marriage Group, Inc.,              Case no. CV 10-5034 RSWL (FFMx)

12                        Plaintiff,          DECLARATION OF SHYRAH
                                              BUTCHER IN SUPPORT OF
13          vs.                               PLAINTIFF'S OPPOSITION TO THE
                                              JOINT STATEMENT MOTION TO
14   Anastasia International, Inc. et al.,    ALLOW DMITRY SOLOVIEV ACCESS
                                              TO CONFIDENTIAL MATERIAL
15                        Defendants.         UNDER PROTECTIVE ORDER [DKT.
16                                            57]

17

18

19

20

21

22

23

24

25

26

27          (

28

I, Shyrah Butcher, declare:

1.      I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto.

2.      I am a Vice President of Corporate Affairs for Plaintiff Dream Marriage Group, Inc. ("DMG"). Additionally, I am Vice-President of Dream World Partners, Inc., DMG's managing entity, where my responsibilities include coordinating customer service and website development for the website http://www.dream-marriage.com (the "Website") on behalf of DMG.

3.      None of the profile information for any of the male members of the Website can be accessed publicly, via 'screen scraping' or by any other means. This is true now and has been true since at least January of 2009.

4.      None of the profile information accessible by the public, with or without a "male" login, contains the last name of any of the Website's female members. The only information accessible to the public is a female member's first name, a numeric value that uniquely identifies the member on the Website (their "Member ID"), and general information such as city of residence, level of education, etc.

5.      A true and correct copy of an example female member's profile page (as retained by the web service archive.org[1]), circa February 2009, is attached hereto as Exhibit "A."

6.      A true and correct copy of an example female member's profile page as of this writing is attached hereto as Exhibit "B."

7.      The full identities of the female members has never been publicly available via the Website. As such, providing a non-redacted list of our female members' first and last names, together with their Member ID, would provide the Defendant with more information than they were able to obtain from the Website via their screen scraping.

---

[1] Whose records can be further authenticated; see, e.g., http://archive.org/legal/faq.php, http://archive.org/legal/affidavit.php

DECLARATION OF SHYRAH BUTCHER - CV 10-5034 RSWL (FFMx)

8.     Likewise, providing the identities of our male members in any fashion would be providing the Defendant with more information than their screen scraping of the Website provided.

9.     As such, the names of our male members, and the full names of our female members, are not required for evaluating the information scraped from the Website and will provide no guidance as to whether or not any given information was, in fact, so scraped.

10.     DMG has endeavored with great effort and cost to prevent the Defendant in this case from accessing information contained in the documents sought to be provided to Defendant's Moscow consultant. DMG's business relies heavily on it's relationship with Agencies that assist DMG with female participants on DMG's website.  My understanding is that many Agencies have been harassed and penalized by Defendant when certain women participants are shared by both Defendant's website and websites operated by Defendant, it's partners and affiliates. DMG has implemented a feature on it's website to hide women that have been submitted by Agencies in order to curtail the harassment, which has caused DMG substantial damage and loss of revenues.

11.     DMG has a good faith belief that, if the full identities of the Website's female members is disseminated in Russia or the Ukraine, those female members can and likely will be subject to harassment and interference, either directly or through the agency(ies) that represent those members, by Defendant Anastasia International, Inc., and/or those acting on its behalf. This would cause DMG irreparable harm in it's business and relationships with the Agencies that DMG relies upon to operate it's business. Further, the release of this information with respect to DMG's male clients and the females that desire to remain hidden on DMG's website will violate the privacy rights of these persons.

///
///
///
///
///

3

1    I declare under penalty of perjury under the laws of the United States that the foregoing is

2    true and correct.

3

4    Executed in Beverly Hills, California this 10th day of April, 2012.

5

6

7    Shyrah Butcher

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4