Craig B. Bailey (State Bar No. 114410)
  cbailey@fulpat.com
James Juo (State Bar No. 193852)
  jjuo@fulpat.com
Scott R. Hansen (State Bar No. 164012
  shansen@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696

Attorneys for Defendant Anastasia International, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Dream Marriage Group, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Anastasia International, Inc.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 10-5034 RSWL (FFMx)<br><br>**DECLARATION OF DMITRY SOLOVIEV IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND**<br><br>Date:    June 27, 2012<br>Time:    10:00 a.m.<br>Judge: Hon. Ronald S.W. Lew |

I, Dmitry Soloviev, do hereby declare as follows:

1.     I have been retained as an independent consultant in this case to assist Defendant Anastasia International, Inc. with respect to matters relating to information technology and the internet.  A copy of my curriculum vitae is attached as Exhibit A.

2.     I have reviewed the Declaration of Andy Schmitt in Support of Plainitff's Motion for Leave to File a Fourth Amended Complaint.  The Declaration states that Exhibit D attached to his declaration is a summary of data extracted from computer logfiles in connection with alleged "screen scraping" activities by Anastasia.

3.     I have reviewed the logfiles and other documents bearing production numbers DMCD0000001 to DMCD0240702 that Plaintiff Dream Marriage Group, Inc. ("DMG") has produced in this case.

4.     I have compared the data in Mr. Schmitt's Exhibit D with documents DMCD0000001 to DMCD0240702, and have found that none of the entries in Mr. Schmitt's Exhibit D could have been obtained from the documents DMCD0000001 to DMCD0240702.

5.     I have reviewed the Fourth Amended Complaint [Dkt. 180-1].

6.     Paragraph 60 of the Fourth Amended Complaint states:

> 60. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'DaveRobertson' on the Website, which was used to access the Website (without authorization from, and/or exceeding the

DECLARATION OF DMITRY SOLOVIEV IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND
10-5034 RSWL (FTMx)

2

use authorized by, the Plaintiffs) from IP address 66.11.129.231 from on or about December 14, 2010, 8:05 am through at least August 4, 2011, 3:52 am.

Documents DMCD0000001 to DMCD0240702 only contain web-server logfiles for one day – 1 July 2010 – and do not contain any information regarding "DaveRobertson."

7.     Paragraph 61 of the Fourth Amended Complaint states:

> 61. The Revised Terms (¶ 48, above) were accepted by the following Scraper Logins, at the dates and times indicated:
> a.  By user account 'NeilB' on February 4, 2011 at 5:43:23 a.m., 2011-02-04 05:43:23 from IP Address 66.11.129.231; and
> b.  By user account 'DaveRobertson' on August 8, 2011 at 3:55:03 a.m., from IP Address 66.11.129.231

Documents DMCD0000001 to DMCD0240702 do not contain any information from the time frame referenced in paragraph 61 of the Fourth Amended Complaint, or of any acceptance of Revised Terms by either user account.

8.     Paragraph 62 of the Fourth Amended Complaint states:

> 62. Thereafter, the Defendants continued their Screen Scraping activity, with at least the following Scraper Logins from and corresponding IP addresses:
> a.  From IP address 199.48.147.38 on or about February 24, 2011 at 4:33 am using Scraper Login 'NeilB' (¶ 319);
> b.  From IP address 91.135.154.1 from on or about March 17, 2011 at 6:22 am through at least March 30, 2011 at 5:45 am using Scraper Login 'NeilB' (¶ 318);
> c.  From IP address 91.205.9.243 from on or about August 5, 2011 at 12:44 am through at least October 25, 2011 at 7:52 am using Scraper Login 'NeilB'(¶ 317);
> d.  From IP address 91.135.154.10 from on or about July 13, 2011 at 10:44 pm through at least November 2, 2011 at 12:37 am using Scraper Login 'NeilB'(¶ 316);

Declaration Of Dmitry Soloviev In Support Of Defendant's Opposition To Plaintiff's Motion For Leave To Amend 10-5034 RSWL (FFMx)

3

          e. From IP address 66.11.129.231 from on or about November 1, 2010 at 3:20 am through at least November 8, 2011 at 4:06 am using Scraper Login 'NeilB'(¶ 315);

          f. From IP address 89.17.39.18 from on or about December 11, 2011 at 11:33 pm through at least December 11, 2011 at 11:33 pm using Scraper Login 'NeilB' (¶ 314).

