Craig B. Bailey (State Bar No. 114410)
  cbailey@fulpat.com
James Juo (State Bar No. 193852)
  jjuo@fulpat.com
Scott R. Hansen (State Bar No. 164012)
  shansen@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696

Attorneys for Defendant Anastasia International, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Dream Marriage Group, Inc., | Case No. 10-5034 RSWL (FFMx) |
| Plaintiff, | **DECLARATION OF CRAIG B. BAILEY IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT** |
| v. | |
| Anastasia International, Inc., | |
| Defendant. | Judge: Hon. Ronald S.W. Lew<br>Date: June 27, 2012<br>Time: 10:00 a.m. |
| AND RELATED COUNTERCLAIMS | |

I, Craig B. Bailey, do hereby declare as follows:

I am an attorney with the law firm of Fulwider Patton LLP, and I am duly licensed to practice law in the state of California. I represent Defendant Anastasia International, Inc. in the above-identified matter. Unless otherwise indicated, I have personal knowledge of the facts stated herein, and, if called as a witness, could and would testify to the following matters.

599612.1

10-5034 RSWL (FFMx)
DECLARATION OF CRAIG B. BAILEY IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

1. On June 8, 2010, Plaintiff Dream Marriage Group, Inc. ("DMG") filed its original Complaint against Anastasia alleging trademark infringement and cyberpiracy.

2. On August 3, 2010, an Amended Complaint [Dkt. 11] was filed by DMG. On August 23, 2010, DMG filed a Second Amended Complaint [Dkt. 12]. Between the filing of the original Complaint and the Second Amended Complaint, I had several discussions with Andrew Weitz, counsel of record for DMG, concerning the basis for the allegations being made and the amendments he planned to make.

3. Attached as Exhibit A is a copy of a letter from me to Andrew Weitz, dated September 3, 2010, challenging the basis for several allegations in the Second Amended Complaint.

4. Attached as Exhibit B is a copy of an email from Andrew Weitz to me, dated September 7, 2010, together with an attached letter. The letter states that evidence in support of DMG's factual contentions was being compiled.

5. Attached as Exhibit C is a copy of my responsive letter to Andrew Weitz, dated September 7, 2010, reiterating Anastasia's demands that DMG either disclose the evidence that DMG had relied upon in making the allegations or remove the allegations from the Second Amended Complaint.

6. Over the next two weeks, I had several follow-up telephone discussions with Mr. Weitz concerning the matters raised in my letters of September 3 and 7, 2010.

7. On September 22, 2010, Mr. Weitz called me to announce that he was withdrawing from the case.

8. Bruce Fields took over as new counsel of record for DMG in early October 2010.

9. Attached as Exhibit D is a copy of an email from Bruce Fields to me dated October 12, 2010, including Mr. Fields' draft opposition to Anastasia's then-pending Rule 12 motion to dismiss.

599612.1

2                              10-5034 RSWL (FFMx)
DECLARATION OF CRAIG B. BAILEY IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

10. Attached as Exhibit E is a copy of a letter from me to Bruce Fields dated November 2, 2010, regarding the still unresolved issues surrounding the Second Amended Complaint and enclosing a proposed Rule 11 motion. The enclosure is not included with Exhibit E.

11. Attached as Exhibit F is a copy of a letter from Bruce Fields to me dated November 16, 2010, regarding the Rule 11 issues.

12. Attached as Exhibit G is a copy of an email from Bruce Fields to me dated November 22, 2010, three weeks after Anastasia's proposed Rule 11 motion was served. In the email, Mr. Fields indicated that he was preparing a Third Amended Complaint to "resolve all potential inaccuracies" in DMG's Second Amended Complaint.

13. Attached as Exhibit H is a copy of an email from Bruce Fields to me dated November 24, 2010, in which Mr. Fields advises that he was still investigating facts for his proposed Third Amended Complaint to "make sure that our allegations are correct."

14. Attached as Exhibit I is a copy of an email from Bruce Fields to me dated December 1, 2010, together with a copy of a redlined draft of Mr. Fields' proposed Third Amended Complaint that was attached to the email. The draft amended complaint dropped several allegations from the Second Amended Complaint, but retained the allegation regarding DMG's principal place of business in California (see ¶ 3) and added a new state law claim under California Penal Code Section 502 (¶¶ 81-83).

15. Over the next three weeks, I discussed the allegations of the draft Third Amended Complaint with Mr. Fields.

16. Attached as Exhibit J is a copy of an email from Bruce Fields to me dated December 9, 2010, in which Mr. Fields stated that the Third Amended Complaint was being revised to address some of my concerns.

1  17. Attached as Exhibit K is a copy of an email from me to Bruce Fields dated December 14, 2010, confirming that the California Penal Code Section 502 claim would be removed from the Third Amended Complaint, and noting that Anastasia was still evaluating the new federal claim under the CFAA that DMG was adding as a seventh cause of action to the Third Amended Complaint. The revised amended complaint also retained the allegation regarding DMG's principal place of business in California. The attachments are not included with Exhibit L.

18. Through the end of January 2011, I continued to have discussions with Mr. Fields and receive communications from both Mr. Fields and Chris Harshman regarding the sufficiency of certain factual allegations being made in the Third Amended Complaint with respect to DMG's newly added CFAA claim.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 6, 2012           By: _____
                                  Craig B. Bailey