Craig B. Bailey (State Bar No. 114410)
  cbailey@fulpat.com
James Juo (State Bar No. 193852)
  jjuo@fulpat.com
Scott R. Hansen (State Bar No. 164012)
  shansen@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696

Attorneys for Defendant Anastasia International, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Dream Marriage Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Anastasia International, Inc., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 10-5034 RSWL (FFMx) <br><br> **DECLARATION OF JAMES JUO IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT** <br><br> Judge: Hon. Ronald S.W. Lew <br> Date: June 27, 2012 <br> Time: 10:00 a.m. |

I, James Juo, do hereby declare as follows:

I am an attorney with the law firm of Fulwider Patton LLP, and I am duly licensed to practice law in the state of California. I represent Defendant Anastasia International, Inc. in the above-identified matter. Unless otherwise indicated, I have personal knowledge of the facts stated herein, and, if called as a witness, could and would testify to the following matters.

599420.1

10-5034 RSWL (FFMx)
DECLARATION OF JAMES JUO IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

1. On January 5, 2011, the parties filed their Joint Rule 26-1 Report, in which they "agreed upon" and proposed March 4, 2011 as the deadline to "add parties/amend pleadings cut-off (all DOE defendants are dismissed as of the cut-off date)", with fact discovery cut-off on November 18, 2011 and trial to begin on August 28, 2012.  [Dkt. 45].

2. The Court issued an Order on February 28, 2011, adopting the discovery cut-off and trial dates the parties had requested. [Dkt. 55].

3. On January 5, 2011, the parties also submitted the required ADR questionnaire, in which Plaintiff Dream Marriage Group, Inc. ("DMG") stated an intention to serve document production subpoenas on various third parties, including "IT Online (Moscow)" which was "to be completed before April 1, 2011"  [Dkt. 46].

4. Attached as Exhibit A is a copy of Plaintiff's Amended Initial Disclosures served on February 4, 2011, in which DMG stated that it believed IT Online has relevant information regarding "[a]ccess made to Dream-Marriage.com website."   DMG also identified Shyrah Butcher as a person likely to have information regarding the "[b]usiness and records of Dream Marriage Group, Inc."

5. Attached as Exhibit B is a copy of Plaintiff's Responses to Anastasia's First Set of Interrogatories served on February 25, 2011.  DMG's Responses were verified by Shyrah Butcher on February 24, 2011.

6. Attached as Exhibit C is a copy of Plaintiff's Responses to Request Nos. 31 and 73–74 from Anastasia's First Set of Document Requests.  Plaintiff' Responses were served on February 25, 2012.  In response to Request Nos. 31 and 73–74, DMG stated, "DMG will not produce documents responsive to this request."

7. Attached as Exhibit D is a copy of a letter dated March 30, 2011 from Bruce Fields, counsel for DMG, to Craig Bailey, counsel for Anastasia.  The letter stated that "a DVD-ROM with extensive computer log files and other data" was enclosed that the letter.  The DVD-ROM included pdf files bearing production numbers DMCD000001 to DMCD0240702.

599420.1

2      10-5034 RSWL (FFMx)
DECLARATION OF JAMES JUO IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

8. Exhibit E is a copy of Plaintiff's Responses to Anastasia's Second Set of Interrogatories served on April 9, 2012. DMG's Responses were verified by Shyrah Butcher on April 9, 2012. DMG has designated its responses as "CONFIDENTIAL—ATTORNEYS' EYES ONLY" so Exhibit E will be lodged separated for filing under seal.

9. In September 2011, the parties agreed to a four month extension of fact discovery, which the Court granted on October 4, 2011 [Dkt. 77].

10. In February 2012, the parties agreed to a second four month extension of fact discovery, which the Court granted on February 27, 2012 [Dkt. 119]. One of the reasons given by DMG was for an amendment of its complaint.

11. Attached as Exhibit F is a copy of an email dated February 9, 2012, from Bruce Fields, counsel for DMG, to James Juo, counsel for Anastasia. In the email, Mr. Fields states that one of the reasons for a second four-month extension of discovery is "the amendment of our complaint."

12. Attached as Exhibit G is a copy of a letter dated April 27, 2012, from Bruce Fields, counsel for DMG, to James Juo, counsel for Anastasia. In the letter, Mr. Fields requests that Anastasia stipulate to DMG's fourth amended complaint, but did not provide a copy of the proposed amended pleading for Anastasia to review.

13. Attached as Exhibit H is a copy of an email dated April 27, 2012, from James Juo, counsel for Anastasia, to Bruce Fields, counsel for DMG. In the email, I asked that DMG provide Anastasia with "a copy of DMG's proposed Fourth Amended Complaint" in order to have a meaningful discussion of DMG's intent to seek leave to amend its complaint again. Anastasia did not receive a draft of DMG's proposed fourth amended complaint until May 14, 2012, and did not receive a redline version of the amended pleading until May 17, 2012.

599420.1

3   10-5034 RSWL (FFMx)
DECLARATION OF JAMES JUO IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT

14. Attached as Exhibit I is a copy of an email dated May 14, 2012, from Bruce Fields, counsel for DMG, to James Juo, counsel for Anastasia. The draft of DMG's proposed fourth amended complaint included Pay Online System as a new defendant, even though Pay Online System was not identified in DMG's April 27, 2012 letter.

15. Attached as Exhibit J is a copy of an email dated May 17, 2012, from Bruce Fields, counsel for DMG, to James Juo, counsel for Anastasia. This is the first proposal by DMG to amend the litigation schedule in connection with its proposed Fourth Amended Complaint.

16. Attached as Exhibit K is a copy of an email dated May 17, 2012, from James Juo, counsel for Anastasia, to Chris Harshman, counsel for DMG.

17. Attached as Exhibit L is a copy of an email dated May 18, 2012, from Chris Harshman, counsel for DMG, to James Juo, counsel for Anastasia. Exhibit L includes a copy of the redlined document attached to the May 18 email.

18. I conferred with counsel for DMG, Bruce Fields and Chris Harshman, on May 18, 2012 regarding DMG's proposed fourth amended complaint.

19. During the May 18 meet-and-confer, counsel for DMG agreed that the management agreement between DMG and Partners referenced in the fourth amended complaint would be produced, but has yet to be produced.

20. After the meet-and-confer, DMG made several corrections to its proposed pleading [Dkt. 180-1] that DMG subsequently filed with the Court on May 24, 2012.

21. Attached as Exhibit M is a copy of transcript pages 12, 24, 53, 132, and 147–150 from the deposition Elena Sykes taken on October 26, 2011.

22. Attached as Exhibit N is a copy of Anastasia's response to DMG's Interrogatory No. 6.

23. Attached as Exhibit O is a copy of Exhibit I attached to the Declarations of Andrew Schmitt In Support Of Plaintiff's Opposition To

Defendant's Ex Parte Application To Limit The Duration Of The Depositions of Elena Sykes [Dkt. 67].

24. Attached as Exhibit P is a copy of Plaintiff's Responses to Request Nos. 86 and 90 from Anastasia's Second Set of Document Requests. The responses were served on April 9, 2012. Although designated as "CONFIDENTIAL—ATTORNEYS EYES ONLY," counsel for DMG confirmed at a meet-and-confer in May 2012 that it should not have been so designated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 6, 2012        By: _____
                                James Juo

599420.1

5        10-5034 RSWL (FFMx)
DECLARATION OF JAMES JUO IN SUPPORT OF OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT