Craig B. Bailey (State Bar No. 114410)
  cbailey@fulpat.com
James Juo (State Bar No. 193852)
  jjuo@fulpat.com
FULWIDER PATTON LLP
Howard Hughes Center
6060 Center Drive, Tenth Floor
Los Angeles, California 90045
Telephone: (310) 824-5555
Facsimile: (310) 824-9696

Attorneys for Defendant
Anastasia International, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Dream Marriage Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Anastasia International, Inc., <br><br> Defendant. <br><br> And Related Counterclaims | Case No. CV 10-5034 RSWL (FFMx) <br><br> **DECLARATION OF JAMES JUO RE DELAYED FILING DUE TO CM/ECF TECHNICAL FAILURE** <br><br> Judge: Hon. Ronald S.W. Lew <br> Date: June 27, 2012 <br> Time: 10:00 a.m. |

I, James Juo, do hereby declare as follows:

I am an attorney with the law firm of Fulwider Patton LLP, and I am duly licensed to practice law in the state of California. I represent Defendant Anastasia International, Inc. in the above-identified matter. Unless otherwise indicated, I have personal knowledge of the facts stated herein, and, if called as a witness, could and would testify to the following matters.

1. I submit this Declaration to set forth the facts of my failed attempt to electronically file certain documents on the evening of June 6, 2012.

2. Anastasia's Opposition to Plaintiff's Motion for Leave to File a Fourth Amended Complaint was due to be filed on June 6, 2012. The Opposition brief and supporting declarations of Dmitry Soloviev, Craig Bailey and James Juo were ready for filing that day via the Court's CM/ECF system.

3. I started the process of filing the documents at about 11:00 p.m. on June 6, 2012, as soon as the documents were completed. Unfortunately, despite multiple attempts, the Court's ECF system would not accept the 187 page PDF document containing exhibits (A through P) to the Juo declaration for the following technical reason:

> "This document contains embedded links (annotations and/or hyperlinks). This PDF document cannot be accepted."

4. I attempted to ascertain the problem with the 187 page PDF document containing Exhibits A through P, but without success. The Opposition brief and the other declarations were being accepted by the ECF system, so I proceeded to file those documents separately starting at about 11:25 p.m. on June 6, 2012.

5. Once the remaining documents were successfully filed, I refocused my efforts on trying to ascertain the problem with the 187 page PDF document. Through trial and error, I was able to ascertain that the cause of the problem was Exhibit G, a copy of a two-page letter from opposing counsel. I had used the original PDF file sent to me by opposing counsel as the Exhibit . I tried replacing this two-page letter in the existing 187-page PDF document with a separately scanned PDF copy of the same letter, but the resulting PDF document still was not being accepted by the ECF system.

6. Eventually, I recreated a new 187 page PDF document from scratch without using the original electronic form of DMG's letter. Only then was I able to complete the filing of the Juo Declaration with attached Exhibits at 34 minutes past midnight on June 7, 2012.

7. From start to finish, it took me well over an hour to ascertain and solve the problem associated with the PDF document of Exhibits. Multiple unsuccessful filing attempts were made during this time. I was unable to contact the CM/ECF Help Desk for assistance with this problem because it was after their normal business hours.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 7, 2012    Respectfully submitted,

FULWIDER PATTON LLP

By: _____
James Juo
Attorneys for Defendant