Bruce A. Fields (102426)
 bfields@bfieldslaw.com
Bruce A. Fields, A Professional Corp.
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 552-7832
Facsimile: (800) 279-4830

R. Christopher Harshman (248214)
 rch@packetlaw.com
9701 Wilshire Blvd Ste 1000
Beverly Hills, CA 90212
Telephone: (310) 651-3077
Facsimile: (310) 773-9027

Attorneys for Plaintiff Dream Marriage Group, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Dream Marriage Group, Inc.**, <br><br> Plaintiff, <br><br> vs. <br><br> **Anastasia International, Inc.**, et al., <br><br> Defendants. | Case no. CV 10-05034-RSWL (FFMx) <br><br> **SUPPLEMENTAL DECLARATION OF SHYRAH BUTCHER IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE FOURTH AMENDED COMPLAINT** |

I, Shyrah Butcher, declare:

1. I have personal knowledge of the following facts and, if called as a witness, could and would testify competently thereto under oath.

2. A true and correct copy of the management agreement between Dream Marriage Group, Inc. ("DMG") and Dream World Partners, Inc. ("DWP") is attached hereto as Exhibit A.

1
SUPPLEMENTAL BUTCHER DECLARATION – CV10-5034-RSWL (FFMx)

3.  I requested Laughlin & Associates, who handles corporate formation and state formality activities for DMG and DWP, register DWP with the California Secretary of State on December 16, 2011, at 9:06 a.m.

4.  I was later told by Laughlin & Associates that, due to personnel changes there, my request had been inadvertently neglected; as such, DWP was ultimately registered with the California Secretary of State in April 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 13, 2012, in Long Beach, California.

_____
Shyrah Butcher