UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DREAM MARRIAGE GROUP, INC., <br><br>  Plaintiff, <br><br> v. <br><br> ANASTASIA INTERNATIONAL, INC., <br><br>  Defendant. | No. CV 10-5034 RSWL (FFMx) <br><br> ORDER TO SHOW CAUSE RE SEALING CONFIDENTIAL DOCUMENTS IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL RE FIFTH REQUEST FOR PRODUCTION |

The Court, having considered Plaintiff Dream Marriage Group, Inc.'s Application to File Confidential Documents in Support of its Motion to Compel Re: Fifth Request for Production pertaining to Exhibit C attached to the Declaration of Bruce A. Fields (the "Underlying Documents"), containing information designated by Defendant Anastasia International, Inc. as Confidential.

IT IS HEREBY ORDERED as follows:

Defendant is **Ordered to Show Cause**, by written Application to be filed on or before August 16, 2012, why the Underlying Documents and the sealing application should not be included in the public case file.

IT IS SO ORDERED.

DATED: August 3, 2012

/S/ FREDERICK F. MUMM
FREDERICK F. MUMM
United States Magistrate Judge