Bruce A. Fields (102426)
 bfields@bfieldslaw.com
Bruce A. Fields A.P.C.
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 552-7832
Facsimile: (800) 279-4830

Attorneys for Plaintiff
Dream Marriage Group, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Dream Marriage Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Anastasia International, Inc., <br><br> Defendant. <br><br> AND RELATED COUNTER-CLAIMS | Case No. 10-5034 RSWL (FFMx) <br><br> **JOINT STIPULATION DISMISSING PLAINTIFF'S COMPLAINT AND DEFENDANT'S COUNTER CLAIMS WITH PREJUDICE** <br><br> (Honorable Ronald S. W. Lew) |

Plaintiff Dream Marriage Group, Inc. ("DMG") and Defendant Anastasia International, Inc. ("Anastasia"), jointly referenced as the "Parties" or individually as a "Party", by and through their undersigned counsel of record, hereby stipulate as follows:

(1) DMG's Third Amended Complaint and Anastasia's Counter Claims shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each Party to bear its own costs and attorneys fees, if any.

///
///
///

1  (2) The Court is requested to enter an Order approving and implementing the
2  foregoing Stipulation. A proposed Order is being submitted concurrently herewith.

4  Dated this 16th day of April, 2013.        Respectfully submitted,
                                              BRUCE A. FIELDS, APC

                                              By: /s/ Bruce A. Fields
                                              Bruce A. Fields, Esq.
                                              Attorneys for Plaintiff


10 Dated this 16th day of April, 2013.        Respectfully submitted,
                                              FULWIDER PATTON LLP

                                              By: /s/ C.B. Bailey
                                              Craig Bailey
                                              James Juo
                                              Attorneys for Defendant

661189.1