Bruce A. Fields (102426)
bfields@bfieldslaw.com
Bruce A. Fields A.P.C.
1801 Century Park East, 24th Floor
Los Angeles, California 90067
Telephone: (310) 552-7832
Facsimile: (800) 279-4830

Attorneys for Plaintiff
Dream Marriage Group, Inc.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Dream Marriage Group, Inc., | Case No. 10-5034 RSWL (FFMx) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Anastasia International, Inc., | |
| Defendant. | |
| AND RELATED COUNTER-CLAIMS | |

Based on the parties' stipulation, the Court hereby orders that Plaintiff Dream Marriage Group, Inc.'s Third Amended Complaint against Defendant Anastasia International, Inc. and all Counter Claims of Defendant Anastasia International, Inc. shall be, and hereby are, dismissed with prejudice pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, each Party to bear its own costs and attorneys fees, if any.

IT IS SO ORDERED.

DATED: April 17, 2013

RONALD S.W. LEW
_____
HON. RONALD S.W. LEW
Senior, U.S. District Court Judge

661190.1

[PROPOSED] ORDER OF DISMISSAL
10-5034 RSWL (FFMx)