Documents DMCD0000001 to DMCD0240702 do not contain any information about IP address: 199.48.147.38; IP address: 91.135.154.1; IP address: 91.205.9.243; IP address: 91.135.154.10; IP address: 66.11.129.231; or IP address: 89.17.39.18

    9.     Paragraph 63 of the Fourth Amended Complaint states:

          63. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'yarthefish' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 66.11.129.231 on March 5, 2012 at 1:59 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about IP address: 66.11.129.231. Nor is there any information about "yarthefish."

    10.    Paragraph 65 of the Fourth Amended Complaint states:

          65. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'SaudiMoon' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 192.251.226.206 from on or about January 18, 2010, 9:55 am through at least December 1, 2010, 11:02 am, from IP address 79.136.50.205 from on or about March 5, 2010, 4:33 pm through at least April 10, 2010, 10:58 am, and from IP address 174.36.199.200 on November 28, 2010 at 3:16 pm.

1    Documents DMCD0000001 to DMCD0240702 do not contain any
2    information about the above IP addresses, or about "SaudiMoon."

3

4    11.    Paragraph 66 of the Fourth Amended Complaint states:

5             66. The Plaintiffs are informed and believe, and thereon
6         allege, that the Defendants created user account 'vovancho' on
          the Website, which was used to access the Website (without
7         authorization from, and/or exceeding the use authorized by,
          the Plaintiffs) from IP address 195.161.102.214 on January 21,
8         2010 at 11:05 pm.

9    Documents DMCD0000001 to DMCD0240702 do not contain any
10   information about the above IP address, or about "vovancho."

11

12   12.    Paragraph 67 of the Fourth Amended Complaint states:
13
             67. The Plaintiffs are informed and believe, and thereon
14        allege, that the Defendants created user account
          'AntonioKirsten' on the Website, which was used to access
15        the Website (without authorization from, and/or exceeding the
16        use authorized by, the Plaintiffs) from IP address
          207.226.162.253 on January 29, 2010 at 5:53 am.
17

18   Documents DMCD0000001 to DMCD0240702 do not contain any
19   information about the above IP address, or about "AntonioKirsten."

20

21   13.    Paragraph 68 of the Fourth Amended Complaint states:

22            68. The Plaintiffs are informed and believe, and thereon
          allege, that the Defendants created user account 'obe33' on the
23        Website, which was used to access the Website (without
          authorization from, and/or exceeding the use authorized by,
24        the Plaintiffs)from IP address 192.251.226.206 from on or
25        about February 7, 2010, 6:07 pm through at least December
          22, 2010, 5:13 pm, from IP address 174.36.199.200 on
26        November 10, 2010 at 12:49 pm, from IP address
27        174.36.199.201 on December 3, 2010 at 7:17 pm, from IP
          address 208.66.135.190 on December 18, 2010 at 12:13 pm,
28

and from IP address 199.48.147.38 on February 1, 2011 at 8:09 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP addresses, or about "obe33."

14.    Paragraph 69 of the Fourth Amended Complaint states:

69. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'yarostone' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs)from IP address 213.247.150.120 on February 10, 2010 at 1:43 am, from IP address 209.9.160.4 on March 1, 2010 at 6:08 am, and from IP address 91.135.149.142 on March 16,2010 at 10:49 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP addresses, or about "yarostone."

15.    Paragraph 70 of the Fourth Amended Complaint states:

70. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'VOYAKINS' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 192.251.226.206 on February 28, 2010 at 12:25 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or about "VOYAKINS."

16.    Paragraph 71 of the Fourth Amended Complaint states:

71. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'Yana613106' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs from IP address 91.135.149.142 from on or about March 1, 2010, 6:30 am through at least

DECLARATION OF DMITRY SOLOVIEV IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND
10-5034 RSWL (FFMx)

6

1       March 9, 2010, 6:40 am, from IP address 204.93.137.42 from
2   on or about March 2, 2010, 7:38 am through at least March 3,
    2010, 10:46 pm, from IP address 217.64.166.3 from on or
3   about March 2, 2010, 8:09 am through at least March 3, 2010,
    10:44 pm, from IP address 195.69.74.9 from on or about
4   March 2, 2010, 8:09 am through at least March 3, 2010, 10:47
5   pm, from IP address 89.234.7.214 on March 3, 2010 at 5:34
    am, and from IP address 213.247.150.120 on March 5, 2010 at
6   3:55 am.

7       Documents DMCD0000001 to DMCD0240702 do not contain any
8   information about the above IP addresses, or about "Yana613106."
9

10      17.    Paragraph 72 of the Fourth Amended Complaint states:
11      72. The Plaintiffs are informed and believe, and thereon
12  allege, that the Defendants created user account 'sAlexandre'
    on the Website, which was used to access the Website
13  (without authorization from, and/or exceeding the use
14  authorized by, the Plaintiffs) from IP address 62.212.67.209
    on March 13, 2010 at 5:10 am.
15

16      Documents DMCD0000001 to DMCD0240702 do not contain any
17  information about the above IP address, or about "sAlexandre."
18

19      18.    Paragraph 73 of the Fourth Amended Complaint states:
20      73. The Plaintiffs are informed and believe, and thereon
    allege, that the Defendants created user account 'angelo_it' on
21  the Website, which was used to access the Website (without
    authorization from, and/or exceeding the use authorized by,
22  the Plaintiffs) from IP address 192.251.226.206 from on or
23  about March 23, 2010, 1:11 am through at least July 13, 2010,
    5:22 am, and from IP address 94.23.44.129 from on or about
24  July 7, 2010, 2:45 am through at least July 8, 2010, 12:58 am.

25      Documents DMCD0000001 to DMCD0240702 do not contain any
26  information about the above IP addresses, or about "angelo_it. "
27
28

DECLARATION OF DMITRY SOLOVIEV IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND       7
10-5034 RSWL (FFMx)

19.   Paragraph 74 of the Fourth Amended Complaint states:

74. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'lugard.raymond' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 192.251.226.206 on April 1, 2010 at 7:40 am.

Documents DMCD0000001  to DMCD0240702 do not contain any information about the above IP address, or about "lugard.raymond."

20.   Paragraph 75 of the Fourth Amended Complaint states:

75. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'teddy4sure' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 192.251.226.206 on April 3, 2010 at 10:30 am.

Documents DMCD0000001  to DMCD0240702 do not contain any information about the above IP address, or about "teddy4sure."

21.   Paragraph 76 of the Fourth Amended Complaint states:

76. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'AntonioK' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 213.247.150.120 from on or about April 5, 2010, 3:31 am through at least May 25, 2010, 11:31 pm, from IP address 195.161.102.214 on May 25, 2010 at 11:31 pm, from IP address 91.135.154.10 on August 2, 2011 at 10:50 pm, and from IP address 91.205.9.243 on August 2, 2011 at 10:58 pm.

Documents DMCD0000001  to DMCD0240702 do not contain any information about the above IP addresses, or about "AntonioK."

22.  Paragraph 77 of the Fourth Amended Complaint states:

77. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'Viktoriya120835' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 195.161.102.214 from on or about April 6, 2010, 3:30 am through at least May 21, 2010, 4:31 am, and from IP address 91.135.149.142 from on or about May 21, 2010, 1:29 am through at least June 22, 2010, 12:45 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP addresses, or about "Viktoriya120835."

23.  Paragraph 78 of the Fourth Amended Complaint states:

78. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'Juliya765814' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 195.161.102.214 from on or about April 6, 2010, 3:39 am through at least April 7, 2010, 12:48 am, and from IP address 91.135.149.142 on April 6,2010 at 9:15 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP addresses, or about "Juliya765814."

24.  Paragraph 79 of the Fourth Amended Complaint states:

79. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'Lyubov622655' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 195.161.102.214 on April 8, 2010 at 3:59 am, and from IP address 91.135.149.142 from on or about April 8, 2010, 5:10 am through at least April 8,2010, 10:34 am.

1    Documents DMCD0000001 to DMCD0240702 do not contain any

2    information about the above IP addresses, or about "Lyubov622655."

3

4        25.    Paragraph 80 of the Fourth Amended Complaint states:

5            80. The Plaintiffs are informed and believe, and thereon
             allege, that the Defendants created user account 'manthunder'
6            on the Website, which was used to access the Website
             (without authorization from, and/or exceeding the use
7            authorized by, the Plaintiffs) from IP address 192.251.226.206
8            on April 9, 2010 at 11:37 pm.

9        Documents DMCD0000001 to DMCD0240702 do not contain any

10   information about the above IP address, or about "manthunder."

11

12       26.    Paragraph 81 of the Fourth Amended Complaint states:

13           81. The Plaintiffs are informed and believe, and thereon
14           allege, that the Defendants created user account
             'Swordfish90293' on the Website, which was used to access
15           the Website (without authorization from, and/or exceeding the
16           use authorized by, the Plaintiffs) from IP address
             91.135.149.142 from on or about April 12, 2010, 3:26 am
17           through at least April 22, 2010, 4:49 am.

18       Documents DMCD0000001 to DMCD0240702 do not contain any

19   information about the above IP address, or about "Swordfish90293."

20

21       27.    Paragraph 82 of the Fourth Amended Complaint states:

22           82. The Plaintiffs are informed and believe, and thereon
23           allege, that the Defendants created user account 'saliebriggs'
             on the Website, which was used to access the Website
24           (without authorization from, and/or exceeding the use
25           authorized by, the Plaintiffs) from IP address 192.251.226.206
             on May 1, 2010 at 11:33 am.
26

27       Documents DMCD0000001 to DMCD0240702 do not contain any

28   information about the above IP address, or about "saliebriggs."

28.    Paragraph 83 of the Fourth Amended Complaint states:

> 83. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'DEBERY' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 192.251.226.206 on May 8, 2010 at 5:25 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or about "DEBERY."

29.    Paragraph 84 of the Fourth Amended Complaint states:

> 84. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'kennedyrashak20' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 192.251.226.206 on May 9, 2010 at 4:12 pm, and from IP address 62.212.67.209 on May 17, 2010 at 3:50 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP addresses, or about "kennedyrashak20."

30.    Paragraph 85 of the Fourth Amended Complaint states:

> 85. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'ikmerro2009' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 62.212.67.209 on May 11, 2010 at 4:34 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or about "ikmerro2009."

DECLARATION OF DMITRY SOLOVEV IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND
10-5034 RSWL (FFMx)

11

31.   Paragraph 86 of the Fourth Amended Complaint states:

86. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'davidstan' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 62.212.67.209 on May 11, 2010 at 11:56 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or about "davidstan."

32.   Paragraph 87 of the Fourth Amended Complaint states:

87. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'bheller00' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 192.251.226.206 on May 12, 2010 at 7:36 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or about "bheller00."

33.   Paragraph 88 of the Fourth Amended Complaint states:

88. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'binb' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 79.136.50.205 on May 14, 2010 at 5:42 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or about "binb."

34.   Paragraph 89 of the Fourth Amended Complaint states:

89. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'prince0' on

DECLARATION OF DMITRY SOLOVIEV IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND 10-5034 RSWL (FFMx)

12

the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 62.212.67.209 on May 16, 2010 at 8:39 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or about "prince0."

35.   Paragraph 90 of the Fourth Amended Complaint states:

90. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'alvarogr' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 192.251.226.206 on May 17, 2010 at 5:41 am, and from IP address 94.23.44.129 on May 26, 2010 at 7:43 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP addresses, or about "alvarogr."

36.   Paragraph 91 of the Fourth Amended Complaint states:

91. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'trial' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 70.247.168.60 from on or about May 17, 2010, 3:22 pm through at least May 25, 2010, 4:54 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or about "trial."

37.   Paragraph 92 of the Fourth Amended Complaint states:

92. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'charles_elano' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use

authorized by, the Plaintiffs) from IP address 192.251.226.206 on May 19, 2010 at 5:09 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or about "charles_elano."

38.    Paragraph 93 of the Fourth Amended Complaint states:

> 93. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'pappin' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 192.251.226.206 on May 19, 2010 at 6:50 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or about "pappin."

39.    Paragraph 94 of the Fourth Amended Complaint states:

> 94. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'sakhitova_sophia@mail.ru' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 70.247.168.60 from on or about May 19, 2010, 8:44 pm through at least May 22, 2010, 8:46 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or about sakhitova_sophia@mail.ru.

40.    Paragraph 95 of the Fourth Amended Complaint states:

> 95. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'yassoufa' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 192.251.226.206 on May 24, 2010 at 10:26 am.

1    Documents DMCD0000001 to DMCD0240702 do not contain any

2    information about the above IP address, or about "yassoufa."

3

4    41.    Paragraph 96 of the Fourth Amended Complaint states:

5        96. The Plaintiffs are informed and believe, and thereon
         allege, that the Defendants created user account 'Zac' on the
6        Website, which was used to access the Website (without
         authorization from, and/or exceeding the use authorized by,
7        the Plaintiffs) from IP address 70.247.168.60 on May 25, 2010
8        at 4:53 pm.

9    Documents DMCD0000001 to DMCD0240702 do not contain any

10   information about the above IP address, or about "Zac."

11

12   42.    Paragraph 97 of the Fourth Amended Complaint states:

13       97. The Plaintiffs are informed and believe, and thereon
         allege, that the Defendants created user account 'Roger' on the
14       Website, which was used to access the Website (without
         authorization from, and/or exceeding the use authorized by,
15       the Plaintiffs) from IP address 70.247.168.60 on May 25, 2010
16       at 5:00 pm.

17   Documents DMCD0000001 to DMCD0240702 do not contain any

18   information about the above IP address, or about "Roger."

19

20   43.    Paragraph 98 of the Fourth Amended Complaint states:

21       98. The Plaintiffs are informed and believe, and thereon
         allege, that the Defendants created user account
22       'tvolkova@ozrpost.com' on the Website, which was used to
23       access the Website (without authorization from, and/or
         exceeding the use authorized by, the Plaintiffs) from IP
24       address 70.247.168.60 from on or about May 25, 2010, 5:18
25       pm through at least May 25, 2010, 5:20 pm.

26   Documents DMCD0000001 to DMCD0240702 do not contain any

27   information about the above IP address, or about tvolkova@ozrpost.com.

28

DECLARATION OF DMITRY SOLOVEV IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND          15
10-5034 RSWL (FFMx)

44. Paragraph 99 of the Fourth Amended Complaint states:

> 99. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'Rowland307' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 192.251.226.206 on May 31, 2010 at 4:32 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or about "Rowland307."

45. Documents DMCD0000001 to DMCD0240702 also do not contain information about the IP addresses and user accounts identified in paragraphs 100 to 300 of the Fourth Amended Complaint.

46. Paragraph 301 of the Fourth Amended Complaint states:

> 301. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'nimashaahi' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 199.48.147.38 on October 19, 2011 at 6:42 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or the user account.

47. Paragraph 302 of the Fourth Amended Complaint states:

> 302. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'PeterWang' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 66.11.129.231 from on or about October 22, 2011, 10:14 am through at least November 6, 2011, 10:59 pm.

DECLARATION OF DMITRY SOLOVIEV IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND 10-5034 RSWL (FFMx)

16

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or the user account.

48.    Paragraph 303 of the Fourth Amended Complaint states:

303. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'h.fallahnezhad' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 199.48.147.38 on October 31, 2011 at 11:51 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or the user account.

49.    Paragraph 304 of the Fourth Amended Complaint states:

304. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'temaz' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 91.135.154.10 on November 1, 2011 at 3:23 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or the user account.

50.    Paragraph 305 of the Fourth Amended Complaint states:

305. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'iuhlj' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 91.205.9.243 on November 18, 2011 at 6:58 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or the user account.

DECLARATION OF DMITRY SOLOVIEV IN SUPPORT OF DEFENDANT'S
OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND
10-5034 RSWL (FFMx)

17

51.   Paragraph 306 of the Fourth Amended Complaint states:

306. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'thebigmoe' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 199.48.147.38 on November 19, 2011 at 2:29 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or the user account.

52.   Paragraph 307 of the Fourth Amended Complaint states:

307. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'marvel8' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 91.205.9.243 on December 12, 2011 at 10:17 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or the user account.

53.   Paragraph 308 of the Fourth Amended Complaint states:

308. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'sdh56424' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 91.205.9.243 on December 13, 2011 at 4:37 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or the user account.

DECLARATION OF DMITRY SOLOVIEV IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND 10-5034 RSWL (FFMx)

18

54. Paragraph 309 of the Fourth Amended Complaint states:

> 309. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'm0o0o1' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 62.212.67.209 on January 4, 2012 at 5:11 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or the user account.

55. Paragraph 310 of the Fourth Amended Complaint states:

> 310. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'Bill731983' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 91.205.9.243 on January 11, 2012 at 2:59 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or the user account.

56. Paragraph 311 of the Fourth Amended Complaint states:

> 311. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'BenMitteran' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 91.205.9.243 from on or about January 16, 2012, 5:48 am through at least January 20, 2012, 3:36 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or the user account.

DECLARATION OF DMITRY SOLOVIEV IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND 10-5034 RSWL (FFMx)

19

57.     Paragraph 312 of the Fourth Amended Complaint states:

> 312. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'bdgbdb' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 91.205.9.243 on January 22, 2012 at 11:18 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or the user account.

58.     Paragraph 313 of the Fourth Amended Complaint states:

> 313. The Plaintiffs are informed and believe, and thereon allege, that the Defendants created user account 'md_rock1983' on the Website, which was used to access the Website (without authorization from, and/or exceeding the use authorized by, the Plaintiffs) from IP address 199.48.147.38 on February 6, 2012 at 6:06 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address, or the user account.

59.     Paragraph 314 of the Fourth Amended Complaint states:

> 314. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 89.17.39.18 from on or about December 11, 2011 at 11:33 pm through at least December 11, 2011 at 11:33 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

60.     Paragraph 315 of the Fourth Amended Complaint states:

> 315. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 66.11.129.231 from on or about November 1, 2010 at 3:20 am through at least November 8, 2011 at 4:06 am.

DECLARATION OF DMITRY SOLOVIEV IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND 10-5034 RSWL (FFMx)

20

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

61.     Paragraph 316 of the Fourth Amended Complaint states:

316. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 91.135.154.10 from on or about July 13, 2011 at 10:44 pm through at least November 2, 2011 at 12:37 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

62.     Paragraph 317 of the Fourth Amended Complaint states:

317. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 91.205.9.243 from on or about August 5, 2011 at 12:44 am through at least October 25, 2011 at 7:52 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

63.     Paragraph 318 of the Fourth Amended Complaint states:

318. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 91.135.154.1 from on or about March 17, 2011 at 6:22 am through at least March 30, 2011 at 5:45 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

64.    Paragraph 319 of the Fourth Amended Complaint states:

319. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 199.48.147.38 on or about February 24, 2011 at 4:33 am.

Documents DMCD0000001  to DMCD0240702 do not contain any information about the above IP address.

65.    Paragraph 320 of the Fourth Amended Complaint states:

320. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 208.66.135.190 on or about January 14, 2011 at 6:06 am..

Documents DMCD0000001  to DMCD0240702 do not contain any information about the above IP address.

66.    Paragraph 321 of the Fourth Amended Complaint states:

321. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 178.177.231.88 on or about December 17, 2010 at 11:50 am.

Documents DMCD0000001  to DMCD0240702 do not contain any information about the above IP address.

67.    Paragraph 322 of the Fourth Amended Complaint states:

322. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 192.251.226.206 on or about December 13, 2010 at 1:21 am.

Documents DMCD0000001  to DMCD0240702 do not contain any information about the above IP address.

68.  Paragraph 323 of the Fourth Amended Complaint states:

323. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 174.36.199.201 on or about December 10, 2010 at 6:53 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

69.  Paragraph 324 of the Fourth Amended Complaint states:

324. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 174.36.199.200 on or about December 8, 2010 at 5:28 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

70.  Paragraph 325 of the Fourth Amended Complaint states:

325. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 85.214.73.63 on or about November 16, 2010 at 12:55 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

71.  Paragraph 326 of the Fourth Amended Complaint states:

326. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 79.136.50.205 on or about November 11, 2010 at 12:37 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

DECLARATION OF DMITRY SOLOVIEV IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND 10-5034 RSWL (FFMx)

23

72.   Paragraph 327 of the Fourth Amended Complaint states:

327. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 95.154.230.252 on or about November 9, 2010 at 2:08 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

73.   Paragraph 328 of the Fourth Amended Complaint states:

328. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 174.142.248.162 on or about November 1, 2010 at 3:33 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

74.   Paragraph 329 of the Fourth Amended Complaint states:

329. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 217.118.66.42 on or about November 1, 2010 at 1:58 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

75.   Paragraph 330 of the Fourth Amended Complaint states:

330. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 208.53.142.38 on or about October 26, 2010 at 7:10 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

Declaration Of Dmitry Solovyev In Support Of Defendant's Opposition To Plaintiff's Motion For Leave To Amend 10-5034 RSWL (FFMx)

24

76.   Paragraph 331 of the Fourth Amended Complaint states:

The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 78.129.226.81 on or about October 26, 2010 at 7:04 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

77.   Paragraph 332 of the Fourth Amended Complaint states:

332. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 74.63.112.138 from on or about September 26, 2010 at 11:42 pm

through at least October 26, 2010 at 2:34 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

78.   Paragraph 333 of the Fourth Amended Complaint states:

333. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 78.40.231.89 from on or about October 14, 2010 at 7:47 am through at least October 19, 2010 at 5:20 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

79.   Paragraph 334 of the Fourth Amended Complaint states:

334. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 85.25.71.227 from on or about September 27, 2010 at 2:14 am through at least September 27, 2010 at 4:28 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

80.     Paragraph 335 of the Fourth Amended Complaint states:

335. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 90.155.166.241 on or about September 25, 2010 at 10:41 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

81.     Paragraph 336 of the Fourth Amended Complaint states:

336. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 62.212.67.209 on or about September 24, 2010 at 12:55 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

82.     Paragraph 339 of the Fourth Amended Complaint states:

339. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 62.33.191.144 from on or about June 15, 2010 at 11:11 am through at least August 24, 2010 at 7:01 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

83.     Paragraph 340 of the Fourth Amended Complaint states:

340. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 209.9.160.4 from on or about March 2, 2010 at 11:09 am through at least August 13, 2010 at 3:03 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

84.    Paragraph 341 of the Fourth Amended Complaint states:

> 341. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 94.23.44.129 on or about July 12, 2010 at 4:49 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

85.    Paragraph 342 of the Fourth Amended Complaint states:

> 342. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 203.229.170.86 on or about July 12, 2010 at 12:43 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

86.    Paragraph 345 of the Fourth Amended Complaint states:

> 345. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 195.161.102.214 from on or about January 21, 2010 at 12:27 am through at least July 1, 2010 at 7:07 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

87.    Paragraph 346 of the Fourth Amended Complaint states:

> 346. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 70.247.168.60 on or about May 25, 2010 at 5:02 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

88.   Paragraph 347 of the Fourth Amended Complaint states:

> 347. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 204.93.137.42 from on or about March 2, 2010 at 5:13 am through at least April 1, 2010 at 5:11 am.

Documents DMCD0000001  to DMCD0240702 do not contain any information about the above IP address.

89.   Paragraph 348 of the Fourth Amended Complaint states:

> 348. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 66.216.126.30 from on or about March 29, 2010 at 7:34 am through at least April 1, 2010 at 5:05 am.

Documents DMCD0000001  to DMCD0240702 do not contain any information about the above IP address.

90.   Paragraph 349 of the Fourth Amended Complaint states:

> 349. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 64.33.50.65 from on or about March 3, 2010 at 2:53 am through at least April 1, 2010 at 3:27 am.

Documents DMCD0000001  to DMCD0240702 do not contain any information about the above IP address.

91.   Paragraph 350 of the Fourth Amended Complaint states:

> 350. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 66.132.174.73 on or about March 30, 2010 at 3:48 am.

Documents DMCD0000001  to DMCD0240702 do not contain any information about the above IP address.

92. Paragraph 351 of the Fourth Amended Complaint states:

351. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 195.69.74.9 from on or about March 2, 2010 at 5:59 am through at least March 3, 2010 at 10:47 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

93. Paragraph 352 of the Fourth Amended Complaint states:

352. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 217.64.166.3 from on or about March 2, 2010 at 5:58 am through at least March 3, 2010 at 10:45 pm.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

94. Paragraph 353 of the Fourth Amended Complaint states:

353. The 'NeilB' account was used to perform Screen Scraping of the Plaintiffs' Website from IP address 89.234.7.214 from on or about March 2, 2010 at 1:37 pm through at least March 3, 2010 at 10:27 am.

Documents DMCD0000001 to DMCD0240702 do not contain any information about the above IP address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: 04.06.2012          By: _____

Dmitry Soloviev

Declaration Of Dmitry Soloviev In Support Of Defendant's          29
Opposition To Plaintiff's Motion For Leave To Amend
10-5034 RSWL (FFMx)

Soloviev Dmitriy

Education

**Basis**

- Moscow State Automobile & Road Techical University (MADI) – specialization: automatic systems of controlling. Graduated – 2004
- The Institute of Modern Economy – specialization: economy and management. 3-rd course student.


**Tests/Exams**

- 2008 — *MCSE+s*, Softline

- 2008 — *MCSA+s*, Softline

- 2008 — *Kaspersky Lab Data-Security Technician*, data protection

- 2009 — *CCA for Citrix XenApp 5*, Softline

- 2010 — *VMware VCP 4*, Микроинформ

- 2010 — *MCTS: Hyper-V*, Softline

- 2010 — *IBM ISS*, Softline

- 2011 — *S4-DW VMware vSphere: Design Workshop*

- 2011 — *Citrix XenDesktop 5 Administration*, Softline


**Professional experience**


**03.2010 - Azon LLC.**

- visualisation products manager
- web-site graphic design
- 3d graphic models finalizing
- Transferring web-sites from flash to html5
- managing of  web-portals design
- Developing and implementing of IT strategy for Web-portals;
- Planning and control of IT budget for Web-portals
- Developing It network connections in the South Administrative district of Moscow


**12.2008 - 08.2009 - Infrasoft LLC.**

**Head of IT department.**

- Developed and implemented of IT strategy for the Company;
- Planning and control of IT budget of the Company based on requests from business units.

**EXHIBIT A**

- Organization of Helpdesk service.
- Ensuring Continuous Availability for IT systems in the Central Office (140 employees), two overseas offices and remote working employees from the subsidiary companies.
- IT staff motivation.
- Working with vendors and suppliers of IT services, optimize IT costs.


**04.2007 - 12.2008 - ЗАО "Форум Электро"Forum Electro JCSC.**
**Superior IT administrator**

Designing and Implementing High Available company infrastructure based on Microsoft software:
- Active Directory Domain Services;
- Active Directory Certificate Services (Standalone CA, Enterprise CA, Web Enrollment, Online Responder);
- DHCP;
- Hyper-V Failover cluster with iSCSI SAN;
- TMG;
- NAP with IPSec;
- Remote Desktop Services;
- Forefront Endpoint Protection;
- System Center Configuration Manager 2007 (Operating System Deployment, Updates, Software Distribution, Reports). SCCM implemented in test infrastructure, will implemented in production when RTM will available;
- System Center Virtual Machine Manager;
- Microsoft Exchange Server 2007;
Designing iSCSI SAN;
Scheduling tasks, milestones, monitoring project implementation, participation in the implementation as Project Manager and Team Lead;
Participating in the network infrastructure upgrade;
Interaction with leading vendors (Microsoft, HP, Dell) and their distributors;
Planning and control for obtaining leading vendor statuses (installing test environment, scheduling training and employees certification);
Presentation different solutions for our team ~100 employees (R&D and IT Departments), management team and for customers;

**02.2006 - 04.2007 - Trehgornaya manufacture OJSC**
**IT administrator**

- Designing and implementation of IT Infrastructure
- Budgeting IT expenditure, making arrangements about equipment and software purchasing, searching for suppliers and developers, tenders' arrangement
- Direct management in IT departments in 5 branches across Russia
- Corporate IT services support (Active Directory, DNS, DHCP, WINS, Lotus Domino, Backup systems, Monitoring systems, MS SQL)
- Creation of the internal portal and external site of the company
- Implementation of CRM and ERP
- Network services support

**08.2004 - 01.2006 - Soyuz-Arbat LLC**
**IT administrator**

- 1st level technical support
- support of systems and application software based on Windows XP

**EXHIBIT A**

- maintenance park of 110 computers, office equipments; purchase of necessary equipment
- creation of images of disks and their installation with Symantec Ghost
- consultation of visitors of the center about working with IT systems

EXHIBIT A